Wed. Feb. 8th, 2006

FILED
FEB 10 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

06-95

Dear Clerk of Courts,

    Hello and how are you today very well I hope and pray.

    In introducing this Civil Rights Act, 42 U.S.C. § 1983 complaint I sent this to the D.C.C. Law Library requesting adequate copies to afford the Court the ability to properly serve all of the named defendants however this is what I received back from them so I hope and pray that there are enough copies to meet Court requirements and please forgive me if there are not enough but I have no power over what I recieve but only what I request and I would beg the Courts courtesy that if there are not enough copies that you'd be so kind as to fulfill the requirement as this kind of thing has been done to me previously here and even sending a couple more copies back would probably cost at least three to four dollars so I'm hoping this will be enough and I'm also having problems with parties recieving my outgoing mail (as well as incoming mail not being recieved) so if you could please upon re-

-2-

ceipt of this Civil Suit including 14 copies of 28 pages write to let me know that you did in fact receive it I would be so greatly appreciate and relieved to know you got it.

Thank You Very Much, God Bless You and have a fine day.

Most Respectfully,
Richard Mark Turner

RICHARD 'MARK' TURNER
#00363670   S1 A3
DE. CORR. CENTER
1181 PADDOCK RD.
SMYRNA, DE. 19977