**ORIGINAL**

## MOTION FOR APPOINTMENT OF COUNSEL

RICHARD 'MARK' TURNER  
AND ESTATE  
(PLAINTIFF)  

V.  

PLEASE SEE ATTACHED  
SHEET ENTITLED  
"DEFENDANTS"  
(DEFENDANTS)

CIVIL ACTION NO. 06 - 95

FILED  
FEB 10 2006  
U.S. DISTRICT COURT  
DISTRICT OF DELAWARE

COMES NOW THE PLAINTIFF RICHARD 'MARK' TURNER TO HUMBLY AND RESPECTFULLY PETITION THE COURT TO GRANT ME APPOINTMENT OF COUNSEL FOR THE ENTIRE PROCEEDINGS OF THIS CASE FOR THE FOLLOWING REASONS;

1. PLAINTIFF IS INDIGENT AND UNABLE TO PERSONALL ACQUIRE COMPETENT COUNSEL.

2. PLAINTIFF IS A LAY PERSON AND UNSKILLED AT CIVIL LITIGATION AND UNFAMILIAR WITH RULES OF CIVIL LITIGATION WHICH WOULD PUT THE PLAINTIFF AT A GREAT DISADVANTAGE LITIGATING AGAINST WELL TRAINED AND SKILLED ATTORNEYS WHO ARE FAMILIAR WITH THE RULES AND TECHNICAL LOOPHOLES OF CIVIL LITIGATION.

3. DURING PEGINTRON TREATMENT ADMINISTERED BY THE DEFENDANTS WHICH IS A TYPE OF INJECTIBLE CHEMOTHERAPY FOR THE TREATMENT OF HEPATITIS-C LIVER FIBROSIS PLAINTIFF HAD TO BE (AND STILL IS) PUT IN THE CARE OF A PSYCHIATRIST WHO DIAGNOSED PLAINTIFF WITH A MOOD DISORDER (PLEASE SEE ATTACHED DOCTORS' DIAGNOSIS) AND PLAINTIFF NOW MUST TAKE A PSYCHOTROPIC DRUG TO COMBAT THIS CONDITION LEAVING HIM UNABLE TO REPRESENT HIMSELF COMPETENTLY SO IN THE INTEREST OF JUSTICE PLAINTIFF WOULD ASK THE COURT TO PLEASE GRANT HIM COUNSEL.

SIGNED: Richard 'Mark' Turner

DATED: 2-7-06

MOST RESPECTFULLY,  
RICHARD 'MARK' TURNER  
#00363670   S-1  A-3  
D.C.C.  
1181 PADDOCK RD,  
SMYRNA, DE, 19977



EXHIBIT MHA -3-    4-2-04
SHOWS NEED FOR COUNSEL

**FIRST CORRECTIONAL MEDICAL, INC.**
**INITIAL PSYCHIATRIC EVALUATION**

NAME: Richard Turner   DOB: 12/19/55   AGE: 48   SBI# 363670   DATE: 4/2/04

History and chart reviewed: ☐ Yes ☐ No          Patient seen and examined: ☐ Yes ☐ No

**History of Present Illness:**
Reports insomnia, anxiety and depression.
Insomnia - not sleeping for 30-40 hrs.  Wt loss - 19-20 lbs/day,
irritability, lethargy, fatigue, anhedonia, sadness of mood, ↓ energy.
Occ thoughts of WHHW, denied CI/HI, ⊘ AOB's

**Past Psychiatric History:**
∅ # of previous ψ admissions. First ψ adm. ∅   last ψ adm. (date/location): ∅   Reason: ∅
Current ψ meds: ∅                                          Last taken:
Past ψ meds: ∅                                             Rx M.D:
Medication Side Effects: YES (NO)  Describe: ∅
Psych OP F/U: YES (NO)  last seen:          CTT involvement?:
Suicide History: ∅  # of suicide attempts   Last attempt/gesture (date/method): ∅   Reason:
Self-mutilating Behaviors: ∅  # Unstable Relationships? ∅   H/O Violent Behavior: (+)
Describe:
Other:

**Substance abuse history:**   ETOH most adult life - 6 pack/day - bottle ǫt liquor.
☐ TOBACCO  ☐ THC  ☑ ETOH  ☐ COCAINE  ☐ HEROIN  ☐ AMPHETAMINES  ☐ PCP
☐ MUSHROOMS  ☐ LSD  ☐ RX DRUG      ∅ DT's/sz.  Blackout ⊕.  LDU= 4½ yrs ago.
List use?  ___  IVDA? ∅                                    detox - (PA)
INTOXICATION/WITHDRAWAL? Describe:  → from 2nd wife.     Rehab - (PA).

