📜 ORIGINAL    MOTION FOR INTERROGATORIES TO BE ANSWERED BY A PERSONAL INJURY LITIGATION PARTY

RICHARD 'MARK' TURNER
AND ESTATE
(PLAINTIFF)   )
              )
    V.        )   CIVIL ACTION NO. 06-95
              )
PLEASE SEE ATTACHED  )
SHEET ENTITLED       )
"DEFENDANTS"         )
(DEFENDANTS)

**FILED FEB 10 2006 U.S. DISTRICT COURT**

1. GIVE THE NAME AND LAST KNOWN RESIDENCE, PLACE OF EMPLOYMENT AND TELEPHONE NUMBER OF EACH PERSON WHO HAS KNOWLEDGE OF THE FACTS RELATING TO THIS LITIGATION.

2. THE SAME FOR THOSE WERE EYEWITNESSES OR DEFENDANTS.

3. NAMES OF ALL THOSE INTERVIEWED IN CONNECTION TO THE AFOREMENTIONED LITIGATION.

4. IDENTIFY ALL PHOTOGRAPHS, DIAGRAMS AND REPRESENTATIONS MADE IN CONNECTION TO THE LITIGATION.

5. THE SAME FOR ALL EXPERT WITNESSES CALLED UPON TO TESTIFY AT OR IN LITIGATION.

6. GIVE A DESCRIPTION OF ANY INSURANCE POLICY, INCLUDING EXCESS COVERAGE THAT IS OR MAY BE APPLICABLE TO THE LITIGATION INCLUDING:
   A) NAME AND ADDRESS OF COMPANIES INSURING THE RISK
   B) THE POLICY NUMBERS
   C) THE TYPE OF INSURANCE
   D) THE AMOUNT OF PRIMARY, SECONDARY AND EXCESS COVERAGE.

7. (ADDITIONAL INTERROGATORY TO BE ANSWERED BY A PERSONAL INJURY LITIGATION PLAINTIFF ONLY)
   NAMES AND ADDRESSES AS WELL AS PHONE NUMBERS FOR ALL PHYSICIANS, WHO HAVE EXAMINED OR TREATED PLAINTIFF AT ANY TIME DURING ENTIRE STAY AT DE. CORR. CENTER BEGINNING SEPTEMBER 18, 1999 AND UP UNTIL AND INCLUDING THE PRESENT.

DATE: 2-7-06

MOST RESPECTFULLY,
RICHARD 'MARK' TURNER
#00363670 S1 A-3

SIGNATURE: Richard Mark Turner