☐ ORIGINAL

<u>MOTION FOR "COMPLETE DISCOVERY" FROM DEFENDANTS</u>

RICHARD MARK TURNER )
AND ESTATE )
(PLAINTIFF) )
) CIVIL ACTION NO. 06 - 95
V. )
)
PLEASE SEE BELOW )
NAMED DEFENDANTS )
(DEFENDANTS) )

FILED
FEB 10 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

COMES NOW THE PLAINTIFF RICHARD 'MARK' TURNER TO HUMBLY AND RESPECTFULLY ASK THE COURT TO PLEASE ORDER COMPLETE DISCOVERY FROM THE FOLLOWING DEFENDANTS IN THE FORM OF ALL MY INSTITUTIONAL RECORDS AND MEDICAL FILES FROM THE DATE OF MY ARRIVAL HERE AT DELAWARE CORRECTIONAL CENTER ON SEPTEMBER 18th 1999 UP UNTIL THE PRESENT AND ALSO ORDER THAT MY PRESENT ONGOING MEDICAL FILES AND INSTITUTIONAL RECORDS BE COPIED AND SENT TO ME ON AN UP TO DATE BASIS FROM HERE ON OUT AS I FOUND GREAT DIFFICULTY IN RECEIVING ANY DISCOVERY IN MY FIRST LITIGATION (TURNER V. C.M.S. et.al., 03-048, SLR) DESPITE REPEATED COURT ORDERS GIVING THE DEFENDANTS' AMPLE TIME AND OPPORTUNITY TO DESTROY OR ALTER INCRIMINATING DOCUMENTS.

I WOULD ASK THIS DISCOVERY OF ALL THE DEFENDANTS WHOM I HAVE NAMED IN THIS PARTICULAR CIVIL SUIT.

1. C.M.S.
2. DR. TAMMY KASTRE
3. F.C.M.
4. DR. SITTA GOMBEH ALIE
5. DR. MUHAMMED NIAZ
6. DR. SURESH TRIVEDI
7. DR. STANLEY HOFFMAN
8. DR. KEITH IVENS
9. P.H.S.
10. STATE OF DELAWARE/COMM. OF CORR. TAYLOR/D.C.C. WARDEN THOMAS CARROLL
10./ JOHN DOE /LT. DOWNING KITCHEN SUP.
11. MR. ROBERT HAMPTON (D.C.N.)

SIGNED: Richard Mark Turner

DATED: 2-7-06

MOST RESPECTFULLY,
RICHARD 'MARK' TURNER
#00363670 S1 A-3
D.C.C.
1181 PADDOCK RD.
SMYRNA, DE. 19977