Tuesday Feb. 14, 2006

Happy Valentines Day!

Dear Clerk of Courts,

Hello and how are you doing today? Very well I hope and pray.

I am writing to you with regard to the 1983 Civil Rights Violation suit which I just filed on Feb. 7th 2006 in which I forgot to ask for certain types of relief. Enclosed is an Addendum naming those added types of relief which I forgot to name in my original suit.

The suit is entitled;

RICHARD MARK TURNER
AND ESTATE WITH POWER
OF ATTORNEY TO
RICHARD BURTON TURNER
( PLAINTIFF )

V.

C.M.S., DR. TAMMY KASTRE,
F.C.M., DR. SITTA GOMBEH-ALIE,
DR. MUHAMMED NIAZ, DR. SURESH
TRIVEDI, DR. STANLEY HOFFMAN,
DR. KEITH IVENS, P.H.S., THE
STATE OF DELAWARE COMM.
OF CORR'S, MR. STANLEY TAYLOR
AND BUREAU CHIEF MR. PAUL
HOWARD, AND NURSE ROB HAMPTON
( DEFENDANTS )

C.A No. 06-95 UNA

TO BE ASSIGNED BY THE
U.S. DISTRICT COURT

I have enclose one complete copy of the suit with the 2 pages marked "V. RELIEF" included and inserted where they belong and I've also enclosed 15 copies of these 2 extra pages and also an original copy that would go with the original copy which I sent to Court and I would humbly and respectfully ask the Courts'

-2-

forgiveness for this oversight and if I might impose I would ask that the Court might find it in their hearts to add these pages to the copies which I sent for me because if I were to have to have everything sent back and then have to send it back it would be quite expensive and as a pro se litigant and not rich by any means so the Courts' help here would be greatly appreciated but I would like to have these pages included before the suit goes forth so if this is not possible and the Court must send them back for me to include I understand.

Thank you very much for your time, concern, and help and May God Bless You.

Most Respectfully,
Richard 'Mark' Turner
#00363670 S1 A-3
D.C.C.
1181 Paddock Rd.
Smyrna, Del.
19977

COMPLETED COPY WITH 2 ADDED PAGES INSERTED WHERE THEY BELONG

15 COPIES OF THE 2 PAGES WHICH NEED ADDED TO THE 1983 CIVIL SUIT FILED FEB. 7th 2006 WITH THE ORIGINAL COPY ON TOP.

THANK YOU,
RICHARD "MARK" TURNER