AMMENDED VERSION WITH THE 2 EXTRA PAGES CONCERNING "V. RELIEF" ADDENDUM WHICH I FORGOT TO INCLUDE IN THE 15 COPIES WHICH I SENT SO ENCLOSED ARE SUFFICIENT COPIES OF THOSE TWO PAGES TO BE ADDED BEFORE CONSIDERING THIS CLAIM. THANK YOU SO MUCH AND I'M QUITE SORRY FOR THE OVERSIGHT.

FEBRUARY 7th 2006

ALSO ENCLOSED IS THE ORIGINAL COPY OF THESE 2 PAGES TO GO WITH THE ORIGINAL COPY.

(Rev. 5/05)

FORM TO BE USED BY A PRISONER IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. §1983

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

(1) RICHARD 'MARK' TURNER AND ESTATE WITH POWER OF ATTORNEY ASSIGNED TO RICHARD BURTON TURNER   00363670
(Name of Plaintiff)   (Inmate Number)
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK RD. SMYRNA, DE.
19977
(Complete Address with zip code)

(2) _____
(Name of Plaintiff)   (Inmate Number)

_____
(Complete Address with zip code)

(Each named party must be listed, and all names must be printed or typed. Use additional sheets if needed)

vs.

(1) CORRECTIONAL MEDICAL SERVICES (AND VARIOUS DOCTORS AND EMPLOYEES)
(2) FIRST CORRECTIONAL MEDICAL (AND VARIOUS DOCTORS AND EMPLOYEES)
(3) DR. SITTA GOMBEH-ALIE (F.C.M & C.M.S. EMPLOYEE) (Names of Defendants) AND OTHER LISTED DEFENDANTS. (ATTACHED)
(Each named party must be listed, and all names must be printed or typed. Use additional sheets if needed)

(Case Number)
( to be assigned by U.S. District Court)

## CIVIL COMPLAINT

06-95

• • Jury Trial Requested
YES PLEASE

I.   PREVIOUS LAWSUITS

A.   If you have filed any other lawsuits in federal court while a prisoner, please list the caption and case number including year, as well as the name of the judicial officer to whom it was assigned:

TURNER V. C.M.S. et. al.   03-048-SLR
FILED OCT. 1, 2002 ACCEPTED AS NON-FRIVOLOUS JAN. '03.
THE HONORABLE JUDGE SUE L. ROBINSON U.S.
DISTRICT COURT JUDGE.
MANY OF THE ISSUES WHICH I AM FILING THIS ADDITIONAL
SUIT CONCERN AND ARE SUBSEQUENCES OF ISSUES DEALT
WITH IN MY ORIGINAL SUIT AND THUS I WOULD ASK
THAT THIS SUIT BE A BRIDGE TO THE DATE I FILED
MY ORIGINAL SUIT AS THERE IS MUCH PERMANENT
INJURY I AM STILL FINDING OUT ABOUT. AS WELL AS
NEW ACTS NOT INCLUDED IN MY PREVIOUS SUIT. THANK YOU.

ADDITIONAL "DEFENDANTS" (CONTINUED FROM FRONT PAGE)

1. CORRECTIONAL MEDICAL SERVICES INC. (C.M.S.)
2. DR. TAMMY KASTRE (OWNER OF F.C.M.)
3. FIRST CORRECTIONAL MEDICAL (F.C.M.)
4. DR. SITTA GOMBEH-ALIE
5. DR. MUHAMMED NIAZ
6. DR. SURESH TRIVEDI
7. DR. STANLEY HOFFMAN
8. DR. KEITH IVENS
9. PRISON HEALTH SERVICES INC. (P.H.S.)
10. STATE OF DELAWARE / DELAWARE COMMISSIONER OF CORRECTIONS MR. STANLEY TAYLOR / BUREAU CHIEF OF THE DELAWARE DEPARTMENT OF CORRECTIONS MR. PAUL HOWARD
11. MR. (NURSE) ROBERT HAMPTON

II. **EXHAUSTION OF ADMINISTRATIVE REMEDIES**

In order to proceed in federal court, you must fully exhaust any available administrative remedies as to each ground on which you request action.

A. Is there a prisoner grievance procedure available at your present institution? ((• •Yes)) • •No

B. Have you fully exhausted your available administrative remedies regarding each of your present claims? ((• •Yes)) • •No

C. If your answer to "B" is Yes:

1. What steps did you take? FILED NUMEROUS GRIEVANCES WHICH I'VE ALSO APPEALED UNJUST AND MEANINGLESS RESOLUTIONS TO.

2. What was the result? THE GRIEVANCE BOARD LOOKED FOR AND TRIED TO FIND ANY TECHNICALITY POSSIBLE (EVEN FRAUDULENCE) TO NOT HAVE TO ADDRESS THESE VERY SERIOUS HEALTH ISSUES. SOME GRIEVANCES WERE NOT HEARD FOR OVER A YEAR AND THE FEW FINDINGS IN MY FAVOR WERE NOT HONORED, OR AVOIDED UNTIL MOOT,

D. If your answer to "B" is No, explain why not: SOME WERE NEVER ANSWERED OR RETURNED.

III. **DEFENDANTS** (in order listed on the caption)

(1) Name of first defendant: CORRECTIONAL MEDICAL SERVICES

Employed as HEALTHCARE PROVIDER at DE. CORR. CENTER
REPRESENTED BY KEVIN J. CONNORS OF MARSHALL
Mailing address with zip code: DENNEHEY, WARNER, COLEMAN AND GOGGIN LAWFIRM
(302) 552-4300
1220 N. MARKET ST, SUITE 500, P.O. BOX 130, WILMINGTON, DE. 19899

(2) Name of second defendant: DR. TAMMY KASTRE (F.C.M. OWNER)

3. FIRST CORRECTIONAL MEDICAL (F.C.M.)

Employed as EX-HEALTHCARE PROVIDER at DE. CORR. CENTER
REPRESENTED BY STEVEN F. MONES (MCCULLOUGH AND MC KENTY, P.A.)
824 MARKET ST. 4TH FL. P.O BOX 397
Mailing address with zip code: WILMINGTON, DE. 19899-0397    (302) 655-6749 OR
MAIN OFFICE: FIRST CORRECTIONAL MEDICAL SERVICES, 12795 WILDLIFE AVE. P.O. BOX 69370
TUCSON, ARIZONA 85737-0015 (OWNER - DR. TAMMY KASTRE)

(4) Name of fourth defendant: DR. SITTA GOMBEH-ALIE
F.C.M. MEDICAL DIRECTOR AND
Employed as C.M.S. MEDICAL DOCTOR at DE. CORR. CENTER
EMPLOYEE OF C.M.S. AND REPRESENTED BY KEVIN J. CONNORS, 1220 N. MARKET ST.
SUITE 500 P.O. BOX 130
Mailing address with zip code: WILMINGTON, DE.    19899    (302) 552-4300
ALSO EMPLOYED BY: F.C.M., 12795 WILDLIFE AVE. P.O. BOX 69370 TUCSON, ARIZ. 85737-0015
REPRESENTED BY: STEVEN F. MONES, 824 MARKET ST. 4TH FL., P.O. BOX 397, WILM., DE. 19899-0397
(List any additional defendants, their employment, and addresses with zip codes, on extra sheets if necessary)

