Monday March 20, 2006

FILED
MAR 22 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

B) Scanned

06-95 (SLR)

U.S. District Court Clerk,

Hello and how are you doing today? Most well I hope and pray.

This is just a copy to show that I have in fact given the D.C.C. Business office permission to deduct the initial filing fee for U.S. District Court Civil No. 06-095-SLR and also a copy of the pay to which I sent to them to pay that filing fee.

I would ask the Court these two questions however;

1. Was the Addendum concerning the different types of relief sought added to my original complaint? (It was 2 pages).

2. On the Defendants' listed it just lists the State of De. when I also wanted Commissioner Taylor and Bureau Chief Howard named in the suit so I would question are they still included although it just names the State of Delaware?

Your helpful assistance in answer-

-2-

ing these questions would be greatly appreciated and I thank you for your time and trouble and may you have a blessed Spring season.

Most Respectfully,
Richard Mark Turner
#00363670  S1 A-3
De. Corr. Center
1181 Paddock Rd.
Smyrna, De. 19977





IM Richard Mark Turner
SBI# 00363670 UNIT S-1 A-3
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

"LEGAL"
MAIL

Clerk of Courts
U.S. District Court
844 N. King St. Lockbox 18
Wilmington, De.
19801

WILMINGTON DE 198
PM 21 MAR 2006