3-23-06

Greetings Clerk of Courts,

Hello and how are you doing today? Most well I hope and pray.

I recently filed a Civil Suit, Civil No. 06-095-SLR in which my initial filing fee as a pro se litigant was to be paid by 3-27-06 in the amount of $21.88.

On 3-7-06 I sent the original copy of the Court Order with the signature allowing the institution where I'm incarcerated at to deduct the costs for this suit from my account. (also sent a copy to the Court already)

I enclosed a Pay-To for that ammount which accompanied that permission form (Enclosed copy).

On 3-14-06 I purposely left $23.00 + in my account to cover this but forgot and put in a commissary list on Sunday.

Realizing my mistake I gave a letter for an inmate commissary worker to have the Sgt. in charge not fill my order which he had in plenty of time to destroy it realizing from my letter that the money was for my initial filing fee. (See enclosed foscimilié) He filled it anyway and now I don't have the funds to pay the $21.88 filing fee.

I would humbly and respectfully ask the Court to please allow my account to be debited for that amount until I have the funds to cover it as I tried to correct my error so funds would be available or that the Court would please give me an extension of time to produce the $21.88 filing fee.

Your help and concern in this matter would be greatly appreciated.

FILED
MAR 28 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Most Respectfully,
Richard Mark Ferner
#00.363670 S1 A-3
D.C.C.
1181 Paddock Rd.
Smyrna, De. 19977

## CERTIFICATE OF SERVICE

I RICHARD MARK TURNER THE UNDERSIGNED DO HEREBY SWEAR THAT I HAVE SERVED TRUE AND CORRECT COP(IES) ON THE FOLLOWING PERTINENT PERSONS VIA THE UNITED STATES POSTAL SERVICE, THANK YOU VERY MUCH.

THE HONORABLE JUDGE SUE L. ROBINSON
UNITED STATES DISTRICT COURT
844 N. KING ST. LOCKBOX 18
WILMINGTON, DE.   19801

THE HONORABLE JUDGE WILLIAM WITHAM JR.
DELAWARE STATE SUPERIOR COURT
KENT COUNTY COURTHOUSE
38 THE GREEN
DOVER, DE.   19901

ASSISTANT U.S. ATTORNEY GENERAL MR. WAN J. KIM
UNITED STATES DEPARTMENT OF JUSTICE
CIVIL RIGHTS DIVISION
SPECIAL LITIGATIONS SECTION
RE: CRIPA
WASHINGTON, D.C.   20530

DELAWARE ATTORNEY GENERALS' OFFICE
ATTORNEY GENERAL MR. CARL DANBERG
8th FLOOR
CARVEL STATE OFFICE BUILDING
820 N. FRENCH ST.
WILMINGTON, DE.   19801

MR. COLM F. CONNOLLY
FEDERAL PROSECUTOR FOR DELAWARE
FEDERAL BUILDING
844 KING ST.
WILMINGTON, DE.   19801

GRADY AND HAMPTON (ATTORNEYS AT LAW)
6 NORTH BRADFORD ST.
DOVER, DE.   19901

SIGNED: Richard 'Mark' Turner

DATED: 3-26-06

MOST RESPECTFULLY,
RICHARD 'MARK' TURNER
#00363670 S1 A-3
DELAWARE CORR. CENTER
1181 PADDOCK RD.
SMYRNA, DE.   19977

Court Clerk, I included this but did not serve anyone else this documentation as I felt it was a issue only pertinent to the Court and myself. Thank you and hopefully this is acceptable.



IM Richard Mark Jerman DE 19?
SBI# 00363670  UNIT SHA-3
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

Court Clerk's O
U.S. District Court
844 N. King St. Lockbox 18
Wilmington De.
19801

3-7-06

INITIAL PAYMENT FOR
U.S. DISTRICT COURT CASE NUMBER
1:06-CV-95-SLR-UNA TURNER AND ESTATE V. CORRECTIONAL
MEDICAL SERVICES INC., et.al.,

* INITIAL PAYMENT FOR U.S. DISTRICT COURT
CASE # 1:06-CV-95-SLR.
Pay-To: U.S. DISTRICT COURT

The Sum of: TWENTY-ONE DOLLARS and Cents 88/100

Address to whom sent:
CLERK
U.S. DISTRICT COURT
LOCK BOX 18
844 N. KING ST
WILMINGTON, DE.
19801

SBI# 00363670
Log # S-9508
Check #
Date of Ck

Date: 3-7-06
Amount: $ 21. 88/100

Richard Mark Turner
Inmate Signature
Sgt [signature]
OIC Signature

Lieutenant Signature if Over $100.00

Shift Commander Signature if Over $1000.00

Form #34 (rev 5/03)

Filing Fee                                    Monday Morning
                                                  3-20-06

Brother Kenny McPhee, (Commissary Worker)
  When you go into work this morning will you please tell Sgt. Lowery to tear up my commissary list and not fill it because I need to leave the money on my books for my initial filing fee for U.S. District Court by 3-27-06.

  Monday 3-20-06 2:30 P.M.
  Kenny told me he gave the above letter to Sgt. Lowery when he went in to work at 7:00 A.M. but did not know what he was going to do.
  Tues. 3-21-06 9:00 A.M.
  I went to the Commissary this morning to make sure that they had not filled my commissary list so my initial filing fee of $21.88 would be on there (as I purposely the week before left $23.00 on my account) but they had filled my list anyway and if I had asked them to refund the money it would have taken about a month to be recredited to my account and not available by 3-27-06 anyway so I took the commissary.

                          Richard Mark Turner
                          #00363620  S-1 A-3