3-5-06

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

RICHARD MARK TURNER )
( PLAINTIFF ) )    C.A. # 03-048-SLR
     V. )           06-095-SLR
C.M.S. et.al )
( DEFENDANTS ) )



FILED
APR - 7 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

MOTION FOR LEAVE OF COURT TO ASK YOUR HONOR
FOR APPOINTMENT OF AD HOC COUNSEL

COMES NOW THE PLAINTIFF RICHARD MARK TURNER TO ASK THE COURT TO APPOINT AD HOC COUNSEL.

ON OCT. 1, 2002 PLAINTIFF FILED CIVIL SUIT # 03-048-SLR WHICH WAS ACCEPTED BY THE COURT IN JAN. OF 2003 AS NON-FRIVOLOUS.

ON JUNE 9th OF 2005 ON THE PLAINTIFFS' 7th MOTION FOR APPOINTMENT OF COUNSEL YOUR HONOR GRACIOUSLY GRANTED ME APPOINTMENT OF COUNSEL AND STAYED THIS CASE PENDING APPOINTMENT OF COUNSEL BY A FEDERAL CIVIL PANEL.

ON THE 9th OF THIS MONTH (APRIL) THIS CASE WILL HAVE BEEN ON STAY FOR 10 MONTHS NOW.

MEANWHILE THE PLAINTIFF HAS A VERY SERIOUS LIVER DISEASE AND THIS LIVER FIBROSIS IS PROGRESSING TO WHERE A DOCTOR RECENTLY WROTE A LETTER CONCERNING MY MEDICAL RELEASE AS I NOW ALSO NEED A HIP (AND POSSIBLY A KNEE ALSO) REPLACEMENT SURGERY IN THE LEG WHICH WAS INFECTED AND NON CULTURED AND NON-DIAGNOSED FOR OVER 3 YEARS WHICH TURNED OUT TO BE METH-ACILLIN RESISTANT STAPHYLOCOCUS AUREAS WHICH IS A SERIOUS CHRONIC STAPH INFECTION.

PLAINTIFF HAS FILED A SUBSEQUENT CIVIL SUIT # 06-095-SLR TO TRY EXPEDITE RESOLUTION OF THIS MATTER TO OBTAIN RELEASE AS SOON AS POSSIBLE SO PLAINTIFF CAN BE PLACED ON A LIVER TRANSPLANT LIST AS SOON AS POSSIBLE AND THIS LATTER SUIT ALSO ADDRESSES SOME ISSUES NOT NAMED IN THE ORIGINAL SUIT.

THE PLAINTIFF HAS CONTACTED ATTORNEY KEN RICHMOND OF THE LAWFIRM RICHMOND AND HEVENOR LOCATED AT 2019 WALNUT ST. PHILADELPHIA, PA. 19103 WHO WOULD LIKE TO TAKE THE CASE IF YOUR HONOR WOULD BE SO GRACIOUS AS TO GRANT HIM AD HOC STATUS IN ORDER TO PRACTICE IN DELAWARE IN BOTH OF MY CASES OR EVEN JUST THE FIRST FOR THE TIME BEING AS YOUR HONOR HAS YET TO RULE ON MY MOTION FOR APPOINTMENT OF COUNSEL IN MY LATEST CIVIL SUIT FILED 2-7-06 CIVIL SUIT # 06-095-SLR.

-2-

YOUR HONOR GIVEN THE SERIOUSNESS OF MY PRESENT HEALTH CONDITIONS AND THE URGENCY FOR ACTION AND THE RELUCTANCE BY THE FEDERAL CIVIL PANEL TO APPOINT ME COUNSEL IN 10 MONTHS TIME, I WOULD HUMBLY AND RESPECTFULLY ASK YOUR HONOR TO PLEASE ALLOW ATTORNEY KEN RICHMOND TO REPRESENT ME UNDER AD HOC STATUS AS SOON AS POSSIBLE AS YOUR HONOR MUST NOW UNDERSTAND THAT MY ALLEGATIONS ALL ALONG WERE FACTUAL AND TRUTHFUL AND AS I'VE AWAITED DISPOSITION OF THIS CASE I HAVE SUFFERED GRAVE IRREPAIRABLE INJURY AS THE DEFENDANTS' HAVE DENIED DISCOVERY, FALSIFIED DOCUMENTS AND IN WAITING FOR THIS CASE TO BE HEARD MY CONDITION HAS DEGENERATED APPRECIABLY.

THANK YOU FOR YOUR CONSIDERATION IN THIS MATTER AND I WILL AWAIT YOUR DECISION.

RICHMOND AND HEVENOR
KEN RICHMOND ATTORNEY AT LAW
2019 WALNUT ST.
PHILADELPHIA, PA.
19103

MOST RESPECTFULLY,
RICHARD 'MARK' TURNER
#00363670  S1  A-3
DE. CORR. CENTER
1181 PADDOCK RD.
SMYRNA, DE.
19977

DATED: 3-5-06        SIGNED: Richard 'Mark' Turner

## CERTIFICATE OF SERVICE

I RICHARD MARK TURNER THE UNDERSIGNED DO HEREBY SWEAR THAT I HAVE SERVED TRUE AND CORRECT COP(IES) ON THE FOLLOWING PERSONS VIA THE U.S. MAIL SERVICE. (U.S.P.S.) THANK YOU VERY MUCH. (AND THATS' OF COURSE IF THE D.O.C. DOES IN FACT SEND THIS OUT AND DOES NOT DESTROY IT).

THE HONORABLE JUDGE SUE L. ROBINSON
U.S. DISTRICT COURT
844 N. KING ST, LOCKBOX 18
WILMINGTON, DE.
19801

ASST. U.S. ATTY. GENERAL MR. WAN J. KIM
U.S. DEPT. OF JUSTICE
CIVIL RIGHTS DIVISION
SPECIAL LITIGATIONS SECTION  RE: CRIPA
950 PENNSYLVANIA AVE. N.W.
WASH., D.C.
20530

RICHMOND AND HEVENOR
KEN RICHMOND ATTY. AT LAW
2019 WALNUT ST.
PHILADELPHIA, PA.
19103

DELAWARE ATTY. GENERALS' OFFICE
OPHELIA M. WATERS
8th FLOOR  CARVEL STATE OFFICE BLDG.
820 N. FRENCH ST.
WILM., DE.
19801

KEVIN CONNORS ATTY. AT LAW
1220 N. MARKET ST, SUITE 500
P.O. BOX 130
WILM., DE. 19899

DATED: 3-05-06        SIGNED: Richard Mark Turner

I/M Richard Mash Turner
SBI# 00363670 UNIT S1 A-3
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

WILMINGTON DE 197
06 APR 2006

U.S. District Court
The Honorable Judge Sue L. Robinson
c/o Court Clerk
844 N. King St. Lockbox 18
Wilmington, De. 19801

"LEGAL" MAIL

"LEGAL" MAIL