3-23-06

Greetings Clerk of Courts

Hello and how are you doing today. Very well I hope and pray.

I recently filed a Civil Suit, Suit No. 06-095-SLR in which my initial filing fee as a pro se litigant was to be paid by 3-27-06 in the amount of $21.88.

On 3-7-06 I sent the original copy of the Court Order to the D.C.C. Business Office with my signature authorizing them to take the funds for this suit from my inmate account. I also enclosed a Pay-To for that amount. (Please see enclosed Pay-To copy). (I sent a copy of this to the Court already)

On 3-14-06 when I went to the commissary I purposely left over $23.20 on my account to cover the original filing fee but forgetting, the following week I put in a commissary list.

Upon realizing my mistake I gave a letter to an inmate commissary worker to give to the Sgt. in charge of the commissary to ask him to please tear up and not fill my commissary order. He got this letter in plenty of time to honor my request and I explained in the letter that I needed those funds to cover the initial filing fee for this Civil Suit.

Unfortunately he filled my list anyway not leaving me the $21.88 initial filing fee in my account. (See enclosed facsimile of letter).

I would humbly and respectfully ask the Court to please allow my account to be debited for that amount until I have the funds to cover it as I tried to correct my error so funds would be available or I'd ask that the Court would please give me an extension of time to pay the $21.88 initial filing fee.

Your help and concern in this matter would be greatly appreciated.

Most Respectfully,
Richard Mark Turner
#00363670  51 A-3
D.C.C.
1181 Paddock Rd.
Smyrna, De. 19977

FILED
APR 10 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Filing Fee

Monday Morning 3-20-06
4:30 A.M.

Brother Kenny McGhee, (Commissary Worker)

When you go into work this morning will you please tell Sgt. Lowery to tear up my commissary list and not fill it because I need the money left on my books for my initial filing fee for my Civil Suit which is due by 3-27-06.

Thank You,
Brother Mark Turner

Monday 3-20-06 2:30 P.M.

Kenny told me he gave it to Sgt. Lowery when he went in to work at 7:00 A.M. but did not know what he was going to do.

3-21-06 9:00 A.M.

Went to commissary to make sure they did not fill my order so my Court money would be there but they had filled my order anyway and if I'd asked them to refund it it wouldn't have gotten back on my account in time to pay my $21.88 filing fee anyway so I received my commissary.

Richard 'Mark' Turner
#00363670 S1 A-3

P.S. Upon receipt of this letter could you please write back to let me know you did receive this and to tell me if the $21.88 has been forwarded by the business office here at D.C.C.? Thank You Very Much

INITIAL PAYMENT FOR
U.S. DISTRICT COURT CASE NUMBER
1:06-CV-95-SLR-UNA TURNER AND ESTATE V. CORRECTIONAL
MEDICAL SERVICES INC. et. al.

* INITIAL PAYMENT FOR U.S. DISTRICT COURT  Date: 3-7-06
CASE # 1:06-CV-95-SLR.
Pay-To: U.S. DISTRICT COURT   Amount: $ 21. 88/100

The Sum of: TWENTY-ONE DOLLARS _____ and Cents 88/100

Address to whom sent:
CLERK
U.S. DISTRICT COURT
LOCKBOX 18
844 N. KING ST
WILMINGTON, DE.
19801

SBI# 00363670   _Richard Mark Turner_
                 Inmate Signature

Log # _____    _____
                 OIC Signature

Check # _____  _____
                 Lieutenant Signature if Over $100.00

Date of Ck ___  _____
                 Shift Commander Signature if Over $1000.00

Form #34 (rev 5/03)

3-7-06

*[Handwritten annotation at top: "3-7-06 — A copy of the signed permission form for funds for Court Cost and Initial filing fee to be deducted from my account."]*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RICHARD MARK TURNER, | ) |
|     Plaintiff, | ) |
|     v. | ) Civ. No. 06-095 SLR |
| CORRECTIONAL MEDICAL SERVICES, | ) |
| DR. TAMMY KASTRE, | ) |
| FIRST CORRECTIONAL MEDICAL, | ) |
| DR. SITTA GOMBEH-ALIE, | ) |
| DR. MOHAMMAD NIAZ, | ) |
| DR. SURESH TRIVEDI, | ) |
| DR. STANLEY HOFFMAN, | ) |
| DR. KEITH IVENS, | ) |
| PRISON HEALTH SERVICES INC., | ) |
| STATE OF DELAWARE, and | ) |
| NURSE ROBERT HAMPTON, | ) |
|     Defendants. | ) |

## O R D E R

1. The plaintiff Richard Mark Turner, SBI #363670, a pro se litigant who is presently incarcerated, has filed this action pursuant to 42 U.S.C. § 1983 and has requested leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.

2. Consistent with 28 U.S.C. § 1915(a)(1) and (2), the plaintiff has submitted: (1) an affidavit stating that he has no assets with which to prepay the filing fee; and (2) a certified copy of his prison trust fund account statement for the six-month period immediately preceding the filing of the above-referenced complaint. Based on the plaintiff's submissions, his request to proceed in forma pauperis is granted.

3. Notwithstanding the above, pursuant to 28 U.S.C. § 1915(b)(1), the plaintiff shall be assessed the filing fee of $250.00 and shall be required to pay an initial partial filing fee of 20 percent (20%) of the greater of his average monthly deposit or average monthly balance in the trust fund account.

