IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RICHARD MARK TURNER,       ) | |
| )                          | |
| Plaintiff,            ) | |
| )                          | |
| v.                         ) | Civ. No. 06-95-SLR |
| )                          | |
| DR. TAMMY KASTRE, et al.,  ) | |
| )                          | |
| Defendants.           ) | |

**O R D E R**

At Wilmington this 2d day of June 2006.

On May 18, 2006, plaintiff Richard Mark Turner, an inmate at Delaware Correctional Center, filed a "motion to correct misinterpertation [sic] of listing of defendants and relief sought from said defendants from service." (D.I. 17) The court construes the filing as a motion to voluntarily dismiss the State of Delaware pursuant to Fed. R. Civ. P. 41(a).

In the same filing plaintiff advises the court that the damages he seeks "were to be divided at the court's discretion between Mr. Taylor and Mr. Howard according to their involvement." The court construes this request as a motion to amend the ad damnum clause of complaint. The motions are granted.

IT IS THEREBY ORDERED as follows:

1. The motion to voluntarily dismiss (D.I. 17) the State of Delaware pursuant to Fed. R. Civ. P. 41(a) is GRANTED, and the State of Delaware is DISMISSED as a party defendant.

2.   The motion to amend (D.I. 17) the ad damnum clause of the complaint is GRANTED.  The ad damnum clause of the complaint is amended to reflect that the damages plaintiff seeks are to be divided between Mr. Taylor and Mr. Howard according to their involvement.

_____
UNITED STATES DISTRICT JUDGE