Wed. May 31, 2006

Clerk of Courts
U.S. District Court
Judge Sue L. Robinson
Re: Civil Action #'s 03-048-SLR
06-095-SLR
844 N. King St. Lockbox 18
Wilmington, De. 19977

FILED
JUN - 5 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Dear Clerk of Courts,

Hello and how are you doing today? Very well I hope and pray as I also pray that your Memorial Day weekend was also a blessing.

If you would be so kind, I write to ask your help in getting clarifications on a couple of questions which I have concerning both of my active cases.

The first question would concern C.A. #03-048-SLR in which last month The Honorable Judge Sue L. Robinson sent me an order saying that she was scheduling a Pre-Trial conference between myself, The Atty. for the State Defendants, the Atty. for C.M.S. in front of a Clerk of the Courts.

Realizing that these meetings are usually scheduled for the Plaintiff and Defendants' to meet and come to some kind of an out of Court settlement my question is that will my subsequent Motions to bring other Defendants (F.C.M. and employees and P.H.S. and employees) back as Defendants' (Motions for Reconsideration) who were previously granted Summary Judgement but which I've uncovered "New Evidence" against have any bearing on the meeting which Judge Robinson said she was scheduling with C.M.S., the State, and myself?

Also in Judge Robinsons' orders she has used the "Statute of Limitations" date for this case as Jan. 16th 2001 and this is incorrect yet understandable

(Docket #25 filed by Mr. Robert K. Beste on May 22, 2003)
as when Mr. Robert K. Beste III filed his "Motion for
Dismissal" due to "Statute of Limitations" violations
he mislead the Court in his Motion saying that my
Civil Suit had been filed on Jan 16th 2003 when in
reality and with a quick check of my Docket Sheet
#'s 1 and 2 you will see that I filed my complaint
on Oct 1, 2002 and it was received by the Court on
Oct. 11th 2002 so shouldn't the date of the Statute
of Limitations be Oct. 11th 2000 and not Jan 16th 2001
as I don't know where Mr. Beste came up with the
Jan 16th 2003 date but one could only surmise that
there was probably actionable wrongs committed
between the actual date I filed my complaint and
the date which he erroneously led the Court into
believing was the date I filed my complaint and
unfortenately the Court used his date rather then
the actual date my complaint was received and I
in fact right now realize what that was so could
the Clerk make this mistake apparrant by showing
The Honorable Judge Robinson my Docket sheet
please?
            On my subsequent case Civil Action # 06-095-
SLR my question would be did The Honorable Judge
Sue L. Robinson receive my "Motion to Correct Mis-
interpertation of listing of Defendants' and Relief
sought from Defendants' (I've enclosed a copy) to
correct the intentions of my Suit against State
Defendants' and D.O.C. employees Commissioner
Stanley Taylor and Bureau Chief Paul Howard as
I being unskilled in the Law and representing my-
self thought that the way that I drew up my Suit
was the correct way to (as I intended to) file suit
against Mr. Taylor and Mr. Howard in both their
individual and personal capacity as well as in
their professional work related capacity.
    I ask for clarification on this as if this is unable
to be corrected I will then have to resubmit a com-
pletely new suit for that to be remedied as I've al-

used my pre-service Ammendment but felt that in this Ammendment I made it quite clear (please see enclosed "Motion to Ammend" where I in #10 list State of De. Comm. of Cor. Mr. Stanley Taylor and Bureau Chief Mr. Paul Howard) I was not suing the State of De. as my Memorandum Order suggests but rather these men in their personal and professional capacities (I served all counsel)

Your help in clarifying this would be greatly appreciated as this correction is made then I can serve the remaining Defendants' their U.S. Marshall form #285's but if not I will have to begin immediately to redraft the entire suit so your help in any way in this matter would be greatly appreciated at your earliest convenience and I thank you so much for your time and concern in helping me to understand this.

I just received a "Notice Regarding Personal Information" dated 5-30-06 and kindly asking me if I would like to seal the information I provided in D.I. #217.

I thank the Court for its respect in asking if I did like to seal information, unfortunately I am unaware of what information it is which is included in D.I. #217 or what Motion it was that I filed so your help in this would also be appreciated and I ask your forgiveness of my ignorance of these proceedings causing you this extra work. Thank You Very much. May God Bless You and Your Family and have a wonderful day.

P.S. The meeting which Judge Robinson scheduled on 5-5-06 is to be before Ms/Mrs. Nancy Rebosskini Esquire the Courts' pro se law clerk. Thank you. Sorry I just found this.

Most Respectfully,
Richard Mark Fulmer
#00363670  SI  A-3
D.C.C.
1181 Paddock Rd.
Smyrna, De. 19977

I/M _Richard Mark Turner_

SBI# _00363670_ UNIT _S1 A-3_

DELAWARE CORRECTIONAL CENTER

1181 PADDOCK ROAD

SMYRNA, DELAWARE 19977

WILMINGTON DE 197

01 JUN 2006 PM 3 T

FIRST-CLASS

U.S.
POSTAGE

Legal
Mail

Clerk of Court or Nancy Rebeckini (Esq.)

U.S. District Court

The Honorable Judge Sue L. Robinson

Re: C.A.'s #'s 03-048-SLR and 06-095-SLR

844 N. King St. Lockbox 18

Wilmington, De 19801