IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

RE: CASE NAME: TURNER V. CORRECTIONAL MEDICAL SERVICES INC. et. al.
CASE NUMBER: 1:06-CV-95-SLR

RICHARD 'MARK' TURNER
   (PLAINTIFF)
      V.
CORRECTIONAL MEDICAL SERVICES INC. et. al.
   (DEFENDANTS)

CIVIL ACTION # 06-095-SLR

## MOTION TO CORRECT MISINTERPERTATION OF LISTING OF DEFENDANTS AND RELIEF SOUGHT FROM SAID DEFENDANTS

   COMES NOW THE PLAINTIFF RICHARD MARK TURNER TO HUMBLY AND RESPECTFULLY ADDRESS A MISUNDERSTANDING CONCERNING THE LISTING OF THE DEFENDANTS IN MY ORIGINAL COMPLAINT BEFORE SERVICE.

   KNOWING THAT I CANNOT SUE THE STATE OF DELAWARE MY INTENTIONS IN THE WAY THAT I FILED MY COMPLAINT WAS TO ACKNOWLEDGE MY INTENTIONS TO SUE THE STATE OF DELAWARES' (AS OPPOSED TO ANY OTHER STATES') COMMISSIONER OF CORRECTIONS' MR. STANLEY TAYLOR AND THE STATE OF DELAWARES' BUREAU CHIEF MR. PAUL HOWARD IN BOTH THEIR "OFFICIAL" AND "PERSONAL" CAPACITIES AND BEING A PRO SE LITIGANT WITH VERY LIMITED KNOWLEDGE OF THE LAW I THOUGHT THE WAY THAT I WROTE MY ORIGINAL COMPLAINT WAS THE PROPER WAY TO EXPRESS THAT.

   THE DAMAGES WHICH I SOUGHT OF $1,000,000⁰⁰ (ONE MILLION DOLLARS) WHERE TO BE DIVIDED AT THE COURTS DISCRETION BETWEEN MR. TAYLOR AND MR. HOWARD ACCORDINGLY TO THEIR INVOLVEMENT.

   PLEASE EXCUSE ME FOR ANY INCONVENIENCE THAT THE WAY THAT I WORDED MY COMPLAINT MAY HAVE CAUSED THE COURT. THANK YOU PLEASE SEE EARLIER "MOTION TO AMMEND" DEFENDANTS' # 10.

SIGNED: Richard Mark Turner
DATED: 5-13-06

MOST RESPECTFULLY,
RICHARD 'MARK' TURNER
#00368670 S1 A-3
D.C.C.
1181 PADDOCK RD.
SMYRNA, DE. 19977

## CERTIFICATE OF SERVICE

I RICHARD 'MARK' TURNER THE UNDERSIGNED DO HEREBY SWEAR THAT I HAVE SERVED TRUE AND CORRECT COP(IES) OF THE ENCLOSED DOCUMENTS ON THE FOLLOWING PERSONS VIA U.S. MAIL, UNITED STATES POSTAL SERVICE. THANK YOU.

THE HONORABLE JUDGE SUE L. ROBINSON
UNITED STATES DISTRICT COURT
844 N. KING ST. LOCKBOX 18
WILMINGTON, DE.
  19801

MR. WAN J. KIM
ASSISTANT UNITED STATES' ATTORNEY GENERAL
CIVIL RIGHTS DIVISION
SPECIAL LITIGATIONS SECTION
950 PENNSYLVANIA AVE. N.W.
WASHINGTON, D.C.
  20530

MR. KEN RICHMOND (ATTORNEY AT LAW)
RICHMOND AND HEVENOR
2019 WALNUT ST.
PHILADELPHIA, PA.
  19103

THIS MOTION BEING PRE-SERVICE OF MY COMPLAINT AND NOT YET HAVING THE ADDRESSES OF THE DEFENDANTS WHICH WILL BE SERVED BY THE U.S. MARSHALS' SERVICE DID NOT LIST DEFENDANTS ON THIS CERTIFICATE OF SERVICE.