Past Medical/Surgical History:  Hep C, Irritable bowel Syndr.
HIV risk factors ∅                Last HIV status checked: —    Result: (neg)
Medications: Interferon, Ribavirin.  (Since 3 wks)
Childhood History: Birth ✓  Milestones ✓   Abuse ☐ Yes ☐ No  Type___   Perpetrator___
Educational/Occupational History: Highest Grade 12+4yrs  Job Description Carpenter  ☐ Current ☑ Past ☐ Never
Legal History: few # of previous incarcerations  last incarcerated on 1999 reason: fights.
This incarceration since: 4/24/    reason: Assault/Recklessendangerment. (2yrs left)
Family Psychiatric History: Father - Not much contact. Mom - Died-1997 (accidental).
Divorced 1999                    1 Brother - ∅ contact.
∅ contact.                       1 daughter - ∅ contact.    alcoholic

**Mental Status Exam:**
Appearance:  ☑ Well-groomed/Dressed ☐ Disheveled ☐ Well-nourished/developed ☐ Weak ☐ Cachectic
Behavior:    ☐ Calm ☑ Cooperative ☐ Agitated ☐ Uncooperative ☑ Restless ☐ Hyperactive ☐ Slowed
             ☑ Good eye contact ☐ Poor eye contact ☐ Bizarre   ☑ Irritable   ☐ AIMS
Speech:      ☐ Normal ☐ Slurred ☐ Loud ☑ Soft ☐ Pressured ☐ Slowed ☐ Monotone
Mood:        Anxious/Depressed.
Affect:      ☑ Appropriate ☐ Inappropriate ☐ Flat ☐ Blunted ☐ Constricted ☑ Depressed
             ☐ Angry ☐ Euphoric/Expansive ☐ Fearful ☑ Anxious
Thought Process: ☑ Goal-directed ☑ Coherent ☑ Logical ☐ Incoherent ☐ Illogical ☐ Looseness of Associations ☐ Flight of Ideas
☐ Tangential/Circumstantial ☐ Thought Blocking

MHA -3-

Thought Content: ☑ Appropriate ☐ Racing thoughts ☐ Poverty of thought ☐ Suicidal ideations ☐ Homicidal ideations
☐ CAN / CANNOT contract for safety ☐ Delusions: describe _____
☐ Thought Broadcasting ☐ Thought Insertion ☐ Thought Control ☐ Ideas of Reference ☐ Paranoia
☐ Obsessions ☐ Compulsions ☐ Phobias ☐ Preoccupations  describe _____

Perceptual Disturbance: ☑ NONE     ☐ Hallucinations ☐ auditory ☐ visual ☐ tactile ☐ others _____ ☐ Illusions

Abstraction:     ☐ Appropriate ☑ Concrete ☐ Inappropriate: describe _____

Insight:     ☑ Good ☐ Poor          JUDGEMENT:     ☑ Good ☐ Poor

Mini-Mental Status Examination: (if necessary)

Level of Consciousness: ☑ Awake ☐ Alert ☐ Drowsy ☐ Lethargic ☐ Stuporous ☐ Coma

(   ) Year/Season/Date/Day/Month            (   ) State/County/Town/Building        (   ) Immediate Recall 3 objects
(   ) Spell "WORLD" backwards/Serial 7's  (   ) Name pencil and watch             (   ) Repeat "No if's, and's or but's"
(   ) 3 step command                                  (   ) Read and Obey directions             (   ) Write a sentence
(   ) Copy design                                          (   ) Long-term recall of 3 objects

     schz   psy   dep   dys   anx   imp   adj   p-subs   pers
INITIAL DIAGNOSIS:   295.xx  298.9  296.xx  300.4  300.00  312.30  309.xx  304.80  301.9
Axis I   M.D.D - R/o 2° to Interferon (med. induced) ; R/o due to GMC (Hep C)
Axis II   Ø
Axis III   Hep C ; IBS
Axis IV   Mod to severe
Axis V   C 60-70

ASSESSMENT:

Patient IS / IS NOT  a danger to SELF / OTHERS

RECOMMENDATIONS/ TREATMENT
☐     NEED TO INCREASE DATA BASE/RAPPORT
☑     PSYCHOEDUCATION/SUPPORT    GIVEN / NOT GIVEN
☐     MEDICATIONS: OFFERED / NOT OFFERED    TO HOLD OFF MEDICATIONS
1.    Paxil 10 → 25 mg qhs
2.
3.
☐     RISKS/BENEFITS OF MEDICATIONS DISCUSSED / NOT DISCUSSED
☐     PATIENT ACCEPTS / REFUSES MEDICATIONS     ☐    CONSENT SIGNED / NOT SIGNED
☐     PATIENT INFORMED & AWARE OF WAYS & MEANS TO ACCESS MENTAL HEALTH SERVICES  YES / NO
☐          MENTAL HEALTH UNIT REFERRAL   YES / NO
☐     MENTAL HEALTH GROUP REFERRAL   YES / NO

COMMENTS: H/S/o major depr. accompanying interferon therapy for Hep C. Agreeable & plan to start Paxil. SE explained. No signific. interaction -

MENTAL HEALTH CLASSIFICATION: _____

Raman Gopalakrishnan, MD
Psychiatrist

F  FIRST
C  CORRECTIONAL
M  MEDICAL