CONTINUED ON ATTACHED SHEET

2

## III. DEFENDANTS

5.) Name of fifth defendant: __DR. MUHAMMED NIAZ__

Employed as __INFECTIOUS DISEASE SPEC.__ at __DE. CORR. CENTER__
C.M.S. EMPLOYEE REPRESENTED BY ATTORNEY KEVIN J. CONNORS 1220 N. MARKET ST.
Mailing address with Zip Code: __SUITE 500, P.O. BOX 130 (CAN BE SERVED AT D.C.C.)__
__WILMINGTON, DE. 19899 (ON SATURDAYS)__
ALSO EMPLOYED BY F.C.M. REPRESENTED BY STEVEN F. MONES, 824 MARKET ST. 4th FL.
P.O. BOX 397, WILMINGTON, DE. (302) 655-6749
DR. NIAZ WAS NOT NAMED IN MY ORIGINAL CIVIL SUIT # 03-048-SLR SO
THESE WOULD BE ALLEGATIONS FOR THIS CIVIL SUIT. HE IS PRESENTLY A C.M.S. EMPLOYEE AND CAN BE SERVED THROUGH THEIR COUNSEL.

6) Name of sixth defendant: __DR. SURESH TRIVEDI__

Employed as __EX-MEDICAL DOCTOR__ at __DE. CORR. CENTER__
Mailing address with Zip Code: REPRESENTED BY F.C.M. ATTORNEY
__STEVEN F. MONES (McCULLOUGH & McKENTY, P.A.)__

__824 MARKET ST. FOURTH FLOOR, P.O. BOX 397, WILMINGTON DE. 19899-0397__

7) Name of seventh defendant: __DR. STANLEY HOFFMAN__

Employed as __EX-MEDICAL DOCTOR__ at __DE. CORR. CENTER__
F.C.M. EMPLOYEE REPRESENTED BY STEVEN F. MONES, 824 MARKET ST, 4th FL.
Mailing address with zip code: P.O. BOX 397 __WILMINGTON, DE. 19899-0397 (302) 655-6749__
OR HOME OFFICE: F.C.M. 12795 N. WILDLIFE AVE. P.O. BOX 69370
TUCSON, ARIZONA 85737-0015 (DR. TAMMY KASTRE OWNER)

8) Name of eighth defendant: __DR. KEITH IVENS__

Employed as __P.H.S. MEDICAL DIRECTOR__ at __DE. CORR. CENTER__
Mailing address with zip code: IN MY ORIGINAL CIVIL SUIT # 03-048-SLR DR. KEITH
IVENS WAS NAMED AS A DEFENDANT HOWEVER HE COULD
NOT BE SERVED AS I DID NOT HAVE HIS PROPER ADDRESS
HOWEVER HE WAS AN EMPLOYEE WITH BOTH P.H.S. AND C.M.S. SO HE SHOULD BE ABLE TO BE SERVED
THROUGH P.H.S. ATTORNEY KARL BESTE III OF WHITE AND WILLIAMS LAWFIRM, 824 MARKET ST.,
SUITE 902, P.O. BOX 709, WILMINGTON, DE. 19899-0709

9) Name of ninth defendant: __PRISON HEALTH SERVICES INC. (IF THE STATUTE OF__
LIMITATIONS IS TOLLED IN CASE 03-048-SLR AND P.H.S. IS BROUGHT BACK IN AS A DEFENDANT DUE TO NEW
Employed as __HEALTHCARE PROVIDER__ at __DE. CORR. CENTER__
EVIDENCE THIS NEW SUIT WOULD BE MOOT).
Mailing address with Zip code: REPRESENTED BY ROBERT KARL BESTE III
__WHITE AND WILLIAMS LAWFIRM__

__824 MARKET ST. SUITE 902, P.O. BOX 709, WILMINGTON, DE. 19899-0709__

10) Name of tenth defendant: D.O.C. BUREAU CHIEF MR. PAUL HOWARD
__MR. STANLEY TAYLOR / STATE OF DELAWARE /__
Employed as WARDEN AT DE. CORR. CENTER / BUREAU CHIEF OF CORRECTIONS
__COMMISSIONER OF CORRECTIONS__ at __THE STATE OF DELAWARE__
Mailing address with zip code: (DAG) OPHELIA MICHELLE WATERS
__DELAWARE DEPARTMENT OF JUSTICE__
(302) 577-8500
__820 N. FRENCH ST, 8th FLOOR, CARVEL OFFICE BLDG., WILM, DE. 19801__
I WOULD NAME THESE DEFENDANTS IN THIS ADDITIONAL SUIT AS ALTHOUGH SINCE THIS LAST
CIVIL SUIT'S FILED I HAVE MADE THEM AWARE THROUGH GRIEVANCES OF THE CONTINUED MEDICAL
"DELIBERATE INDIFFERENCE" RESULTING IN "SERIOUS MEDICAL INJURY." NO INTERVENTION UPON
FILING THESE INSTITUTIONAL GRIEVANCES DEALING WITH MEDICAL ISSUES.

CONT.

## III. DEFENDANTS

11.) Name of eleventh defendant: NURSE ROBERT HAMPTON D.QN., NURSE AND

Employed as NURSING SUPERVISOR at DE. CORR. CENTER

Mailing address with Zip Code: F.C.M. EMPLOYEE REPRESENTED BY STEVEN F. MONES 824 MARKET ST. 4TH FLOOR P.O. BOX 397 WILMINGTON, DE, 19899-0397

F.C.M. HOME OFFICE: F.C.M. 12795 WILDLIFE AVE. P.O. BOX 69370 TUSCON, ARIZONA. 85737-0015 (OWNED BY DR. TAMMY KASTRE)

I WOULD ALSO SEEK DAMAGES FOR ACTIONS COMMITTED BY MR. HAMPTON WHILE HE WAS AN EMPLOYEE OF CORRECTIONAL MEDICAL SERVICES. BUT IF RELIEF FROM SUMMARY JUDGEMENT IS GRANTED IN MY ORIGINAL CIVIL SUIT # 03-048-SLR AND MR. HAMPTON IS BROUGHT BACK IN AS A DEFENDANT I WOULD LEAVE THE OPTION TO THIS COURT TO DISMISS THESE ALLEGATIONS ALSO COULD BRING MORE ALLEGATIONS AGAINST MR. HAMPTON.

## IV. STATEMENT OF CLAIM

(State as briefly as possible the facts of your case. Describe how each defendant is involved, including dates and places. Do not give any legal arguments or cite any cases or statutes. Attach no more than three extra sheets of paper if necessary.)