4. In evaluating the plaintiff's account information, the Court has determined that the plaintiff has an average account balance of $20.52 for the six months preceding the filing of the complaint. The plaintiff's average monthly deposit is $109.38 for the six months preceding the filing of the complaint. Accordingly, the plaintiff is required to pay an initial partial filing fee of $21.88, this amount being 20 percent (20%) of $109.38, the greater of his average monthly deposit and average daily balance in the trust fund account for the six months preceding the filing of the complaint. **Therefore, the plaintiff shall, within thirty days from the date this order is sent, complete and return the attached authorization form allowing the agency having custody of him to forward the $21.88 initial partial filing fee and subsequent payments to the Clerk of the Court. FAILURE OF THE PLAINTIFF TO RETURN THE AUTHORIZATION FORM WITHIN 30 DAYS FROM THE DATE THIS ORDER IS SENT SHALL RESULT IN DISMISSAL OF THIS ACTION WITHOUT PREJUDICE. NOTWITHSTANDING ANY PAYMENT MADE OR REQUIRED, THE COURT SHALL DISMISS THE CASE IF THE COURT DETERMINES THAT THE ACTION IS FRIVOLOUS OR MALICIOUS, FAILS**

TO STATE A CLAIM UPON WHICH RELIEF MAY BE GRANTED, OR SEEKS MONETARY RELIEF AGAINST A DEFENDANT WHO IS IMMUNE FROM SUCH RELIEF.

    5. Upon receipt of this order and the authorization form, the Warden or other appropriate official at the Delaware Correctional Center, or at any prison at which the plaintiff is or may be incarcerated, shall be required to deduct the $21.88 initial partial filing fee from the plaintiff's trust account, when such funds become available, and forward that amount to the Clerk of the Court. Thereafter, absent further order of the Court, each time that the balance in plaintiff's trust account exceeds $10.00, the Warden or other appropriate official at Delaware Correctional Center, or at any prison at which the plaintiff is or may be incarcerated, shall be required to make monthly payments of 20 percent (20%) of the preceding month's income credited to the plaintiff's trust account and forward that amount to the Clerk of the Court.

    6. Pursuant to 28 U.S.C. § 1915(g), if the plaintiff has had three or more actions dismissed by the Court on the grounds that they were frivolous, malicious, or failed to state a claim upon which relief may be granted, the Court shall deny the plaintiff leave to proceed in forma pauperis in all future suits filed without prepayment of the filing fee, unless the Court determines that the plaintiff is under imminent danger of serious

physical injury.

DATED: 2/23/06                          _____
                                              United States District Judge

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

RICHARD MARK TURNER,                )
                                    )
        Plaintiff,                  )
                                    )
    v.                              ) Civ. No.06-095 SLR
                                    )
CORRECTIONAL MEDICAL SERVICES,      )
DR. TAMMY KASTRE,                   )
FIRST CORRECTIONAL MEDICAL,         )
DR. SITTA GOMBEH-ALIE,              )
DR. MOHAMMAD NIAZ,                  )
DR. SURESH TRIVEDI,                 )
DR. STANLEY HOFFMAN,                )
DR. KEITH IVENS,                    )
PRISON HEALTH SERVICES INC.,        )
STATE OF DELAWARE, and              )
NURSE ROBERT HAMPTON,               )
                                    )
                                    )
        Defendants.                 )

**AUTHORIZATION**

I, Richard Mark Turner, SBI #363670 request and authorize the agency holding me in custody to disburse to the Clerk of the Court the initial partial filing fee of $21.88 and the subsequent payments pursuant to 28 U.S.C. § 1915(b) and required by the Court's order dated February 23, 2006.

This authorization is furnished to the Clerk of Court in connection with the filing of a civil action, and I understand that the filing fee for the complaint is $250.00. I also understand that the entire filing fee may be deducted from my trust account regardless of the outcome of my civil action. This

authorization shall apply to any other agency into whose custody I may be transferred.

Date: (3-7-06) MARCH SEVENTH, 2006.

                                                 *Richard Mark Turner*
                                                 Signature of Plaintiff

INITIAL PAYMENT FOR
U.S. DISTRICT COURT CASE NUMBER
1:06-CV-95-SLR-UNA TURNER AND ESTATE V. CORRECTIONAL
MEDICAL SERVICES INC., et.al,

3-7-06

* INITIAL PAYMENT FOR U.S. DISTRICT COURT
CASE # 1:06-CV-95-SLR.

Pay-To: U.S. DISTRICT COURT        Date: 3-7-06

The Sum of: TWENTY-ONE DOLLARS        Amount: $ 21. 88/100

and Cents 88/100

Address to whom sent:

CLERK
U.S. DISTRICT COURT        SBI# 0036367o
LOCKBOX 18                 Log # S-9508
844 N. KING ST             Check #
WILMINGTON, DE.            Date of Ck
19801

Richard Mark Turner
Inmate Signature

[signature]
OIC Signature

Lieutenant Signature if Over $100.00

Shift Commander Signature if Over $1000.00

Form #34 (rev 5/03)

I/M Richard Mark Turner
SBI# 00363670 UNIT SLA-3
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

United States District Court
Court Clerk
844 N. King St., Lockbox 18
Wilmington, Del 19801