SIGNED: Richard Mark Turner          DATED: 5-13-06

## V. RELIEF
### MOTION TO AMMEND

COMES NOW THE PLAINTIFF RICHARD 'MARK' TURNER TO FIRST APOLOGIZE TO THE COURT FOR THE OVERSIGHT WHEN I RECENTLY FILED A 1983 CIVIL SUIT ON FEBRUARY 7th, 2006.

THE CASE NAMED AS RICHARD MARK TURNER AND ESTATE V. THE FOLLOWING DEFENDANTS.

RICHARD MARK TURNER  )
AND ESTATE WITH POWER  )
OF ATTORNEY TO  )
RICHARD BURTON TURNER  )
(PLAINTIFFS' FATHER)  )
(PLAINTIFF)  )
  V.  )
1. C.M.S.  )
2. DR. TAMMY KASTRE  )
3. F.C.M.  )  C.A. No. _____
4. DR. SITTA GOMBEH-ALIE  )  TO BE ASSIGNED BY THE
5. DR. MUHAMMED NIAZ  )  U.S. DISTRICT COURT
6. DR. SURESH TRIVEDI  )
7. DR. STANLEY HOFFMAN  )
8. DR. KEITH IVENS  )
9. P.H.S.  )
\* 10. STATE OF DELAWARE  )
 COMM. OF CORR'S. MR  )
 STANLEY TAYLOR AND  )
 BUREAU CHIEF MR. PAUL  )
 HOWARD  )
11. MR. ROBERT HAMPTON  )
 (DEFENDANTS)

I WHEN ADDRESSING THE RELIEF SOUGHT MADE GREAT OVERSIGHT AND FORGOT TO INCLUDE TO ASK THE FOLLOWING TYPE DAMAGES FROM EACH DEFENDANT, IN ADDITION TO SEEKING NOMINAL, PUNITIVE, COMPENSATORY AND HEDONIC DAMAGES I WOULD ALSO SEEK FROM EACH DEFENDANT THE FOLLOWING TYPES OF DAMAGES PLEASE WHERE APPLICABLE;

- 2 -

ACTUAL DAMAGES
CONTINUING DAMAGES
FUTURE DAMAGES
PROSPECTIVE DAMAGES
SPECULATIVE DAMAGES
SUBSTANTIAL DAMAGES
BODILY INJURY
INJURY IN FACT
IRREPAIRABLE INJURY
PERMENANT INJURY
PERSONAL INJURY
ADEQUATE COMPENSATION
LOSS OF EARNING CAPACITY
PAIN AND SUFFERING

I WOULD IN ADDITION TO THE DAMAGES WHICH I LISTED IN MY ORIGINAL COMPLAINT ASK TO ALSO SEEK THESE AREAS OF RELIEF FROM EACH OF THE ELEVEN (11) DEFENDANTS LISTED WHERE APPLICABLE.

I WOULD ASK THE COURTS PERSONAL FORGIVENESS FOR MY OVERSIGHT AND THE ADDED WORK AND WOULD ASK THE COURT TO PLEASE INSERT THESE PAGES AT THE BEGINNING OF MY RELIEF SOUGHT (V."RELIEF) FROM DEFENDANTS.

AGAIN, PLEASE FORGIVE MY OVERSIGHT BUT MY HEALTH PROBLEMS HAVE HAD ME PREOCCUPIED AND I APOLOGIZE FOR THE ADDED WORK FOR THE COURT CLERK. THANK YOU VERY MUCH.

MOST RESPECTFULLY,
RICHARD 'MARK' TURNER
#00363670  S1 A-3
D.C.C.
1181 PADDOCK RD,
SMYRNA, DE. 19977

SIGNED: Richard Mark Turner

DATED: 2-11-06