1. "C.M.S." - SINCE RETURNING "C.M.S." MISDIAGNOSED A SERIOUS STAPH INFECTION (M.R.S.A.) AND REFUSED MY REPEATED SICKCALLS TO BE SEEN FOR IT. ONCE SEEN, THERE WAS NO FOLLOW-UP AND THE M.R.S.A. REPEATEDLY AROSE CAUSING "SCALDED SKIN SYNDROME" AND INFECTING MY NECK AND LEFT EYE. (CONT. ON EXTRA SHEETS)

2. "DR. TAMMY KASTRE (OWNER F.C.M.)" "F.C.M." - DENIED LIVER BIOPSIES DENIED/DELAYED HEPATITIS-C TREATMENT AND ALLOWED LIVER FIBROSIS TO PROGRESS THEN WHEN TREATMENT WAS FORCED IT WAS ADMINISTERED IN A "DELIBERATELY INDIFFERENT" WAY COMPROMISING THE SUCCESS OF THE TREATMENT. ALSO NEARLY ALLOWING ME TO DIE FROM A VERY SERIOUS STAPH INFECTION DURING MY FIRST TREATMENT (DR. KASTRE WAS NOT NAMED IN MY ORIGINAL SUIT # 03-048-SLR)

4. "DR. SITTA GOMBEH-ALIE" DR. ALIE IS NAMED AS A DEFENDANT IN MY ORIGINAL SUIT WHILE EMPLOYED BY F.C.M. SO I WOULD CONTINUE TO PURSUE PAST ALLEGATIONS (AS WELL AS WITH C.M.S. AND F.C.M.) AGAINST DR. ALIE AS WELL AS POST SUIT ALLEGATIONS AND NEW ALLEGATIONS AS SHE STAYED ON WHEN C.M.S. RETURNED AS AN DOCTOR BEFORE BEING FIRED SO I HAVE NEW MORE RECENT ALLEGATIONS AGAINST DR. ALIE TO ADD TO MY PREVIOUS ALLEGATIONS.

## V. RELIEF

(State briefly exactly what you want the Court to do for you. Make no legal arguments. Cite no cases or statutes.)

1. AS TO DEFENDANTS' "CORRECTIONAL MEDICAL SERVICES INC." (C.M.S.) PLAINTIFF SEEKS DAMAGES OF: NOMINAL DAMAGES, PUNITIVE DAMAGES, COMPENSATORY DAMAGES AND HEDONIC DAMAGES IN THE AMOUNT OF $2,000,000.00 (TWO MILLION DOLLARS) AND THEIR SUPPORT IN HELPING ME TO OBTAIN AN IMMEDIATE MEDICAL RELEASE THAT MY SERIOUS MEDICAL PROBLEMS BE ATTENDED TO COMPETENTLY AND IN A TIMELY FASHION AS I WILL UNDOUBTEDLY NEED A LIVER TRANSPLANTATION IN THE NEAR FUTURE AND I NEED A HIP REPLACEMENT NOW, AS WELL AS PROBABLE KNEE SURGERY. * THIS IS AN ADDED ALLEGATION OUTSIDE OF MY PENDING U.S. DISTRICT COURT CASE # 03-048-SLR AGAINST C.M.S. AND EMPLOYEES.

3

## IV. "STATEMENT OF CLAIMS" (CONTINUED)
### DEFENDANTS' INVOLVEMENT

### "C.M.S."

1. Since returning C.M.S. has also denied me and run out of extremely necessary medications on numerous occasions.

   They have also denied me numerous doctors' referrals to see G.I. specialist and have failed to send me out for a endoscopy and a colonoscopy which were both (first ordered at Kent General Hospital in July of 2002 and also as follow up by the then G.I. specialist when I had fistula surgery in April of 2000), most recently ordered in December of 2003 during a consultation with G.I. specialist Dr. Nat Ramani who ordered a endoscopy and colonoscopy be done which have not been done yet.

   I was also scheduled to see the opthalmologist 2 months after my first visit to see how quickly the cataract on my left eye was growing and this has not been honored. A result of the M.R.S.A..

   Also I was told in July I'd be seen by a nutritionist to try to implement a special diet with respect to my "irritable bowel syndrome" and hepatitis-C which also has not been done.

   I might add the (M.R.S.A.) Methicillin Resistant Staphylococus Aureas infection was a direct result of C.M.S. allowing me to self inject alpha interferon (injectable chemotherapy) without proper training causing a serious infection on my left leg and hip which almost cost me my life when infection broke loose into my bloodstream stopping my heart, as this infection was (first refused to be treated by C.M.S. Dr. Suresh Trivedi and then) not treated with the urgency and seriousness the near fatal infection required (by F.C.M. Dr. Stanley Hoffman and numerous requests by nurses and other medical personnel were denied) allowing this M.R.S.A. for (3) three years now to destroy the cartilage and bone in my left hip and knee and shortening the ligaments which will certainly require extensive medical procedures (most likely hip replacement and M.C.L. surgery on my knee) but I'll never be the same. Although, these surgeries may alleviate some of the pain I've felt daily even in simple walking over the last (3) three years which I thought was a bad hernia which F.C.M. refused to address. During that whole period of time.

   So the M.R.S.A. infected me in June of 2002 but because doctors' refused to culture wounds it was not even until June of 2005 a culture showed M.R.S.A. and then even with the culture results in front of her face Dr. Alie (who at the time was a C.M.S. employee) told me my wounds were spider bites at the time refusing me treatment. (In case # 03-048-SLR C.M.S. was denied motions for dismissal and for summary judgement.)

2. "Dr. Tammy Kastre" F.C.M. owner who denied me liver biopsies without ever personally seeing me denying/delaying my Hep-C treatment until it didn't work-

### "F.C.M."

3. "F.C.M." Allowed staph infection to go untreated and refused to culture it causing M.R.S.A. which entered left hip eating away all cartilage and left eye causing a cataract.

   Refused numerous doctors' referrals' to G.I. specialist' for serious internal medical problems and denied liver biopsies allowing my hepatitis-C viral load to rise to a level which greatly reduced the chances of the treatments' success before offering treatment. (Forced to offer treatment as my eventual biopsy showed stage II liver fibrosis).
   Dr. Tammy Kastre F.C.M. owner denied liver biopsies herself never seeing me personally.

(CONTINUED)

## DEFENDANTS' INVOLVEMENT
### IV. "STATEMENT OF CLAIMS"

**3.** "F.C.M." DENIED TWO NEUROLOGISTS' ORDERS FOR M.R.I.'s AND A G.I. SPECIALISTS' ORDER FOR AN ENDOSCOPY AND A COLONOSCOPY. THEY ALSO DENIED X-RAYS AND M.R.I.'s OF MY LEFT LEG AND HIP ALLOWING THIS M.R.S.A. TO DESTROY MY LEFT LEG.

THEY ALSO, EVEN THOUGH AFTER THE INFECTION IN MY LEG CAUSED A SERIOUS HEART STOPPAGE AND HAS LEFT ME WITH (3) THREE LUMPS IN MY VEINS WAITED (7) SEVEN MONTHS TO DO A HEART STRESS TEST AND REFUSE AN ANGIOGRAM/ENDO-CARDIOGRAM TO FIND OUT WHAT THESE LUMPS ARE THAT APPEARED THAT DAY.

**4.** "DR. SITTA GOMBEH-ALIE" REFUSED ME AT FIRST RETREATMENT FOR HEPATITIS-C WHICH WAS FIRST ORDERED AS FAR BACK AS 1999 BY A G.I. SPECIALIST. REFUSED NUMEROUS DOCTORS' REFERRALS FOR A LIVER BIOPSY AND BY THE TIME SHE WAS FINALLY FORCED TO TREAT ME HER DELAYS OF WELL OVER A YEAR CAUSED MY HCV-RNA TO QUADRUPLE FROM 523,000 TO 2,110,000. AND SHE REFUSED TO DO A PRETREATMENT HCV-RNA AS THE 2,110,000 WAS 9 MONTHS BEFORE TREATMENT SO IT MAY HAVE BEEN 5-10 MILLION BY THE TIME I WAS TREATED. THE EXPERTS US 2 MILLION AS THE NUMBER WHERE TREATMENTS SUCCESS IS GREATLY REDUCED.

DR. ALIE PUT MY LIFE IN GREAT DANGER THROUGH HER MALICIOUSNESS TOWARD ME WHILE ADMINISTERING THE PECINTRON (INJECTIBLE CHEMO) AND THE IRRESPONSIBILITY WITH WHICH IT WAS ADMINISTERED COST THE SUCCESS OF THE TREATMENT. (6 LATE SHOT, 4 TIMES RUNNING OUT OF ACCOMPANYING RIBAVIRIN).

THE EVENTUAL BIOPSY SHOWED STAGE II (F2) LIVER FIBROSIS.

DR. ALIE REFUSED DR.'s REFERRALS FOR INTERNAL BLEEDING TO G.I. SPECIALISTS'. DR. ALIE WHEN FINALLY FORCED TO SEND ME TO A G.I. SPECIALIST DENIED THE ENDOSCOPY AND COLONOSCOPY HE ORDERED.

DR. ALIE DENIED 2 REQUESTS FOR M.R.I.'S BY A NEUROLOGIST. SHE ALSO DENIED TO CULTURE WHAT WAS EVENTUALLY FOUND TO BE METHACILLIN RESISTANT STAPHYLOCOCUS AUREAS (M.R.S.A.) A SERIOUS STAPH INFECTION WHICH SHE REFUSED TO TREAT DURING TREATMENT. THEN 3 YEARS LATER TREATED IT (AFTER RECENT X-RAYS SHOW IT ATE ALL OF MY CARTILAGE IN MY INFECTED LEFT HIP AND KNEE AND I'LL UNDOUBTEDLY NEED A HIP REPLACEMENT NOW) THE M.R.S.A. THEN GAVE ME SCALDED SKIN SYNDROME ON MY NECK AND LEFT EYE AND THE INFECTION LEFT UNTREATED CAUSED A CATARACT IN MY LEFT EYE. WHEN SHE FINALLY TREATED ME THERE WAS NO FOLLOW-UP AND IT CAME BACK AND THEN SHE REFUSED TO TREAT TELLING ME I HAD SPIDER BITES. I HAVE MORE ALLEGATIONS BUT TO BE BRIEF... BLOOD AND PUS FROM RIGHT EAR. (DR. ALIE WAS NOT NAMED IN MY ORIGINAL SUIT 03-048-SLR)

**5.** "DR. MUHAMMED NIAZ". INFECTIOUS DISEASE SPECIALIST? FOR F.C.M. AND NOW C.M.S. WHO ON NUMEROUS OCCASIONS REFUSED TO TREAT OR CULTURE MY INFECTIONS AND MY REQUESTS FOR NEUPOGEN A WHITE BLOOD CELL ENHANCER TO AVOID INFECTION WERE DENIED. HE COULD NOT DIAGNOSE THE "SCALDED SKIN SYNDROME" (RITTERS DISEASE ASSOCIATED WITH M.R.S.A.) AND DENIED ME ANTIBIOTICS WHICH I HAD TO SEE ANOTHER DOCTOR TO PRESCRIBE ALLOWING THE M.R.S.A. OUTBREAK TO PROGRESS. I.e. BLOOD AND PUS COMING OUT OF MY RIGHT EAR ON 2 OCCAISIONS. I HAVE MORE ALLEGATIONS BUT TO BE BRIEF... (DR. NIAZ WAS NOT NAMED IN MY ORIGINAL SUIT 03-048-SLR).

**6.** "DR. SURESH TRIVEDI" C.M.S. THEN F.C.M. MEDICAL DOCTOR WHO I NAMED IN MY ORIGINAL SUIT AS WHEN I FIRST SHOWED HIM THE TERRIBLE INFECTION IN MY LEFT LEG DURING MY FIRST TREATMENT IN JUNE HE DENIED ME ANTIBIOTICS FOR THE INFECTION WHICH WHEN FINALLY CULTURED (IT WAS JUNE OF 2002) IN JUNE OF 2005 TURNED OUT TO BE M.R.S.A. HE TOO REFUSED TO CULTURE THE WOUND. THIS MRSA UNTREATED FOR 3 YEARS HAS CAUSED ME RECURRING FREQUENT INFECTIONS HIP AND KNEE CARTILAGE DAMAGE AND A CATARACT IN MY LEFT EYE AND THERE MAY BE MORE INTERNAL DAMAGE BUT I'M REFUSED ALL OUTSIDE SPECIALISTS' VISITS WHICH COULD SHOW THIS.

(CONTINUED)

DEFENDANTS' INVOLVEMENT

## IV. "STATEMENT OF CLAIMS"

**7. "DR. STANLEY HOFFMAN"** F.C.M. DR. WHO WAS FIRED. DR. HOFFMAN WAS NAMED IN MY ORIGINAL SUIT AS HIS RELUCTANCE TO TREAT MY TERRIBLE INFECTION ALMOST KILLED ME DURING MY FIRST TREATMENT. TO BE BRIEF MY CLAIMS AGAINST DR. HOFFMAN (WHO ALSO WAS FIRED) ARE THE SAME AS IN MY ORIGINAL SUIT ALTHOUGH WE NOW KNOW THAT THE INFECTION WHICH HE WAS TREATING AND WHICH HE REFUSED REPEATED MEDICAL PERSONNELS' REQUESTS' TO CULTURE WAS (M.R.S.A.) WHICH HAS BEEN LEFT NOW IN MY SYSTEM 3 YEARS UNDIAGNOSED. IF MY RELIEF FROM JUDGEMENT IS GRANTED IN MY ORIGINAL SUIT THIS WOULD BECOME MOOT. DR. HOFFMAN REFUSED TO TREAT MY SERIOUS LEG WOUND WHICH WAS EVENTUALLY OPERATED ON 3 TIMES WITH THE SERIOUSNESS WHICH THE WOUND DICTATED DENYING MANY MEDICAL PERSONNELS' (EVEN THE HOSPITALS') REQUESTS' FOR STRONGER ANTIBIOTICS HAVE CAUSED PERMANENT INFIRMITY AND PERHAPS MORE THAN ARE NOTICABLE AT THIS TIME AS THIS HAS ALL BEEN TRIED TO BE COVERED UP BY REFUSING SINCE THIS HAPPENED TO SEND ME OUT FOR SPECIALISTS' DIAGNOSIS AND TESTING.

**8. "DR. KEITH IVENS"** P.H.S. MEDICAL DIRECTOR WHO IT HAS RECENTLY BEEN FOUND THAT HE WAS NOT EVEN LICENSED. DR. IVENS' WAS DISMISSED IN MY ORIGINAL CIVIL SUIT BASED ON THE STATUTE OF LIMITATIONS' EXPIRING HOWEVER I HAVE FILED A MOTION TO TOLL THE STATUTE OF LIMITATIONS DUE TO P.H.S. FRAUDULENTLY CONCEALING G.I. SPECIALISTS' REPORTS WHICH I WAS NOT AWARE OF NOR DID I ACQUIRE UNTIL AFTER FILING MY SUIT.
DR. IVENS' DENIED G.I. SPECIALIST REFERRALS AND ANTIBIOTICS UNTIL I HAD TO HAVE A VERY EXTENSIVE FISTULA SURGERY THEN DENIED A.S.A.P. SURGERY ORDERS' FROM THE G.I. SPECIALIST AS WELL AS SPECIALIST ORDERS FOR HEPATITIS-C TREATMENT. HE THEN MISDIAGNOSED A "SKY-HIGH E-COLI BACTERIA COUNT" IN MY SYSTEM ALLOWING THE E-COLI TO RAVAGE MY INTERNAL ORGANS UNTREATED FOR MONTHS CAUSING ME TO GET "IRRITABLE BOWEL SYNDROME". I HAVE MORE ALLEGATIONS AGAINST DR. IVENS BUT TO BE BRIEF... (WAS NAMED IN CASE 03-048-SLR BUT COULD NOT BE SERVED AS I DID NOT KNOW HIS ADDRESS BUT HE WAS A P.H.S. AND C.M.S. EMPLOYEE)

**9. "PRISON HEALTH SERVICES INC.** ALSO DISMISSED' FROM MY ORIGINAL SUIT BUT WERE DR. IVENS' EMPLOYER WHEN THEIR REFUSAL TO FIRST TREAT SIMPLE CONSTIPATION THEN DENIAL OF ANTIBIOTICS LED TO AN VERY EXTENSIVE INTERNAL SURGERY WHERE THE SURGERY (DESPITE G.I. SPEC. ORDERS FOR A.SAP. SURGERY) WERE IGNORED UNTIL I HAD TO BE CUT FROM MY ANUS TO MY TAILBONE AND HAVE A FINGER-SIZED POUCH REMOVED FROM THE INSIDE OF MY RIGHT BUTTOCK TO GET OUT ALL OF THE INFECTION AND BECAUSE OF THE WAY THE SURGERY HEALED I MUST SHOWER NOW AFTER ALMOST EVERY BOWEL MOVEMENT AND USE SUPPOSITORIES AND ANAL OINTMENTS DAILY. I HAVE MORE ALLEGATIONS AGAINST P.H.S. WHICH WILL BECOME MOOT IF P.H.S. IS RIGHTLY BROUGHT BACK INTO MY ORIGINAL SUIT DUE TO THEIR FRAUDULENT CONCEALMENT IN MANY AREAS AS I WAS LED TO BELIEVE MY CONDITION WOULD (BOWEL MOVEMENTS ETC.) RETURN TO NORMAL AND THAT DR. IVENS (WHICH I JUST FOUND OUT WASN'T) WAS LICENSED. (IF STATUTE OF LIMITATIONS ARE TOLLED IN CASE 03-048-SLR ON NEW EVIDENCE THIS WOULD MOOT).

**10. STATE OF DELAWARE / MR. STANLEY TAYLOR / MR. PAUL HOWARD - BUREAU CHIEF**
SINCE BEING INCARCERATED AT D.C.C. I HAVE WRITTEN NUMEROUS LETTERS' TO ADMINISTRATION OFFICIALS ABOUT THE DELIBERATELY INDIFFERENT HEALTHCARE I WAS RECEIVING FOR MY VERY SERIOUS MEDICAL PROBLEMS ASKING THAT SINCE THE DE. DEPT. OF CORRECTIONS IS ULTIMATELY RESPONSIBLE FOR MY HEALTHCARE WHILE HERE THAT THEY WOULD INTERVENE IN MY BEHALF. I ALSO FILED NUMEROUS GRIEVANCES AS INSTITUTIONAL GRIEVANCES CONCERNING MY MEDICAL CARE BUT THE GRIEVANCE SYSTEM FAILED ME TERRIBLY BY TAKING SOMETIMES 1-1½ YEARS TO ANSWER SOME, SOME WEREN'T ANSWERED AT ALL, AND THEY LOOKED FOR ANY TECHNICALITY POSSIBLE TO NOT HAVE TO ADDRESS MY VERY SERIOUS MEDICAL ISSUES EVEN FABRICATING REASONS.
THEY HAVE ALSO DENIED ME A SPECIAL NEEDS DIET NOT ALLOWING THE DIETS WHICH MEDICAL DOCTORS AND NUTRITIONISTS' HAD ORDERED DICTATING TO THEM WHAT THEY WOULD ALLOW THEM TO PRESCRIBE ME AND THEN SENT IN A PERJURED AFFADAVIT CONCERNING THIS.
THEY ALSO HAVE FILED A FALSIFIED AFFADAVIT CONCERNING THE GRIEVANCES I FILED SENDING IN MANIPULATED GRIEVANCE LOGS AND IN THEIR ATTEMPTS TO KEEP ME FROM EXPOSING WHAT HAS BEEN DONE TO ME THEY HAVE OPENED UP MY OUTGOING (TO THE U.S. ATTORNEY GENERALS' OFFICE) AND MY INCOMING LEGAL MAIL OUTSIDE OF MY PRESENCE CONCERNING THESE MEDICAL ISSUES, DICTATED AT THE LAW LIBRARY WHAT I COULD AND COULD NOT USE AS EVIDENCE AGAINST THEIR EMPLOYER (THE D.O.C.), DOUBLE AND TRIPLE CHARGED ME FOR LEGAL MAIL TO DISCOURAGE ME, REFUSED TO SEND MAIL OUT CERTIFIED AND MOVED ME AT LEAST 12 TIMES IN 7 MONTHS WHILE CONTINUALLY EXCRETING BLOOD, PUS AND FECES INTO MY PANTS BEFORE SENDING ME FOR SURGERY AND I HAVE MORE ALLEGATIONS BUT IN THE INTEREST OF BRIEF... AND THE STATE OF DE. DEPT. OF CORR. IS CERTAINLY AWARE OF A PATTERN OF MEDICAL NEGLECT.

CONTINUED

I WOULD ASK THE COURTS FORGIVENESS FOR THIS ADDED PAGE AS WELL AS ITS' UNDERSTANDING. THANK YOU VERY MUCH.

## DEFENDANTS' INVOLVEMENT
### IV. "STATEMENT OF CLAIMS"

11. "ROBERT HAMPTON" WHILE WORKING FOR C.M.S. MR. HAMPTON BEING A NURSE FABRICATED, FALSIFIED AND LIED TO DENY PRESCRIBED MEDICATIONS ORDERED BY AN INFECTIOUS DISEASE DOCTOR.

TRIED TO DENY MY INTERFERON SHOT BEFORE MY LEG GOT INFECTED BECAUSE I REFUSED TO BE INJECTED AS THERE WAS A WRONG DOSAGE IN THE SYRINGE OF MY CHEMOTHERAPY AND WAS DIFFERENT VOLUME UNTIL HIS SUPERVISOR CHASTISED HIM AND FORCED HIM TO GIVE ME MY SHOT CAUSING HIM TO SEEK VENGEANCE FOR HIS EMBARRASSMENT AND THE SHOT WAS REDRAWN.

MR. HAMPTON AS D.O.N. (I NOW UNDERSTAND) OF C.M.S. WAS RESPONSIBLE TO SHOW ME A FILM ABOUT THE DANGERS OF SELF-INJECTING THE CHEMOTHERAPY AND BE SURE I WAS WELL INSTRUCTED AND UNDERSTOOD THE DANGERS COMPLETELY BEFORE ALLOWING ME TO SELF-INJECT WHICH HE NEVER DID.

SUBSEQUENTLY I GOT A SERIOUS INFECTION WHICH ALMOST COST ME MY LIFE AND VERY NEARLY AT THE LEAST THE AMPUTATION OF MY INFECTED LEFT LEG.

WHILE HOSPITALIZED WITH SEVERE CELLULITIS AND A HOLE (WE NOW KNOW TO BE METHACILLIN RESISTANT STAPHYLOCOCUS AUREAS) $2\frac{1}{2}" \times 2" \times \frac{3}{4}"$ DEEP HE DEFIED THE INFECTIOUS DISEASE SPECIALIST DR. RAMESH VEMULAPALY'S ORDERS! TO NOT GIVE ME ANY MORE CHEMO UNTIL MY WOUND (WHICH TOOK 11 MONTHS TO CLOSE) HAD HEALED.

WHEN I REFUSED UNTIL DR. VEMULAPALY SAID IT WAS ALRIGHT TO CONTINUE HE WAS SO IRRITATED HE WENT TO DR. HOFFMAN AND HAD ME DISCHARGED TO THE DISGUST OF EVERY NURSE PRESENT. THIS WAS ON A FRIDAY.

MY CHAPLAIN UPON HEARING HOW BAD I WAS DOING HAD ME READMITTED MONDAY MORNING. ON TUESDAY THE INFECTION BROKE LOOSE AND STOPPED MY HEART (WHICH THEY TRIED TO COVER UP BY NOT SENDING ME BACK TO HEART SPECIALISTS' FOR TESTING ORDERED AT AND WHEN I WAS RUSHED TO KENT GEN. HOSPITAL.

HAD I NOT BEEN IN THE INFIRMARY WHERE I WAS GIVEN 3 NITROGLYCERIN TABLETS AND A SHOT OF EPHINEPRINE. I KNOW I WOULD HAVE DIED BUT GOD...

I ALSO SUSTAINED AN ESOPHAGAEL HERNIA FROM THE VIOLENT THROWING UP WHICH I'VE HAD NUMEROUS G.I. SPECIALISTS' ORDERS TO DO AN ENDOSCOPY SINCE THEN (JULY 2002) ALL IGNORED.

MANY OF THESE DEFENDANTS' CHARGES SHOULD BE INTENSIFIED AND THE "STATUTE OF LIMITATIONS" TOLLED AS ALTHOUGH NUMEROUS CULTURES WERE ORDERED AND REQUESTED BACK IN 2002 IT WAS NOT UNTIL JULY OF 2005 THAT THE RECURRING INFECTION WAS FINALLY CULTURED AND FOUND TO BE M.R.S.A. CAUSING SEVERE (ONE CANNOT EVEN KNOW THE EXTENT INTERNALLY) DAMAGE LEFT UNTREATED FOR OVER 3 YEARS ALSO UNDIAGNOSED.

IF F.C.M. AND MR. HAMPTON ARE BROUGHT BACK INTO THE CASE IN MY MOTION FOR "RELIEF FROM JUDGMENT" THIS WOULD BE MOOT AS I'VE ALREADY PRESENTED THE COURT THIS EVIDENCE ALBEIT NOT KNOWING THIS INFECTION WAS A VERY SERIOUS AND POSSIBLY DEADLY STAPH INFECTION AT THE TIME.

ALSO WOULD HUMBLY ASK THE COURT TO IF NEED BE BRING MORE ALLEGATIONS AGAINST MR. HAMPTON.

I WOULD HUMBLY AND RESPECTFULLY ASK THE COURT THAT MY RIGHT TO BRING FURTHER ALLEGATIONS (ALTHOUGH I CERTAINLY CANNOT IMAGINE IT NECESSARY) AGAINST <u>ALL THE NAMED DEFENDANTS</u> AND SPECIFIC ALLEGATIONS OF PARTICULARITY OUTSIDE OF WHAT I'VE NAMED HEREIN BE RESERVED. THANK YOU VERY MUCH.

## IV. "STATEMENT OF CLAIMS"

Plaintiff would respectfully request the right to add additional specific allegations of personal involvement and particularity against these defendants as many issues were not cited in an attempt to comply with the courts order to be brief...

All three of the medical providers (P.H.S., F.C.M., and C.M.S.) ran out of medications which were prescribed by doctors' and for serious medical problems.

Plaintiff claims that the defendants' negligence and "deliberate indifference" (with malicious intent at times) resulted in the plaintiffs' undue pain and suffering in violation of the plaintiffs' eighth (8th) ammendment right to be free from cruel and unusual punishment.

Plaintiff claims that the defendants' wanton, willful, and malicious "deliberate indifference" caused the plaintiff permanent serious, and life threatening injury.

Plaintiff claims claims that the defendants caused the plaintiff undue emotional trauma and mental anguish as a result of the physical and emotional injuries inflicted by the defendants failure to treat injuries in a timely fashion and with the urgency the degree of injury necessitated, treating improperly or not treating at all, ignoring specialists' direct orders in an attempt to conceal the extent of the injuries to avoid liability at the cost of the plaintiffs progression of these injuries which are very serious and quite possibly life-threatening.

Plaintiff claims that the "deliberate indifference" shown for his "very serious medical problems" has caused the plaintiff "undue mental, physical, and emotional pain and suffering" that has been "repugnant to the conscience of mankind" and "evolving all standards of decency".

Plaintiff also claims that in an attempt(s) to keep plaintiff from litigating against and trying to expose the defendants' actions the defendants violated the plaintiffs' ammendment right to "due process" and due access to the court system as well as other governmental agencies (such as the United States Department of Justices' United States' Attorney General and Assistant Attorney General for Civil Rights Special Litigations Unit (CRIPA) in charge of investigating prison corruption) through failure to deliver certified mail I've sent out, opening mail I've sent out to the U.S. Dept. of Justice and then repackaging it, opening clearly marked legal mail

CONTINUED

OUTSIDE OF MY PRESENCE, DOUBLE AND TRIPLE CHARGING ME FOR THE SAME LEGAL PACKAGES IN AN ATTEMPT TO DISCOURAGE ME FROM CONTINUING MY LITIGATION AND REFUSING TO CORRECT THESE OVERCHARGES, DICTATING AT THE LAW LIBRARY WHAT I CAN AND CANNOT USE AS EVIDENCE AGAINST THEM AND THEIR EMPLOYERS (THE D.O.C.) AND EVEN REFUSING COPYING PRIVELEGES TOTALLY AND AS WITH MY OTHER EIGHTH AMMENDMENT CLAIMS IN THIS

AMMENDMENT CLAIM I WOULD HUMBLY ASK THE COURT TO PLEASE ALLOW MY RIGHT TO BRING MORE ALLEGATIONS BUT IN AN ATTEMPT TO BE BRIEF I WILL USE THESE ALLEGATIONS TO SHOW THIS CLAIM TO BE NON-FRIVILOUS.

BECAUSE THE FIFTH AMMENDMENT ALLEGATIONS WERE AN EFFORT TO COVER UP MY EIGHTH AMMENDMENT ALLEGATIONS I WOULD ASK THAT THESE ISSUES BE ADDRESSED IN THE SAME SUIT BUT AS SEPERATE ISSUES.

IF HOWEVER THE FIFTH AMMENDMENT CLAIM WERE TO DISQUALIFY THIS PREDOMINANTLY EIGHTH AMMENDMENT CLAIM THEN I WOULD HUMBLY AND RESPECTFULLY ASK THE COURT TO IGNORE THE FIFTH AMMENDMENT VIOLATION CLAIMS I'M MAKING CONCERNING DENYING ME "DUE ACCESS" AND "DUE PROCESS" AND JUST CONCENTRATE ON MY EIGHTH AMMENDMENT VIOLATION CLAIMS TO BE FREE FROM CRUEL AND UNUSUAL PUNISHMENT AND I WILL ADDRESS THE FIFTH AMMENDMENT CLAIM DENYING ME DUE ACCESS AND DUE PROCESS IN A SEPERATE CLAIM.

I DO NOT HOWEVER IN ANY WAY WANT MY EIGHTH AMMENDMENT CLAIMS TO HINGE ON THE OUTCOME OF THE LITIGATION OF THE FIFTH AMMENDMENT CLAIMS AND WOULD ASK THE COURT THAT IF I HAVE MADE ANY TECHNICAL ERRORS IN THE FILING OF THIS CLAIM THAT DUE TO MY MENTAL HEALTH ASSESSMENT THAT WHEN (AND IF) COUNSEL IS APPOINTED TO REPRESENT ME THAT HE WOULD BE GIVEN THE (OR SHE) OPPORTUNITY TO CORRECT THOSE ERRORS "IN THE INTEREST OF JUSTICE".

THANK YOU VERY MUCH.

MOST RESPECTFULLY,
RICHARD 'MARK' TURNER
#00363670  S1 A-3

SIGNED: Richard 'Mark' Turner

DATED: 2-7-06

## V. RELIEF

### MOTION TO AMMEND

COMES NOW THE PLAINTIFF RICHARD 'MARK' TURNER TO FIRST APOLOGIZE TO THE COURT FOR THE OVERSIGHT WHEN I RECENTLY FILED A 1983 CIVIL SUIT ON FEBRUARY 7th, 2006.

THE CASE NAMED AS RICHARD MARK TURNER AND ESTATE V. THE FOLLOWING DEFENDANTS.

| | |
|---|---|
| RICHARD MARK TURNER AND ESTATE WITH POWER OF ATTORNEY TO RICHARD BURTON TURNER (PLAINTIFFS' FATHER) (PLAINTIFF) | |
| v. | |
| 1. C.M.S. | |
| 2. DR. TAMMY KASTRE | |
| 3. F.C.M. | C.A. No. _____ |
| 4. DR. SITTA GOMBEH-ALIE | TO BE ASSIGNED BY THE |
| 5. DR. MUHAMMED NIAZ | U.S. DISTRICT COURT |
| 6. DR. SURESH TRIVEDI | |
| 7. DR. STANLEY HOFFMAN | |
| 8. DR. KEITH IVENS | |
| 9. P.H.S. | |
| 10. STATE OF DELAWARE COMM. OF CORR'S. MR STANLEY TAYLOR AND BUREAU CHIEF MR. PAUL HOWARD | |
| 11. MR. ROBERT HAMPTON (DEFENDANTS) | |

I WHEN ADDRESSING THE RELIEF SOUGHT MADE GREAT OVERSIGHT AND FORGOT TO INCLUDE TO ASK THE FOLLOWING TYPE DAMAGES FROM EACH DEFENDANT, IN ADDITION TO SEEKING NOMINAL, PUNITIVE, COMPENSATORY AND HEDONIC DAMAGES I WOULD ALSO SEEK FROM EACH DEFENDANT THE FOLLOWING TYPES OF DAMAGES PLEASE WHERE APPLICABLE;

- 2 -

- ACTUAL DAMAGES
- CONTINUING DAMAGES
- FUTURE DAMAGES
- PROSPECTIVE DAMAGES
- SPECULATIVE DAMAGES
- SUBSTANTIAL DAMAGES
- BODILY INJURY
- INJURY IN FACT
- IRREPAIRABLE INJURY
- PERMENANT INJURY
- PERSONAL INJURY
- ADEQUATE COMPENSATION
- LOSS OF EARNING CAPACITY
- PAIN AND SUFFERING

I WOULD IN ADDITION TO THE DAMAGES WHICH I LISTED IN MY ORIGINAL COMPLAINT ASK TO ALSO SEEK THESE AREAS OF RELIEF FROM EACH OF THE ELEVEN (11) DEFENDANTS LISTED WHERE APPLICABLE.

I WOULD ASK THE COURTS PERSONAL FORGIVENESS FOR MY OVERSIGHT AND THE ADDED WORK AND WOULD ASK THE COURT TO PLEASE INSERT THESE PAGES AT THE BEGINNING OF MY RELIEF SOUGHT (V."RELIEF) FROM DEFENDANTS.

AGAIN, PLEASE FORGIVE MY OVERSIGHT BUT MY HEALTH PROBLEMS HAVE HAD ME PREOCCUPIED AND I APOLOGIZE FOR THE ADDED WORK FOR THE COURT CLERK. THANK YOU VERY MUCH.

MOST RESPECTFULLY,
RICHARD 'MARK' TURNER
#00363670  S1 A-3
D.C.C.
1181 PADDOCK RD,
SMYRNA, DE.
  19977

SIGNED: Richard 'Mark' Turner

DATED: 2-11-06

## V. RELIEF

2. AS TO DEFENDANT "DR. TAMMY KASTRE" - (OWNER OF F.C.M.) PLAINTIFF SEEKS DAMAGES OF: NOMINAL DAMAGES, PUNITIVE DAMAGES, COMPENSATORY DAMAGES AND HEDONIC DAMAGES IN THE AMOUNT OF $1,000,000.00 (ONE MILLION DOLLARS)

3. AS TO DEFENDANTS' "FIRST CORRECTIONAL MEDICAL" (F.C.M.) PLAINTIFF SEEKS DAMAGES OF: NOMINAL DAMAGES, PUNITIVE DAMAGES, COMPENSATORY DAMAGES, AND HEDONIC DAMAGES IN THE AMOUNT OF (TWO MILLION DOLLARS) $2,000,000.00, IF F.C.M. IS IN FACT BROUGHT BACK AS A DEFENDANT DUE TO MY MOTION FOR RELIEF FROM JUDGEMENT THIS WOULD BE MOOT. THANK YOU. (U.S. DISTRICT COURT CIVIL CASE # 03-048-SLR)

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 7th day of FEBRUARY, 2006.

_Richard Mark Turner_
(Signature of Plaintiff 1)

_____
(Signature of Plaintiff 2)

_____
(Signature of Plaintiff 3)

4

(CONT.)

## V. RELIEF

4. AS TO DEFENDANT "DR. SITTA GOMBEH-ALIE" PLAINTIFF SEEKS DAMAGES OF: NOMINAL DAMAGES, PUNITIVE DAMAGES, COMPENSATORY DAMAGES AND HEDONIC DAMAGES IN THE AMOUNT OF $1,000,000.00 (ONE MILLION DOLLARS)

5. AS TO DEFENDANT "DR. MUHAMMED NIAZ" PLAINTIFF SEEKS DAMAGES OF: NOMINAL DAMAGES, PUNITIVE DAMAGES, COMPENSATORY DAMAGES AND HEDONIC DAMAGES IN THE AMOUNT OF $250,000.00 (TWO HUNDRED AND FIFTY THOUSAND DOLLARS)

6. AS TO DEFENDANT "DR. SURESH TRIVEDI" PLAINTIFF SEEKS DAMAGES OF: NOMINAL DAMAGES, PUNITIVE DAMAGES, COMPENSATORY DAMAGES AND HEDONIC DAMAGES IN THE AMOUNT OF $400,000.00 (FOUR HUNDRED THOUSAND DOLLARS) ALTHOUGH IF MY RELIEF FROM JUDGEMENT AGAINST F.C.M. AND DR. SURESH TRIVEDI IS GRANTED AND THEY ARE BROUGHT BACK AS DEFENDANTS IN CASE #03-048-SLR THIS WOULD BE MOOT.

7. AS TO DEFENDANT "DR. STANLEY HOFFMAN" PLAINTIFF SEEKS DAMAGES OF: NOMINAL DAMAGES, PUNITIVE DAMAGES, COMPENSATORY DAMAGES AND HEDONIC DAMAGES IN THE AMOUNT OF $1,000,000.00 (ONE MILLION DOLLARS) ALTHOUGH IF MY MOTION FOR RELIEF FROM JUDGEMENT IS GRANTED AGAINST F.C.M. AND DR. HOFFMAN THIS WOULD BECOME MOOT, AS HE WAS NAMED IN U.S. DISTRICT COURT CASE #03-048-SLR. PREVIOUSLY.

8. AS TO DEFENDANT "DR. KEITH IVENS" PLAINTIFF SEEKS DAMAGES OF: NOMINAL DAMAGES, PUNITIVE DAMAGES, COMPENSATORY DAMAGES AND HEDONIC DAMAGES IN THE AMOUNT OF $1,000,000.00 (ONE MILLION DOLLARS)

## V. RELIEF

9. AS TO DEFENDANTS PRISON HEALTHCARE SERVICES IN PLAINTIFF SEEKS DAMAGES OF: NOMINAL DAMAGES, PUNITIVE DAMAGES, COMPENSATORY DAMAGES, AND HEDONIC DAMAGES IN THE AMOUNT OF $1,000,000.00 (ONE MILLION DOLLARS).

10. AS TO DEFENDANTS' THE STATE OF DELAWARE/ DE. COMM. OF CORR. MR. STANLEY TAYLOR/ DE. DEPT. OF CORR. BUREAU CHIEF MR. PAUL HOWARD; PLAINTIFF SEEKS DAMAGES IN THE AMOUNT OF: NOMINAL DAMAGES, PUNITIVE DAMAGES, COMPENSATORY DAMAGES AND HEDONIC DAMAGES IN THE AMOUNT OF $1,000,000.00 (ONE MILLION DOLLARS) AS WELL AS AN IMMEDIATE MEDICAL RELEASE SO THAT I CAN GET PLACED ON A LIVER TRANSPLANT LIST AND ALSO HAVE HIP REPLACEMENT DONE BY COMPETENT MEDICAL PERSONNEL.

*THIS IS AN ADDED ALLEGATION TO MY ORIGINAL SUIT # 03-048-SLR INVOLVING ANY OF THESE DEFENDANTS, AND AGAINST ABOVE NEWLY NAMED DEFENDANTS.

11. AS TO NURSE ROBERT HAMPTON (DEFENDANT) PLAINTIFF SEEKS DAMAGES OF: NOMINAL DAMAGES, PUNITIVE DAMAGES, COMPENSATORY DAMAGES AND HEDONIC DAMAGES IN THE AMOUNT OF $350,000.00 (THREE HUNDRED AND FIFTY THOUSAND DOLLARS)

THE PLAINTIFF WOULD HOWEVER BE OPEN TO AN OUT OF COURT SETTLEMENT ONLY BECAUSE OF THE SERIOUSNESS OF HIS PRESENT HEALTH PROBLEMS AND HIS URGENT NEED FOR COMPETENT AND ADEQUATE MEDICAL CARE i.e. THE EVENTUAL NEED FOR A LIVER TRANSPLANT, HIP REPLACEMENT, KNEE SURGERY, AND CONTINUAL PUNCTUAL TREATMENT FOR M.R.S.A. OUTBREAKS IF THE PLAINTIFF WERE RELEASED EXPEDIENTLY AND IF THE FINANCIAL COMPENSATION WERE ADEQUATE COMPENSATION FOR THE EXTENSIVE PERMINANT INJURIES THE PLAINTIFF HAS SUFFERED AT THE HANDS OF THE DEFENDANTS AS WELL AS THE MENTAL AND EMOTIONAL PAIN AND SUFFERING THE PLAINTIFF HAS ENDURED DUE TO THE DEFENDANTS "DELIBERATE INDIFFERENCE" (AND AT TIMES EVEN WITH MALICIOUS INTENT) TO HIS VERY SERIOUS MEDICAL NEEDS AND AN MONETARY AWARD WHICH WOULD ALLOW THE PLAINTIFF TO CARE FOR THE RESIDUAL EFFECTS AND COST OF CARE FOR THE REST OF HIS LIFE, i.e. LOST WAGES, MEDICAL CARE AND TREATMENT ETC.. THANK YOU VERY MUCH.

DATED: 2-7-06

MOST RESPECTFULLY,
RICHARD 'MARK' TURNER

SIGNED: Richard Mark Turner