☐ ORIGINAL

ORIGINAL COPY FOR THE COURT.

IN AND FOR THE UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

RICHARD 'MARK' TURNER            )
  (PLAINTIFF)                    )
        V.                      )   C.A. NO. 06-095-SLR
CORRECTIONAL MEDICAL SERVICES INC. et.al  )
  (DEFENDANTS)                   )

FILED

JUN -9 2006

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

## MOTION TO WITHDRAW ORIGINAL COMPLAINT BEFORE SERVICE AND RESUBMIT ENCLOSED COMPLAINT

UPON RECEIPT OF YOUR HONORS' ORDER DATED MAY 23rd 2006 PLAINTIFF WAS ABLE TO UNDERSTAND THE MISTAKES WHICH HE MADE HINGING UPON THE FACT THAT ANY ALLEGATIONS MADE BEFORE FEB. OF 2004 COULD ONLY BE INCLUDED ON MY FIRST CIVIL SUIT C.A. NO. 03-048-SLR AND ALLEGATIONS AFTER FEB. OF 2004 ONLY COULD BE ADDRESSED IN SUBSEQUENT SUIT 06-095-SLR WHICH UPON RECEIPT OF YOUR MEMORANDUM ORDER I DID NOT UNDERSTAND AND IT ALLOWED DEFENDANTS' TO BE DISMISSED WITHOUT PREJUDICE TO RENEW.

UPON CAREFUL THOUGHT PLAINTIFF REALIZED THAT IT WOULD BE MUCH EASIER FOR THE PLAINTIFF AS WELL AS THE COURT TO SIMPLY RE WRITE THE ENTIRE COMPLAINT SAVING THE ADDED WORK FOR BOTH THE COURT AND PLAINTIFF THAT ONE DEFENDANT AFTER ANOTHER WOULD HAVE TO BE BROUGHT BACK IN SO COMES NOW THE PLAINTIFF HUMBLY AND RESPECTFULLY ASKING YOUR HONOR TO WITHDRAW BEFORE SERVICE (AS I HAVE YET TO SERVE ANY OF THE DEFENDANTS' THAT YOUR HONOR GAVE ME PERMISSION TO SERVE) THE ORIGINAL COMPLAINT I SENT IN AND ACCEPT THE NEWLY REDRAWN COMPLAINT.

I UNDERSTAND FROM YOUR MEMORANDUM YOUR HONOR THAT YOU WILL (IF YOU CHOOSE TO ALLOW ME TO RESUBMIT THIS) HAVE TO RESCREEN THIS PURSUANT TO 28 U.S.C. § 1915(e)(2) AND § 1915(a).

I APOLOGIZE TO YOUR HONOR FOR ANY INCONVENIENCE THIS MAY HAVE CAUSED BUT IT WILL UNDOUBTEDLY IN THE LONG RUN CREATE LESS PAPERWORK AND CAUSE YOU TO MAKE LESS RULINGS.

THANK YOU GOD BLESS YOU AND HAVE A WONDERFUL DAY.

SIGNED: Richard Mark Turner
DATED: 6-5-06

MOST RESPECTFULLY
RICHARD 'MARK' TURNER
#00363670 Si A-3
D.C.C.
1181 PADDOCK RD.
SMYRNA, DE, 19977

PLAINTIFF WOULD HUMBLY AND RESPECTFULLY ASK YOUR HONOR TO PLEASE ACCEPT THE PREVIOUS 6 MONTH ACCOUNT STATEMENT FOR WHICH #21.88 HAS ALREADY BEEN WITHDRAWN TOWARD C.A. NO. 06-095-SLR WHICH DEFENDANT IS WITHDRAWING IN ORDER TO RESUBMIT THIS REDONE CIVIL SUIT WHICH WILL REDUCE THE AMOUNT OF PAPERWORK FOR PLAINTIFF AND THE COURT IN NOT HAVING TO BRING BACK DEFENDANTS DISMISSED WITHOUT PREJUDICE TO RENEW ONE BY ONE WHICH IS THE REASON THE PLAINTIFF CHOSE TO REDO THE ENTIRE SUIT,

THE PLAINTIFF HAS CERTAINLY RECEIVED NO SUBSTANTIAL MONETARY ASSETS THAT WOULD CAUSE HIS MONTHLY BALANCE TO INCREASE OVER THE LAST REPORT IN FACT JUST THE OPPOSITE AS DUE TO LEGAL POSTAGE CHARGES PLAINTIFF HAS NOT BEEN TO THE COMMISSARY IN WELL OVER A MONTH.

SEEING PLAINTIFFS' MONETARY STRUGGLES, PLAINTIFF WOULD ASK THAT SINCE THIS REDONE SUIT IS BEING SUBMITTED BEFORE SERVICE UPON ANY DEFENDANTS THAT THE COURT WOULD GRACIOUSLY USE THE #21.88 TOWARD INITIAL PAYMENT OF THIS NEWLY WORDED SUIT AND IF POSSIBLE ALLOW THE SAME HEADING AND C.A. # 06-095-SLR TO BE USED IF THIS IS ACCEPTABLE.

MOST RESPECTFULLY,
Richard 'Mark' Turner

ORIGINAL COPY FOR
THE COURT

☐ ORIGINAL
(Rev. 5/05)

**FORM TO BE USED BY A PRISONER IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. §1983**

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

RICHARD 'MARK' TURNER AND ESTATE W/

(1) POWER OF ATTORNEY TO RICHARD BURTON TURNER  :

(Name of Plaintiff)          (Inmate Number)
# 00363670   S-1  A-3
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK RD.
SMYRNA, DELAWARE 19977
(Complete Address with zip code)

06-95 (SLR)

(2)_____
(Name of Plaintiff)          (Inmate Number)                    (Case Number)
                                                                ( to be assigned by U.S. District Court)

_____
(Complete Address with zip code)

(Each named party must be listed, and all names
must be printed or typed. Use additional sheets if needed)

vs.                                          **CIVIL COMPLAINT**

(1) **CORRECTIONAL MEDICAL SERVICES INC.(CMS)**

(2) **FIRST CORRECTIONAL MEDICAL (F.C.M.)**

Jury Trial Requested

(3) **DOCTOR SITTA GOMBEH-ALIE**
(Names of Defendants)

FILED

JUN – 9 2006

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

(Each named party must be listed, and all names
must be printed or typed. Use additional sheets if needed)

**I.    PREVIOUS LAWSUITS**

A.    If you have filed any other lawsuits in federal court while a prisoner, please list the caption and case number
      including year, as well as the name of the judicial officer to whom it was assigned:

TURNER V. C.M.S. et. al.    C.A.# 03-048-SLR

THE HONORABLE JUDGE SUE L. ROBINSON JUDGE OF THE U.S.

DISTRICT COURT FOR THE DISTRICT OF DELAWARE.

FILED AND SENT OUT BY ME FROM D.C.C. ON OCTOBER 1, 2002.

DOCKETED AS RECEIVED BY U.S. DISTRICT COURT ON OCT. 11, 2002.

DOCKETED AS ENTERED BY U.S. DISTRICT COURT ON JANUARY 1, 2003.

# "DEFENDANTS"

1. CORRECTIONAL MEDICAL SERVICES INC. (C.M.S.)

2. FIRST CORRECTIONAL MEDICAL   (F.C.M.)

3. DOCTOR SITTA GOMBEH-ALIE

4. DOCTOR TAMMY KASTRE

5. DOCTOR MOHAMMED NIAZ

6. MR. PAUL HOWARD (DELAWARE DEPARTMENT OF CORRECTIONS BUREAU CHIEF) IN HIS PERSONAL (INDIVIDUAL) AND PROFESSIONAL CAPACITY.

7. MR. STANLEY TAYLOR (DELAWARE DEPARTMENT OF CORRECTIONS COMMISSIONER OF CORRECTIONS) IN HIS PERSONAL (INDIVIDUAL) AND PROFESSIONAL CAPACITY.

## II.    EXHAUSTION OF ADMINISTRATIVE REMEDIES

In order to proceed in federal court, you must fully exhaust any available administrative remedies as to each ground on which you request action.

A.      Is there a prisoner grievance procedure available at your present institution?   • • Yes   • • No

B.      Have you fully exhausted your available administrative remedies regarding each of your present claims?   • • Yes   • • No

C.      If your answer to "B" is Yes:

1. What steps did you take? **I HAVE FILED NUMEROUS MEDICAL AND INSTITUTIONAL GRIEVANCES, APPEALED GRIEVANCE DENIALS, WRITTEN LETTERS TO MEDICAL PERSONELL AND ADMINISTRATORS AS WELL AS D.C.C. ADMINISTRATIVE PERSONELL.**

2. What was the result? **MOST OF MY MEDICAL (AND INST.) GRIEVANCES WERE DENIED ON TECHNICALITIES DESPITE HAVING TO DO WITH VERY SERIOUS MEDICAL ISSUES. SOME GRIEVANCE'S WERE NEVER HEARD, SOME NOT ADDRESSED FOR OVER A YEAR WHEN MOOT, APPEALS WITH SUPPORTING DOCUMENTATION DENIED, GRIEVANCES WITHDRAWN WITHOUT MY KNOWLEDGE OR CONSENT DENYING MY RIGHT TO EXHAUST IN-HOUSE REMEDIES IN VIOLATION OF MY CONSTITUTIONAL RIGHT TO DUE PROCESS TO THE COURT SYSTEM BY DENYING MY**
D.      If your answer to "B" is No, explain why not: **RIGHT TO APPEAL, GRIEVANCE DECISIONS.**

## III.    DEFENDANTS (in order listed on the caption)

(1) Name of first defendant:  **CORRECTIONAL MEDICAL SERVICES INC. (C.M.S.)**

Employed as **MEDICAL PROVIDER**          at **DELAWARE CORRECTIONAL CENTER**

Mailing address with zip code: **REPRESENTED BY ATTORNEY KEVIN J. CONNORS OF; MARSHALL, DENNEHEY, WARNER, COLEMAN, AND GOGGIN  1220 N. MARKET ST, SUITE 500 P.O. BOX 130, WILMINGTON, DE., 19899**

(2) Name of second defendant: **FIRST CORRECTIONAL MEDICAL  (F.C.M.)**

Employed as **MEDICAL PROVIDER**          at **DELAWARE CORRECTIONAL CENTER F.C.M., 12795 WILDLIFE AVE. P.O. BOX 69370, TUCSON, ARIZ., 85737-0015** Mailing address with zip code: **REPRESENTED BY ATTORNEY STEVEN F. MONES OF;**

**BIGGS AND BATTAGLIA, 921 N. ORANGE ST. P.O. BOX 1489 WILMINGTON, DE. 19899**

(3) Name of third defendant: **DOCTOR SITTA GOMBEH-ALIE** **F.C.M. MEDICAL DIRECTOR AND THEN A** Employed as **C.M.S. DOCTOR WHO WAS FIRED** at **DELAWARE CORRECTIONAL CENTER NO KNOWN ADDRESS FOR DR. ALIE BUT SUIT BEING BROUGHT WHILE F.C.M.** Mailing address with zip code: **EMPLOYEE REPRESENTED BY ATTORNEY STEVEN F. MONES OF;**

**BIGGS AND BATTAGLIA, 921 N. ORANGE ST. P.O. BOX 1489, WILMINGTON, DE, 19899**
(List any additional defendants, their employment, and addresses with zip codes, on extra sheets if necessary)

2

III. DEFENDANTS (IN ORDER LISTED ON THE CAPTION)

(4.) NAME OF FOURTH DEFENDANT: DOCTOR TAMMY KASTRE

EMPLOYED AS EX-MEDICAL PROVIDER     AT DELAWARE CORRECTIONAL CENTER
                          FIRST CORRECTIONAL MEDICAL SERVICES
                          12795 WILDLIFE AVE. P.O. BOX 69370
MAILING ADDRESS WITH ZIP CODE: TUCSON, ARIZ. 85737-0015
REPRESENTED BY STEVEN F. MONES OF BIGGS AND BATTAGLIA 921 N. ORANGE ST.
P.O. BOX 1489 WILMINGTON, DE. 19899

(5.) NAME OF FIFTH DEFENDANT: DOCTOR MOHAMMED NIAZ
EX-F.C.M. INFECTIOUS DISEASE SPECIALIST

EMPLOYED AS CURRENT C.M.S. INF. DIS. SPEC. AT DELAWARE CORRECTIONAL CENTER
NO KNOWN ADDRESS FOR DR. MUHAMMED NIAZ BUT HE IS THE CURRENT C.M.S.
INFECTIOUS DISEASE SPECIALIST BUT I'M FILING SUIT AGAINST HIM PRIMARILY
MAILING ADDRESS WITH ZIP CODE: WHEN HE WAS UNDER THE EMPLOY OF F.C.M.
REPRESENTED BY STEVEN F. MONES OF BIGGS AND BATTAGLIA 921 N. ORANGE ST.
P.O. BOX 1489 WILMINGTON, DE. 19899

(6.) NAME OF DEFENDANT: MR. PAUL HOWARD (PERSONAL AND PROFESSIONAL CAPACITY)
DELAWARE DEPT. OF CORRECTIONS
EMPLOYED AS BUREAU CHIEF     AT DE. DEPT. OF CORRECTIONS

MAILING ADDRESS WITH ZIP CODE: REPRESENTED BY OPHELIA M. WATERS (DAG)
DEPT. OF JUSTICE, STATE OF DELAWARE, 820 N. FRENCH ST, 8th FLOOR
CARVEL OFFICE BUILDING, WILMINGTON, DE. 19801

(7.) NAME OF DEFENDANT: MR. STANLEY TAYLOR (PERSONAL AND PROFESSIONAL CAPACITY)
DELAWARE DEPT. OF CORRECTIONS
EMPLOYED AS COMMISSIONER OF CORRECTIONS AT DE. DEPT. OF CORRECTIONS

MAILING ADDRESS WITH ZIP CODE: REPRESENTED BY OPHELIA M. WATERS (DAG)
DEPT. OF JUSTICE, STATE OF DELAWARE, 820 N. FRENCH ST. 8th FLOOR
CARVEL OFFICE BUILDING, WILMINGTON, DE. 19801

## IV. STATEMENT OF CLAIM

(State as briefly as possible the facts of your case. Describe how each defendant is involved, including dates and places. Do not give any legal arguments or cite any cases or statutes. Attach no more than three extra sheets of paper if necessary.)

1. "CORRECTIONAL MEDICAL SERVICES INC. (C.M.S.) SINCE RETURN-ING AS THE MEDICAL PROVIDER HERE AT THE DE. CORR. CENTER ON JULY 1ST 2005 C.M.S. HAS SHOWN "DELIBERATE INDIFFERENCE" TOWARD ME IN THE FOLLOWING WAYS;

    I HAD JUST RECEIVED A CULTURE BACK SHOWING THAT I HAD AN SERIOUS INFECTION CALLED METHICILLIN RESISTANT STAPHYLOCOC-CUS AUREAS (M.R.S.A.), ON JULY 28-29th I HAD A GRIEVANCE HEARING IN FRONT OF C.M.S. ADMIN, CHRIS MALANEY, ASST. ADMIN. DONNA PLANTE, NURSE MATTINGLY, DCJ REP NIKITA ROBINS AND D.OC. CPL. MERSON. THIS GRIEVANCE WAS ABOUT THE NEED FOR A LIVER BIOPSY ORDERED BY DR. NIAZ IN JUNE, THE NEED TO SEE A G.I. SPECIALIST WHICH HAD BEEN ORDERED SINCE DEC. OF 2003, THE NEED TO SEE A NUTRITIONIST AND MOST URGENTLY TO GET TREATMENT FOR THE M.R.S.A. WHICH HAD GOTTEN SERIOUS IT TURNED INTO SCALDED SKIN SYNDROME WHICH NONE OF THEIR DOCTORS COULD DIAGNOSE, I ALSO HAD LARGE GREEN PUS FILLED FESTERED SORES WHICH I SHOWED THEM THAT DAY AND THEY TOLD ME TO PUT IN A SICKCALL AS THIS NEEDED TREATED IMMEDIATELY SO I DID THAT NIGHT 6-29-05, FILED A GRIEVANCE 7-3-05, SICKCALLS 7-11-05, 7-19-05, 7-28-05, 8-13-05, ANOTHER GRIEVANCE WHEN I HADN'T BEEN PUT ON THE SICKCALL LIST YET AND THE INFECTION HAD GOTTEN BEHIND MY AND HURT BADLY, FILED ANOTHER SICKCALL 9-3-05, 9-17-05 AND HAD ALSO SEEN ASST. ADMIN. DONNA PLANTE TWICE EXPLAINING I'D BEEN YET TO BE PUT ON THE SICKCALL AND SHOWING HER HOW BAD THE INFECTED SORES WERE SPREADING YET I STILL AFTER NEARLY 2½ MONTHS HAD YET TO BE ADDED TO THE SICKCALL LIST TO GET TREATED. ON 10-14-05 THAT MORNING I PRAYED GOD WOULD MAKE A WAY FOR ME TO BE SEEN AND ON THE WAY TO LUNCH I SAW C.M.S. EMPLOYEE CHRISTINE KEMP AND WHEN I SHOWED HER THE SORES SHE TOLD ME TO GO TO THE INFIRMARY RIGHT AFTER LUNCH.

    THE INTAKE NURSE TOLD ADMIN. CHRIS MALANEY THAT N.P. IIHOMA HAD SAID THE CULTURE WAS NEGATIVE. I TOLD ADMIN. MALANEY I HAD SEEN THE CULTURE RESULTS IN JULY (WHEN ALTHOUGH DR. ALIE HAD THE CULTURE

## V. RELIEF

(State briefly exactly what you want the Court to do for you. Make no legal arguments. Cite no cases or statutes.)

1. THE PLAINTIFF IS SEEKING THE FOLLOWING TYPES OF DAMAGES AGAINST ALL OF THE BELOW NAMED DEFENDANTS; NOMINAL DAMAGES, PUNITIVE DAMAGES, COMPENSATORY DAMAGES, HEDONIC DAMAGES, ACTUAL DAM-AGES, CONTINUING DAMAGES, FUTURE DAMAGES, PROSPECTIVE DAM-AGES, SPECULATIVE DAMAGES, SUBSTANTIAL DAMAGES, BODILY INJURY, INJURY IN FACT, IRREPAIRABLE INJURY, PERMENANT INJURY, ADEQUATE COMPENSATION, LOSS OF EARNING CAPACITY, PAIN AND SUFFERING AND INJUNCTORY RELIEF (AGAINST MR. TAYLOR ONLY) — WHERE APPLICABLE AND DIVIDED AS YOUR HONOR SEES JUST AGAINST THE FOLLOWING DEFENDANTS IN THE AMOUNTS OF:

<u>IV. STATEMENT OF CLAIM</u>  (PAGE 2 OF STATEMENT OF CLAIM)

ALL OF THE INCIDENCES SPOKEN OF HERE IN THIS CLAIM OCCURRED AFTER THE DATE OF FEBRUARY 2004 SO AS TO NOT BE IN CONFLICT IN ANY WAY WITH MY PRIOR CIVIL SUIT C.A. NO. 03-048-SLR.
SOME OF THE DEFENDANTS' ARE THE SAME HOWEVER THESE ARE ALL NEW ALLEGATIONS AGAINST SAID DEFENDANTS NOT INCLUDED IN C.A. NO. 03-048-SLR AND TRANSPIRED SUBSEQUENT TO FEBRUARY OF 2004.

1. "C.M.S." (CONT.) RIGHT IN FRONT OF HER WHICH I SAW SHOWED M.R.S.A. BUT WHICH AFTER PLACING ME ON THE ANTI-TUBERCULAN RIFAMPIN AND BACTRIM WHICH NEARLY ERRADICATED IT DR. ALIE THEN TOLD ME THAT THESE HUGE FESTERED SORES WERE NOT M.R.S.A. BUT SPIDER BITES AND REFUSED ME ANYMORE ANTIBIOTICS LETTING IT COME BACK ON ME) SO I KNEW IT WAS M.R.SA. AND CHRIS MALANEY THE ADMIN. CALLED FOR MY FILE AND I SHOWED HER THE CULTURE WAS POSITIVE AND SHE WAS QUITE DISGUSTED AND SENT ME BACK TO SEE N.P. IIHOMA IMMEDIATELY (AS DR. ALIE HAD JUST BEEN FIRED AND THEY HAD NO M.D.) WHO THEN TRIED TO GIVE ME AN ANTIBIOTIC OINTMENT. I HAD TO EXPLAIN TO HER THAT THIS WAS BLOODBORN AND A TOPICAL ANTIBIOTIC OINTMENT WOULD NOT WORK AND SHOW HER WHICH ANTIBIOTICS MY M.R.S.A. WOULD BE SENSITIVE TO. AMAZING!
THAT DAY SHE ORDERED TETRACYCLINE (10-14-05) 1 CAP 3 TIMES A DAY FOR 14 DAYS BUT I DIDN'T GET IT UNTIL 10-21-05 AND THEN ONLY 10 DAYS WORTH. (THIS WAS 2 MONTHS AND 3 WEEKS FROM THE GRIEVANCE HEARING WHERE I WAS TOLD TO PUT IN A SICKCALL AND I'D BE TREATED IMMEDIATELY AND EVEN THEN IT WAS NOT BY CONVENTIONAL METHOD OF THEM PUTTING ME ON THE SICKCALL LIST TO BE TREATED BUT RATHER DIVINE INTERVENTION WHEN I SAW CHRISTINE KEMP ON THE COMPOUND ON 10-14-05.
THE 10 DAYS OF ANTIBIOTICS DID NOT COMPLETELY ERRADICATE THE INFECTION AND ONCE AGAIN MY SICKCALLS WERE IGNORED UNTIL I HAD FULL FLEDGED BREAKOUTS AGAIN AND THIS CYCLE CONTINUED AS I GOT NO FOLLOW-UP TREATMENT FOR THIS POTENTIALLY LIFE-THREAT-ENING INFECTION UNTIL DR. JOHN DURST WAS HIRED AND WAS FAMILIAR WITH M.R.S.A. AND AN ANTIBIOTIC HE KNEW TO BE EFFECTIVE ON M.R.S.A. AND WHICH MY CULTURE SHOWED ME TO BE SENSITIVE TO CALLED CLINDAMYCIN STARTING FEB. 14th 2006 AND IT ERRADICATED IT COMPLETELY AND ALTHOUGH I'LL HAVE M.R.S.A. THE REST OF MY LIFE I'VE HAD NO OUTBREAKS SINCE.
AT THAT GRIEVANCE HEARING ON 7-29-05 I WAS PROMISED THAT A LIVER BIOPSY WOULD BE DONE. IT HASN'T ALTHOUGH DR. NIAZ FIRST ORDERED IT IN MAY OR JUNE OF 2005 AND THEN AGAIN AROUND DECEMBER OF 2005. I WAS SENT TO A G.I. SPEC. IN MAY OF 2006 BUT THAT WAS CON-CERNING INTERNAL BLEEDING I WAS EXPERIENCING DURING MY PEGINTRON TREATMENT (WHICH WENT FROM MARCH 21, 2004 ~ MAY 28, 2006) BUT WHICH STOPPED OVER A YEAR AGO. THE G.I. SPEC. DID ORDER A COLONOSCOPY AS PRECAUTIONARY AS I HAD A FISTULA SURGERY IN 2000 AND AN ENDOSCOPY AS I'M STILL HAVING TROUBLE SWALLOWING FROM WHEN MY LEG WAS INFECTED AND BLOOD POISONING WENT TO MY HEART CAUSING ME TO THROW UP NONSTOP VIOLENTLY FOR ABOUT 10 MINUTES, AND ALTHOUGH BOTH THESE TESTS WERE ALREADY ORDERED BY A C.I. SPEC. IN DEC. OF 2003 THEY'VE STILL NOT BEEN DONE AND IT WAS NOT UNTIL MY SENTENCING JUDGE SENT A LETTER SAYING HE WAS CONSIDERING A SENTENCE REDUCTION DUE TO INADEQUATE MEDICAL CARE I SAW THE G.I. BUT HE COULD NOT TALK TO ME ABOUT MY LIVER OR A BIOPSY AS THATS NOT WHAT C.M.S'S ORDER WAS FOR.
I ALSO HAVE YET TO SEE THE NUTRITIONIST C.M.S. PROMISED I'D SEE IN JULY OF 2005. AND MY MEDS HAVE REPEATEDLY BEEN LEFT TO RUN OUT SINCE C.M.S.'S RETURN JULY 1, 2005.

IV. STATEMENT OF CLAIM (PAGE 3 OF STATEMENT OF CLAIM)

2. "FIRST CORRECTIONAL MEDICAL (F.C.M.)" ON MARCH 21, 2004 I BEGAN THE PEGIN-
TRON (A FORM OF INJECTABLE CHEMOTHERAPY)/REBETOL COMBINATION THERAPY FOR
THE TREATMENT OF HEPATITIS-C CAUSED LIVER FIBROSIS UNDER THE CARE OF F.C.M. MEDI-
CAL PERSONNEL. THIS TREATMENT IS EXTREMELY CHALLENGING NOT ONLY PHYSICALLY
BUT MENTALLY, EMOTIONALLY AND PSYCHOLOGICALLY AS WELL AS THE DRUG MANUFACTURER
SCHERING-PLOUGH CORP. OF KENILWORTH, N.J. WARNS THAT REBETOL (RIBAVIRIN CAP-
SULES TAKEN IN CONJUNCTION WITH THE PEGINTRON INJECTIONS) IS GENOTOXIC AND MUT-
AGENIC AND SHOULD BE CONSIDERED A POTENTIAL CARCINOGEN AND WARNS OF POTENTIALLY FA-
TAL SIDE-EFFECTS IF NOT TREATED PROPERLY AND PROMPTLY. TO BE BRIEF:
F.C.M. PERSONNEL WERE NOT KNOWLEDGEABLE ENOUGH ABOUT THE DYNAMICS OF THIS TREAT-
MENT NOR DID THEY HAVE THE RECOMMENDED CERTIFICATION AND TRAINING TO DO SO.
DURING THE COURSE OF TREATMENT (NORMALLY 48 WEEKS BUT I DID 61 WEEKS DUE TO SHOTS
WHICH WERE FORGOTTEN TO BE ORDERED BY AN F.C.M. NURSE LATER FIRED FOR GIVING AN INMATE
MARIJUANA) 6 OF MY ONCE A WEEK SHOTS WERE GIVEN LATE (THE TREATMENTS SUCCESS HINGES
ON KEEPING THE PEGINTRON CONSTANT IN ONES' SYSTEM FOR THE ENTIRE 48 WEEKS) AND THEY RAN
OUT OF RIBAVIRIN 4 TIMES. SIX MONTHS INTO THE TREATMENT MY VIRAL LOAD CAME BACK NON-DETECT-
ABLE ON 9-1-04. TWO LATE SHOT IN DEC. OF 2004 CAUSED MY VIRAL LOAD TO RESURFACE IN A TEST
DONE 1-7-05 AND TO TRY TO MAKE UP FOR THE MISSED SHOTS THEY TRIED EXTENDING TREATMENT 3
MONTHS BUT THE TREATMENT STILL ENDED NON-SUCCESSFUL THEIR MISSED SHOTS RUINING IT.
I WAS DENIED ANTIBIOTICS FOR CONTINUAL OUTBREAKS OF THE VERY SERIOUS M.R.S.A. INFECTION
I WAS DENIED RED AND WHITE BLOOD CELL ENHANCERS PUTTING MY LIFE IN GREAT DANGER FOR
HEART ATTACK. DENIED SLEEP MEDS FOR THE PEGINTRON RELATED INSOMNIA WHICH THE DRUG
MAN. WARNS COULD LEAD TO SUICIDE IDEATION IF NOT TREATED PROMPTLY. I WENT 30-40-50 HOURS
AT A TIME WITHOUT SLEEP. I WAS ALSO DENIED NUTRITIONAL SUPPLEMENTS ALTHOUGH I LOST 19 POUNDS
THE FIRST 10 DAYS OF TREATMENT AND A TOTAL OF 43½ POUNDS BRINGING ME NEAR DEATH AS MY W.B.C.,
R.B.C, AND HEMOGLOBIN LEVELS STAYED WELL BELOW RANGE FROM THE 2ND WEEK OF TREATMENT ON.
AND THE DOCTORS REFUSED TO ADHERE TO THE ADMINISTERING DIRECTIONS IN AN EFFORT TO CUT COST.
THIS WAS MY 2ND MISMANAGED FAILED TREATMENT LEAVING MY VIRAL LOAD SO HIGH (7,570,000 6 MONTHS
AFTER TREATMENT IN DEC. OF 2005) THAT THIS TREATMENT IS NO LONGER AN OPTION FOR ME.

3. DR. SITTA GOMBEH-ALIE F.C.M. MEDICAL DIRECTOR" - BEGAN MY TREATMENT WITH NO KNOW-
LEDGE OF THE DYNAMICS OF OR THE SERIOUSNESS OF THE SIDE-EFFECTS OF THE TREATMENT
AND THEN WHEN I EXPOSED HER LACK OF KNOWLEDGE TO HER COLLEAGUES SHE BECAME VERY
MALICIOUS TOWARD ME PUTTING MY LIFE IN DANGER DENYING ME NUTRITIONAL SUPPLEMENTS UNTIL
I'D LOST 43½ POUNDS AND SLEEP MEDS CAUSING ME TO GO 30-40-50 HOURS WITHOUT SLEEP UNTIL SHE
WAS FORCED TO GIVE THEM TO ME. REFUSED TO ADHERE TO DRUG MAN.'S DIRECTIONS COMPROMISING THE
SUCCESS MAKING ME TAKE THE RIBAVIRIN ON AN EMPTY STOMACH EVEN AFTER I SHOWED HER WRITTEN
MEDICAL EXPERT OPINION SHE JEOPARDIZED MY LIFE AND COMPROMISED THE TREATMENTS SUCCESS
TO BE VINICTIVE TO ME AND WAS LATER FIRED FOR HER MISTREATMENT OF PATIENTS. TO BE BRIEF...
I WAS ALSO GIVEN 17 STRAIGHT OVERDOSE CHEMO SHOTS UNDER DR. ALIES' CARE.

4. "DOCTOR TAMMY KASTRE F.C.M. OWNER"- KNEW FROM PERSONAL LETTERS FROM ME WHAT
WAS BEING DONE TO ME AND THE "DELIBERATELY INDIFFERENT" WAY WITH "MALICIOUS AFORETHOUGHT"
AT TIMES THAT MY TREATMENT WAS BEING ADMINISTERED BY HER DOCTORS YET REFUSED TO INTERVENE
AND DR. KASTRE HERSELF DENIED REFERRALS BY DOCTORS TO G.I SPEC.'S, LIVER BIOPSIES, ETC..

IV. STATEMENT OF CLAIM    (PAGE 4 OF STATEMENT OF CLAIM)

5. "DOCTOR MUHAMMED NIAZ, F.C.M. AND C.M.S. INFECTIOUS DISEASE SPECIALIST" - DURING MY COURSE OF TREATMENT (61 WEEKS INSTEAD OF 48 WEEKS OF CHEMO DUE TO "DELIBERATE INDIF-FERENCE") DR. NIAZ REFUSED TO TREAT MY REPEATED INFECTIONS WITH ANTIBIOTICS PUTTING MY LIFE IN GREAT DANGER AS THE INFECTION TURNED OUT TO BE M.R.S.A. AND EVEN THOUGH MY W.B.C. WAS CONTINUALLY BELOW RANGE HE CONTINUALLY DENIED MY REQUESTS FOR W.B.C. ENHANCERS WHICH WOULD HELP FIGHT OFF THE CONTINUAL INFECTION AS TOO EXPENSIVE. HE ALSO DENIED R.B.C. ENHANCERS ALTHOUGH MY R.B.C. COUNT AND HEMOGLOBIN COUNT WERE ALSO CONTINUALLY WHICH EXPERTS WARN CAN PRECIPITATE HEART ATTACK AS TOO EX-PENSIVE AS WELL. AND PROBABLY WORST OF ALL DR. NIAZ COULD NOT DIAGNOSE THE SCALDED SKIN SYNDROME WHICH OCCURS WHEN M.R.S.A. BECOMES VERY SERIOUS AND ITS' RECOMMENDED THAT IF M.R.S.A. GETS THAT SERIOUS ONE SHOULD BE HOSPITALIZED AND PUT ON ANTIBIOTICS IMMEDIATELY AND DR. NIAZ GAVE ME SOME ANTI-FUNGUAL CREAM REFUSING ANTIBIOTICS AND NUMEROUS RE-QUESTS TO CULTURE THE INFECTION WHICH ALSO GOT IN MY EYES AND WAS LEFT TO DESTROY MY LEG AND MY HIP, HE ALSO REFUSED TO EXAMINE KIDNEY PAIN AND ITS' ONLY BY THE GRACE OF GOD I AM ALIVE TODAY AS I HAD TO TELL THIS MAN WHAT MY CHEMO DOSAGE SHOULD BE, WHEN TO ORDER MANDATORY SHOTS ETC, BUT TO BE BRIEF...

6. "MR. PAUL HOWARD DE. DEPT. OF CORRECTIONS' BUREAU CHIEF" EARLY ON IN MY PEGINTRON/ REBETOL COMBINATION THERAPY WHEN I BEGAN TO SEE HOW IRRESPONSIBLY AND "DELIBERATELY INDIFFERRENT" IT WAS BEING ADMINISTERED I FILED NUMEROUS GRIEVANCES ABOUT LATE SHOTS, RUN-NING OUT OF THE RIBAVIRIN AND THE LACK OF QUALIFICATIONS OF THOSE ORDERING AND ADMINISTER-ING IT. THESE WERE DENIED SO I APPEALED THESE DECISIONS TO MR. HOWARD EARLY ON BEFORE THE SUCCESS OF THE TREATMENT HAD BEEN COMPROMISED PROVIDING EXTENSIVE WRITTEN MED-ICAL EXPERT OPINION TO SHOW THE VALIDITY OF MY ALLEGATIONS AND WARN IF THE IRRESPONSI-BILITY CONTINUED MORE MISSED SHOTS COULD COMPROMISE THE TREATMENTS' SUCCESS. MR. HOWARD DENIED MY APPEAL ALLOWING F.C.M. TO UNDERSTAND THAT THEY COULD CONTINUE TO HAP-HAZARDLY ADMINISTER MY TREATMENT WITH NO CONSEQUENCES AND NOT LONG AFTER HIS DE-NIAL OF MY GRIEVANCE APPEAL TWO MORE VERY LATE SHOTS IN DEC, OF 2005 CAUSED MY VIRAL LOAD (WHICH HAD AT 6 MONTHS OF TREATMENT CAME BACK NON-DETECTABLE) TO RESURFACE AND NOT EVEN EXTENDED TREATMENT BROUGHT IT BACK TO NON-DETECTABLE (<50) AND IN DEC. OF 2006 SIX MONTHS AFTER TREATMENTS END IT WAS 7,570,000. Id. HAD MR. HOWARD UPHELD MY GRIEVANCE SENDING A MESSAGE THAT WOULD CAUSE THEM TO BECOME RESPONSIBLE AND THEREON ORDER MY SHOTS ON TIME THERE IS NO REASON THAT SINCE NON-DETECTABLE AT 6 MONTHS THIS TREATMENT SHOULD NOT HAVE BEEN SUCCESS-FUL. MR. HOWARD UPHELD A SUBSEQUENT GRIEVANCE APPEAL CONCERNING LATE SHOTS AND MEDS BUT UNFORTUNATELY THE IRREVERSIBLE DAMAGE HAD ALREADY BEEN DONE, HE HAS ALSO MORE RECENTLY DENIED MY GRIEVANCE APPEALS REQUESTING A LIVER BIOPSY FIRST ORDERED BY A LIVER SPECIALIST THEN TWICE MORE IN THE PAST YEAR BY THE INFECTIOUS DISEASE SPECIALIST, (OTHER DENIALS AS WELL WHICH RIGHTLY SHOULD HAVE BEEN UP-HELD BUT THE GRIEVANCE SYSTEM HERE REFUSES TO DO JUSTICE) MOST RECENTLY CAPT. MICHAEL MC CREANOR (UPON LEARNING I WAS IN LITIGATION) HALFWAY THROUGH A L.II MEDICAL GRIEVANCE HEARING TOLD ME TO "GET OUT" AFTER 2 OF 4 GRIEVANCES HAD BEEN HEARD AND THEN WITHOUT MY KNOWLEDGE OR CONSENT WITHDREW MY GRIEV-Id. AS OF 5-12-06 MY VIRAL LOAD IS 19,153,660.

ASKING YOUR HONORS' FORGIVENESS FOR ADDING THIS EXTRA SHEET ENTAILING STATE-
MENT OF CLAIM.

IV. STATEMENT OF CLAIM    (PAGE 5 OF STATEMENT OF CLAIM)

ANCES DENYING MY RIGHT TO DUE PROCESS BY REFUSING TO ALLOW ME TO APPEAL AND
EXHAUST MY IN HOUSE REMEDIES BEFORE BEING ABLE TO LITIGATE SO I DREW UP MY
OWN GRIEVANCE APPEAL FORMS AND SENT THEM TO MR. HOWARD TO SHOW HIM HOW MY
CIVIL RIGHTS WERE BEING VIOLATED (AS CAPT. MC CREANOR BULLIES MEN INTO SIGNING
OFF OR FACE RETALIATION DURING HIS 4-12 SHIFT WHICH I'VE EXPERIENCED) BUT
WHEN I TOLD CPL. MERSON (GRIEVANCE ASST.) I'D MADE MY OWN AND SENT THEM TO
MR. HOWARD SHE SAID HE'LL JUST SEND THEM BACK TO ME IN ESSENCE SAYING HE
WOULD JUST PUT HIS RUBBER STAMP OF APPROVAL ON THEIR UNJUST BEHAVIOR.

7. "MR. STANLEY TAYLOR  DE, DEPT. OF CORR.'S COMMISSIONER OF CORRECTIONS" - AS
THE COMM. OF CORR. OF DE, PRISONS MR. TAYLOR IS ULTIMATELY RESPONSIBLE FOR
THE SAFE AND SMOOTH RUNNING OF PRISONS AND ALSO ASSURING PRISONERS' CIVIL AND
CONSTITUTIONAL RIGHTS ARE NOT VIOLATED AND HE IS RESPONSIBLE WHEN MADE
AWARE OF REPEATED CIVIL RIGHT VIOLATIONS WITHIN THE SYSTEM TO ACT TO CORRECT
THESE DEFICIENCES. IN SEPT. AND OCT. THE (DELAWARE) NEWS JOURNAL FATUREDED
NIGHTLY ARTICLES CONCERNING THE ILL TREATMENT OF INMATES WITH VERY SERIOUS
MEDICAL PROBLEMS BUT INSTEAD OF REALIZING AND ADMITTING THERE WAS A CONTIN-
UAL PATTERN OF MISTREATMENT HE CHOSE RATHER TO DENY THERE WAS A PROBLEM
CAUSING THE TREATMENT TO BECOME WORSE AS THOSE DOING THE WRONG WERE LED
TO BELIEVE HIS INACTION WAS A LICENSE TO CONTINUE THEIR ATROCITIES AND NEVER BE
HELD RESPONSIBLE.

  AS. THE COMM. OF CORR.'S MR. TAYLOR (AND PERSONALLY AS A HUMAN BEING WHO
WHEN HE KNOWS A FELONY IS BEING COMMITTED BUT REFUSES TO ACT (MISPRISION
OF A FELONY) HE IS AS RESPONSIBLE AS THOSE COMMITTING THE ACT) IS RESPONSIBLE
FOR THE "DELIBERATELY INDIFFERENT" (WITH "MALICIOUS AFORETHOUGHT" AT TIMES)
MEDICAL CARE WHICH I HAVE RECEIVED SINCE INCARCERATED HERE AT THE DE. CORR.
CENTER CAUSING ME "WANTON AND UNNECESSARY INFLICTION OF PAIN AND SUFFERING"
"PERMENANT PHYSICAL IMPAIRMENT AND DISABILITY", "SEVERE UNNECESSARY MEN-
TAL AND EMOTIONAL ANGUISH" "REPUGNANT TO MANKIND" AND "EVOLVING ALL STANDARDS
OF DECENCY IN ANY CIVILIZATION" BECAUSE HE REFUSED TO BE RESPONSIBLE TO MAKE
SURE MY CONSTITUTIONALLY PROTECTED CIVIL RIGHTS WERE NOT VIOLATED WHILE INCAR-
CERATED AND A WARD OF HIS CARE, IN VIOLATION OF MY EIGHTH AMMENDMENT RIGHT.

  WHILE HERE MY 14th AMMENDMENT RIGHT TO DUE PROCESS HAS ALSO BEEN VIOLATED
NUMEROUS TIMES AS MAIL AND PACKAGES I HAVE SENT OUT TO GOVERNMENTAL OFFI-
CIALS SUCH AS U.S.A.G. JON ASHCROFT (WHEN IN OFFICE) U.S.A.A.G. BRADLEY J. SCHLOZ-
MAN, U.S.A.A.G. WAN J. KIM, U.S. ATTY COLM CONNOLLY AND LETTERS AND PACKAGES TO
ATTORNEYS, DRUG COMPANIES ETC. HAVE NOT REACHED THEIR DESTINATIONS ALTHOUGH I
WAS CHARGED FOR THESE PACKAGES, LEGAL MAIL SENT TO ME HAS BEEN OPENED OUTSIDE OF MY
PRESENCE AND NOT LOGGED, NOT RECEIVED (AS I FOUND OUT BY PHONE), OUTGOING LEGAL MAIL
HAS BEEN REFUSED TO BE LOGGED AND CERTIFIED MAIL TRACKING RECEIPTS I PAID FOR NOT RE-
TURNED TO ME, I'VE BEEN DOUBLE CHARGED (AND EVEN CHARGES FRAUDULENTLY CHANGED) FOR
LEGAL MAIL IN AN ATTEMPT TO DISCOURAGE MY EFFORTS, CERTAIN LAW LIBRARY CLERKS HAVE DIC-
TATED TO ME WHAT I CAN AND CANNOT USE AS EVIDENCE AGAINST THEIR EMPLOYERS AND THE COPIES
OPENED HERE IN THE BLDG. AND PERUSED BY THE GUARDS BEFORE GIVING THEM TO ME VIOLATING
ATTY./CLIENT CONFIDENTIALITY. MR. TAYLOR IS ULTIMATELY RESPONSIBLE FOR THESE ACTIONS.

(PAGE 2 OF RELIEF)

# V. RELIEF

1. AS TO DEFENDANT CORRECTIONAL MEDICAL SERVICES INC. (C.M.S.) FOR "DELIBERATELY INDIFFERENT" ACTS COMMITTED AFTER FEB. OF 2004 PLAINTIFF SEEKS DAMAGES IN THE AMOUNT OF $1,000,000.00, (ONE MIL-LION DOLLARS) DIVIDED IN APPROPRIATE DAMAGES AS THE COURT (OR JURY) SEES JUST.

2. AS TO DEFENDANT FIRST CORRECTIONAL MEDICAL (F.C.M.) FOR "DELIB-ERATELY INDIFFERENT" ACTS (AT TIMES WITH "MALICIOUS AFORETHOUGHT") COM-MITTED AFTER FEBRUARY OF 2004 PLAINTIFF SEEKS DAMAGES IN THE AMOUNT OF $1,000,000.00 (ONE MILLION DOLLARS) DIVIDED IN APPROPRIATE DAMAGES AS THE COURT (OR JURY) SEES JUST.

3. AS TO DEFENDANT DR. SITTA-GOMBEH ALIE FOR "DELIBEREATELY INDIFFER-ENT "ACTS COMMITTED AFTER FEBRUARY 2004 PLAINTIFF SEEKS DAMAGES IN THE AMOUNT OF $1,000,000.00 (ONE MILLION DOLLARS) DIVIDED IN APPROP-RIATE DAMAGES AS THE COURT ( OR JURY ) SEES JUST.

4. AS TO THE DEFENDANT DR. TAMMY KASTRE FOR "DELIBERATELY INDIFFERENT" ACTS COMMITTED AFTER FEBRUARY OF 2004 PLAINTIFF SEEKS DAMAGES IN THE AMOUNT OF $1,000,000.00 (ONE MILLION DOLLARS) DIVIDED IN APPROPRIATE DAM-AGES AS THE COURT (OR JURY) SEES JUST.

5. AS TO DEFENDANT MR. MOHAMMED NIAZ FOR "DELIBERATELY INDIFFERENT" ACTS COM-MITTED AFTER FEBRUARY OF 2004 PLAINTIFF SEEKS DAMAGES IN THE AMOUNT OF $1,000,000.00 (ONE MILLION DOLLARS) DIVIDED IN APPROPRIATE DAMAGES AS THE COURT (OR JURY) SEES JUST.

6. AS TO DEFENDANT MR. PAUL HOWARD, BUREAU CHIEF OF THE DELAWARE DEPT. OF CORRECTIONS PLAINTIFF SEEKS TO SUE MR. HOWARD IN HIS PERSONAL (INDIVID-UAL) AND PROFESSIONAL CAPACITIES FOR DAMAGES IN THE AMOUNT OF $2,000,000.00 (TWO MILLION DOLLARS) FOR 8th AND 14th AMMENDMENT VIOLATIONS DIVIDED IN APPROPRIATE DAMAGES AS THE COURT (OR JURY) SEES JUST.

7. AS TO DEFENDANT MR. STANLEY TAYLOR, COMMISSIONER OF CORRECTIONS OF THE STATE OF DELAWARE PLAINTIFF SEEKS TO SUE MR. TAYLOR IN HIS PERSONAL (INDIVIDUAL) AND PROFESSIONAL CAPACITIES FOR VIOLATIONS OF HIS 8th AND 14th AMMENDMENT CONSTITUTIONAL RIGHTS IN THE FORM OF A "PERPETUAL INJUNC-TION" ONLY WITH REGARD TO DEFENDANT STANLEY TAYLOR WHERE DISPOSAL OF THE SUIT IS CONCERNED) BUT PERPETUAL TO THE OFFICE OF THE COMMISSIONER OF COR-RECTION OF THE STATE OF DELAWARE PERPETUALLY BUT NOT INVOLVING DISMISSAL OF ANY OF THE OTHER ABOVE NAMED DEFENDANTS' IN THIS SUIT.

    THIS PERPETUAL INJUNCTION WOULD INCLUDE THE FOLLOWING CONCERNS;

1.) A MORE HANDS ON RELATIONSHIP BETWEEN THE COMM. OF CORR'S OFFICE AND THE

(PAGE 3 OF RELIEF)

## V. RELIEF

WARDENS IN THE DE. CORR. SYSTEM.

2) ACCOUNTABILITY BY THE WARDEN AND DEPUTY WARDENS' WITH REGARD TO IS-
SUES BROUGHT TO THEIR ATTENTION BY INMATE LETTERS BY WRITTEN REPLY.

3) A COMPLETE REWORKING OF THE PRESENT GRIEVANCE SYSTEM SETTING NEW
GUIDELINES FOR TIME FRAMES FOR WHICH GRIEVANCES MUST BE ANSWERED BY,
WHICH ARE IN REASON AND THE ENFORCEMENT OF ISSUES FOR WHICH GRIEVAN-
CES HAVE BEEN UPHELD, AND THE ASSURANCE OF PROTECTION FROM RETALIA-
TORY BEHAVIOR WHEN GRIEVANCES ARE FILED AGAINST STAFF AND ADMINIS-
TRATION OFFICIALS FOR WRONGFUL ACTIONS.

4) AN INDEPENDENT WORKER TO OVERSEE THE WORKINGS OF THE MAILROOM
AND HOLD MAILROOM WORKERS ACCOUNTABLE TO SEE THAT INMATE MAIL IS IN
FACT DELIVERED (EVEN IF IT INVOLVES CORRUPT ACTION VIOLATIONS BY STAFF
OR THE ADMIN. OFFICIALS) TO THE U.S.P.S. AND IF MAIL IS SENT OUT CERTIFIED
THAT THE POSTAL TRACKING NO. AND COST RECEIPT ARE IN FACT RETURNED TO THE
INMATE AND RECEIPT OF RECEIVERSHIP CARD WHEN APPLICABLE. ALSO A SYSTEM
TO LOG PRE POSTAGED LEGAL MAIL TO SHOW IT HAS BEEN SENT OUT AND A SYSTEM
DEVELOPED IN THE BUILDINGS WHERE THE CHAIN OF COMMAND BETWEEN INMATE
AND THE U.S.P.S. IS NOT BROKEN AS IN OUR BLDG. A MAILBAG HANGS IN THE HALLWAY
WHERE STAFF AND INMATES HAVE OPPORTUNITY TO STEAL OR DESTROY MAIL. ALSO
CLOSER SCRUTINY ON INCOMING LEGAL MAIL SO THAT IT MUST BE LOGGED AND SIGNED
FOR AND OPENED IN THE PRESENCE OF THE INMATE AND A POSTED WEEKLY SHEET IN
EACH BLDG. SHOWING ALL LEGAL MAIL THAT'S ARRIVED SO THE I/M WILL KNOW IF HE GOT IT.

5) MOST IMPORTANTLY A MUCH MORE ON HANDS APPROACH BY THE ADMINISTRATION
WHERE THE MEDICAL TREATMENT OF INMATES IS INVOLVED AND IF AN INMATE IS BE-
ING DENIED TREATMENT AND WRITES TO AN ADMINISTRATION OFFICIAL THAT OFFICIAL
MUST FOLLOW UP AND CONTACT THE INMATE TO SHOW THE PROBLEM HAS BEEN RESOLVED,
AND LINES OF COMMUNICATION NOT CLOSED UNTIL RESOLUTION HAS BEEN ARRIVED UPON.
AND WHEN EMERGENCY MEDICAL GRIEVANCES ARE FILED WITH THE WARDEN THAT HE
ACTUALLY RESPONDS TO THEM WITH URGENCY, AS HUMAN LIFE MAY HANG IN THE BALANCE.

6) A POSTING IN THE BLDG'S. IN PLAIN VIEW A LISTING OF ALL HOUSING RULES, DISCIPLINARY
ACTION PROCEDURES AND NEW GRIEVANCE GUIDELINES.

7) THE LAW LIBRARY NOT OVERSTEPPING ITS' AUTHORITY AND DICTATING WHAT CAN AND
CANNOT BE INTRODUCED AS EVIDENCE BEFORE THEY'LL COPY IT IF YOU HAVE A LEGITI-
MATE OPEN CASE.

8) AND IF THESE ISSUES ARE ADDRESSED AND A SYSTEM OF FAIR PLAY AND JUSTICE
ARE INCORPORATED HERE THAT PROTECT THE CONSTITUTIONALLY GUARANTEED
CIVIL RIGHTS OF THE INMATE POPULATION HERE THEN AND ONLY THEN WOULD THE
PLAINTIFF ASK FOR HIS IMMEDIATE UNCONDITIONAL RELEASE (AS I ONLY HAVE
8-9 MONTHS OF LEVEL II TIME REMAINING) AS THE TWO FAILED MISADMINISTERED
LIVER TREATMENTS THE PLAINTIFF HAS ENDURED HAVE CAUSED A PARADOXICAL
WORSENING OF HIS LIVER DISEASE AS ONE YEAR AGO HIS VIRAL LOAD WAS 55, SIX MONTHS
AGO 7,570,000, TODAY 19,153,660 ONE YEAR AFTER TREATMENT SO TO LIVE PLAINTIFF
MAY NEED A LIVER TRANSPLANT VERY SOON WHICH HE CANNOT RECEIVE WHILE INCARCERATED.
PLAINTIFF WOULD THEN DROP CIVIL ACTION AGAINST MR. TAYLOR AND RESPECT HIM FOR DOING WHAT IS
JUST AND RIGHT.

PLAINTIFF CLAIMS THAT THE DEFENDANTS' "DELIBERATELY INDIFFERENT" TREATMENT OF HIS VERY "SERIOUS MEDICAL PROBLEMS" CAUSED THE PLAINTIFF EXTREME "WANTON AND UNNECESSARY PHYSICAL PAIN AND SUFFERING" ALONG WITH SEVERE "MENTAL AND EMOTIONAL PAIN AND ANGUISH" TRAUM- ATIZING THE PLAINTIFF AND CAUSING THE NEED FOR PSYCHOTRO- PIC MEDICATION TO TREAT THE EMOTIONAL PROBLEMS CREATED BY THE DEFENDANTS CALLOUS AND LIFE THREATENING TREAT- MENT OF DEFENDANTS SERIOUS MEDICAL PROBLEMS AND CAUSING THE DEFENDANT "PERMENANT AND IRREPAIRABLE PHYSICAL INFIRMITY" AND "QUITE POSSIBLY A DEATH SENTENCE" DEPENDENT UPON THE PROGRESSION OF PLAINTIFFS' LIVER FIBRO- SIS AND ALSO POSSIBLY THROUGH M.R.S.A. INFECTION.

    DUE TO LACK OF TIMELY TREATMENT PLAINTIFF NOW NEEDS A HIP REPLACEMENT AND KNEE SURGERY AND AT SOMETIME (POSSIBLY TOMORROW) A LIVER TRANSPLANT AS WITH PLAINTIFFS' 19,153,660 VIRAL LOAD PEGINTRON TREATMENT IS NO LONGER A VIABLE OP- TION. PLAINTIFFS' TREATMENT BY DEFENDANTS HAS BEEN SO "DELIB- ERATELY INDIFFERENT" AS TO BE "REPUGNANT TO THE CONSCIENCE OF MANKIND" EVOLVING ALL STANDARDS OF DECENCY" IN ANY SOCIETY IN VIO- LATION OF MY 8th AMMENDMENDMENT RIGHT TO BE "FREE FROM CREUL AND UNUSUAL PUNISHMENT AND THEY ALSO VIOLATED MY 14th AM- MENDMENT RIGHT TO DUE PROCESS OF LAW IN TRYING TO COVER UP THEIR CREUL AND UNUSUAL PUNISHMENT.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this ____5th____ day of ____JUNE_____, 2_006_.

_Richard 'Mark' Turner_
(Signature of Plaintiff 1)

_____
(Signature of Plaintiff 2)

_____
(Signature of Plaintiff 3)

4

AO 240 (Rev. 10/03)
DELAWARE (Rev. 4/05)

# UNITED STATES DISTRICT COURT
# DISTRICT OF DELAWARE

RICHARD MARK TURNER AND ESTATE

Plaintiff

V.

Defendant(s)

# APPLICATION TO PROCEED
# WITHOUT PREPAYMENT OF
# FEES AND AFFIDAVIT

CASE NUMBER:

I, RICHARD 'MARK' TURNER _____ declare that I am the (check appropriate box)

•X• Petitioner/Plaintiff/Movant      • • Other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915, I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1.  Are you currently incarcerated?      •X•Yes      • •No      (If "No" go to Question 2)

    If "YES" state the place of your incarceration  DE. CORR. CENTER  SMYRNA, DE.

    **Inmate Identification Number (Required):** # 00363670

    Are you employed at the institution? YES  Do you receive any payment from the institution? YES

    *Attach a ledger sheet from the institution of your incarceration showing at least the past six months' transactions*

2.  Are you currently employed?      •X• Yes      • •No

    a.  If the answer is "YES" state the amount of your take-home salary or wages and pay period a and give the name and address of your employer. 38.40 PER MONTH

    b.  If the answer is "NO" state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

3.  In the past 12 twelve months have you received any money from any of the following sources?

    | | | | |
    |---|---|---|---|
    | a. | Business, profession or other self-employment | • • Yes | ✓ No |
    | b. | Rent payments, interest or dividends | • • Yes | ✓ No |
    | c. | Pensions, annuities or life insurance payments | • • Yes | ✓ No |
    | d. | Disability or workers compensation payments | • • Yes | ✓ No |
    | e. | Gifts or inheritances | • • Yes | ✓ No |
    | f. | Any other sources | •✓ Yes | • • No |

    If the answer to any of the above is "YES" describe each source of money and state the amount received *AND* what you expect you will continue to receive.
    I RECEIVE @ #30°° 50 A MONTH FROM FRIENDS AND FAMILY

AO 240 Reverse (Rev. 10/03)
DELAWARE (Rev. 4/05)

4.    Do you have any cash or checking or savings accounts?          • • Yes        •✗ No

       If "Yes" state the total amount $ _____

5.    Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or other
       valuable property?

                                                                                         • • Yes        •✗ No

       If "Yes" describe the property and state its value.

6.    List the persons who are dependent on you for support, state your relationship to each person and
       indicate how much you contribute to their support, OR state NONE if applicable.

                         NONE

       I declare under penalty of perjury that the above information is true and correct.

  6-5-06                          Richard Mark Turner
   DATE                                    SIGNATURE OF APPLICANT

**NOTE TO PRISONER:  A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit
stating all assets.  In addition, a prisoner must attach a statement certified by the appropriate institutional
officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts.
If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified
statement of each account.**

# *DELAWARE CORRECTIONAL CENTER*
# *SUPPORT SERVICES OFFICE*
# *MEMORANDUM*

*TO:*      Richard Mark Turner SBI#: 3063670

*FROM:*    *Stacy Shane, Support Services Secretary*

*RE:*      *6 Months Account Statement*

*DATE:*    January 12, 2006

---

*Attached are copies of your inmate account statement for the months of*
July 1, 2005   *to*   December 31, 2005

*The following indicates the average daily balances.*

| *MONTH* | *AVERAGE DAILY BALANCE* |
|---------|------------------------|
| July | 37.57 |
| Aug | 435 |
| Sept | 22.31 |
| Oct | 17.34 |
| Nov | 7.10 |
| Dec | 33.19 |

*Average daily balances/6 months:*   20.37

*Attachments*
*CC:* File

Stacy Shane
1/12/06

Mike L_
1/13/06
Notary public

**Individual Statement**

Date Printed: 1/12/2006

Page 1 of 1

## For Month of July 2005

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $0.00 |
|---|---|---|---|---|---|---|
| 00363670 | Turner | Richard | M | | | |
| Current Location: | S1 | Comments: | | | | |

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Wage-1099 | 7/1/2005 | $38.40 | $0.00 | $0.00 | $38.40 | 126654 | | S-1 5/24-6/23 | |
| Canteen | 7/6/2005 | ($6.66) | $0.00 | $0.00 | $31.74 | 128255 | | | |
| Pay-To | 7/7/2005 | ($8.00) | $0.00 | $0.00 | $23.74 | 129575 | | DST/POSTAGE | |
| Visit | 7/11/2005 | $60.00 | $0.00 | $0.00 | $83.74 | 130269 | 834733170320393 | | UNK |
| Canteen | 7/19/2005 | ($51.96) | $0.00 | $0.00 | $31.78 | 133324 | | | |
| Pay-To | 7/21/2005 | ($7.81) | $0.00 | $0.00 | $23.97 | 134900 | | DST/POSTAGE | |
| Pay-To | 7/21/2005 | ($7.90) | $0.00 | $0.00 | $16.07 | 134942 | | DST/POSTAGE | |
| Pay-To | 7/21/2005 | ($8.00) | $0.00 | $0.00 | $8.07 | 134964 | | DST/POSTAGE | |
| Pay-To | 7/21/2005 | ($8.00) | $0.00 | $0.00 | $0.07 | 134963 | | DST/POSTAGE | |
| Mail | 7/22/2005 | $40.00 | $0.00 | $0.00 | $40.07 | 135118 | 8887035824 | | R B TURNER |
| Pay-To | 7/22/2005 | ($3.85) | $0.00 | $0.00 | $36.22 | 135283 | | DST/POSTAGE | |
| Canteen | 7/25/2005 | ($35.69) | $0.00 | $0.00 | $0.53 | 135978 | | | |

Ending Mth Balance: $0.53

Total Amount Currently on Medical Hold: $0.00

Total Amount Currently on Non-Medical Hold: $0.00

Date Printed: 1/12/2006

# Individual Statement

## For Month of August 2005

Page 1 of 1

| SBI 00363670 | Last Name Turner | First Name Richard | MI M | Suffix | Beg Mth Balance: $0.53 |
|---|---|---|---|---|---|
| Current Location: S1 | | Comments: | | | |

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Wage-1099 | 8/1/2005 | $38.40 | $0.00 | $0.00 | $38.93 | 137906 | | S-1 6/24-7/23 | |
| Pay-To | 8/1/2005 | ($4.00) | $0.00 | $0.00 | $34.93 | 138268 | | PROJECT AWARE | |
| Canteen | 8/2/2005 | ($34.92) | $0.00 | $0.00 | $0.01 | 139297 | | | |
| Pay-To | 8/4/2005 | $0.00 | $0.00 | ($8.80) | $0.01 | 140513 | | DST/POSTAGE | |
| Pay-To | 8/4/2005 | $0.00 | $0.00 | ($8.80) | $0.01 | 140514 | | DST/POSTAGE | |
| Pay-To | 8/4/2005 | $0.00 | $0.00 | ($13.55) | $0.01 | 140515 | | DST/POSTAGE | |
| Pay-To | 8/4/2005 | $0.00 | $0.00 | ($13.55) | $0.01 | 140516 | | DST/POSTAGE | |
| Pay-To | 8/4/2005 | $0.00 | $0.00 | ($15.10) | $0.01 | 140517 | | DST/POSTAGE | |
| Pay-To | 8/4/2005 | $0.00 | $0.00 | ($3.95) | $0.01 | 140518 | | DST/POSTAGE | |
| Pay-To | 8/4/2005 | $0.00 | $0.00 | ($3.95) | $0.01 | 140519 | | DST/POSTAGE | |
| Pay-To | 8/4/2005 | $0.00 | $0.00 | ($14.05) | $0.01 | 140788 | | DST/POSTAGE | |
| Pay-To | 8/4/2005 | $0.00 | $0.00 | ($11.40) | $0.01 | 140789 | | DST/POSTAGE | |
| Legal | 8/5/2005 | $0.00 | $0.00 | ($13.97) | $0.01 | 141289 | | 7/2005 | |
| Pay-To | 8/5/2005 | ($0.01) | $0.00 | ($8.79) | $0.00 | 141438 | | DST/POSTAGE | |
| Mail | 8/18/2005 | $100.00 | $0.00 | $0.00 | $100.00 | 146515 | 0123644349 | | UNKNOWN |
| Pay-To | 8/19/2005 | ($8.79) | $0.00 | $0.00 | $91.21 | 147328 | | DST/POSTAGE | |
| Pay-To | 8/19/2005 | ($8.89) | $0.00 | $0.00 | $82.32 | 147329 | | DST/POSTAGE | |
| Pay-To | 8/19/2005 | ($13.55) | $0.00 | $0.00 | $68.77 | 147330 | | DST/POSTAGE | |
| Pay-To | 8/19/2005 | ($13.55) | $0.00 | $0.00 | $55.22 | 147331 | | DST/POSTAGE | |
| Pay-To | 8/19/2005 | ($15.10) | $0.00 | $0.00 | $40.12 | 147332 | | DST/POSTAGE | |
| Pay-To | 8/19/2005 | ($3.95) | $0.00 | $0.00 | $36.17 | 147333 | | DST/POSTAGE | |
| Pay-To | 8/19/2005 | ($3.95) | $0.00 | $0.00 | $32.22 | 147334 | | DST/POSTAGE | |
| Legal | 8/19/2005 | ($6.77) | $0.00 | ($7.20) | $25.45 | 147398 | | 7/2005 | |
| Pay-To | 8/19/2005 | ($14.05) | $0.00 | $0.00 | $11.40 | 147391 | | DST/POSTAGE | |
| Pay-To | 8/19/2005 | ($11.40) | $0.00 | $0.00 | $0.00 | 147392 | | DST/POSTAGE | |

Ending Mth Balance: $0.00

Total Amount Currently on Medical Hold: $0.00

Total Amount Currently on Non-Medical Hold: $0.00

**Individual Statement**

Date Printed: 1/12/2006

Page 1 of 1

## For Month of September 2005

| SBI | Last Name | First Name | M1 | Suffix | Beg Mth Balance: | $0.00 |
|-----|-----------|------------|-----|--------|------------------|-------|
| 00363670 | Turner | Richard | M | | | |

**Current Location:** S1    **Comments:**

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|------------|------|------------------------------|--------------|------------------|---------|---------|--------------|-------|------------|
| Wage-1099 | 9/1/2005 | $38.40 | $0.00 | $0.00 | $38.40 | 152489 | | S BLDG 7/24-8/23 | |
| Pay-To | 9/6/2005 | $0.00 | $0.00 | $0.00 | $38.40 | 153115 | | | |
| Canteen | 9/6/2005 | ($14.76) | $0.00 | $0.00 | $23.64 | 153756 | | | |
| Canteen | 9/8/2005 | ($15.28) | $0.00 | $0.00 | $8.36 | 154997 | | | |
| Legal | 9/9/2005 | ($7.20) | $0.00 | $0.00 | $1.16 | 155889 | | 7/2005 | |
| Canteen | 9/13/2005 | ($0.90) | $0.00 | $0.00 | $0.26 | 157018 | | | |
| Mail | 9/14/2005 | $40.00 | $0.00 | $0.00 | $40.26 | 157858 | 8889214950 | | R B TURNER |
| Supplies-MailP | 9/15/2005 | $0.00 | $0.00 | ($7.35) | $40.26 | 158520 | | POSTAGE | |
| Supplies-MailP | 9/15/2005 | $0.00 | $0.00 | ($7.90) | $40.26 | 158521 | | POSTAGE | |
| Canteen | 9/20/2005 | ($24.91) | $0.00 | $0.00 | $15.35 | 158817 | | | |
| Canteen | 9/20/2005 | $0.90 | $0.00 | $0.00 | $16.25 | 159631 | | REFUND | |
| Canteen | 9/27/2005 | ($0.90) | $0.00 | $0.00 | $15.35 | 162509 | | | |

**Ending Mth Balance:** $15.35

Total Amount Currently on Medical Hold: $0.00

Total Amount Currently on Non-Medical Hold: $0.00

Individual Statement

Date Printed: 1/12/2006

Page 1 of 1

For Month of October 2005

| SBI | Last Name | First Name | MI | Suffx | Beg Mth Balance: | | | |
|-----|-----------|-----------|-----|-------|------------------|---|---|---|
| 00363670 | Turner | Richard | M | | $15.35 | | | |
| Current Location: | S1 | | Comments: | | | | | |

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|------------|------|------------------------------|--------------|------------------|---------|---------|--------------|-------|------------|
| Wage-1099 | 10/3/2005 | $38.40 | $0.00 | $0.00 | $53.75 | 164761 | | S BLDG 8/24-9/23 | |
| Canteen | 10/4/2005 | ($38.41) | $0.00 | $0.00 | $15.34 | 165863 | | | |
| Supplies-MailP | 10/6/2005 | ($7.90) | $0.00 | $0.00 | $7.44 | 168166 | | POSTAGE | |
| Supplies-MailP | 10/6/2005 | ($7.35) | $0.00 | $0.00 | $0.09 | 168165 | | POSTAGE | |
| Mail | 10/25/2005 | $60.00 | $0.00 | $0.00 | $60.09 | 175341 | 8463109768 | | A. TURNER |

Ending Mth Balance: $60.09

Total Amount Currently on Medical Hold: $0.00

Total Amount Currently on Non-Medical Hold: $0.00

**Individual Statement**

Date Printed: 1/12/2006

Page 1 of 1

**For Month of November 2005**

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $60.09 |
|---|---|---|---|---|---|---|
| 00363670 | Turner | Richard | M | | | |

**Current Location:** S1          **Comments:**

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Wage-1099 | 11/1/2005 | $38.40 | $0.00 | $0.00 | $98.49 | 177295 | | | |
| Canteen | 11/1/2005 | ($74.46) | $0.00 | $0.00 | $24.03 | 178336 | | | |
| Canteen | 11/8/2005 | ($23.80) | $0.00 | $0.00 | $0.23 | 181295 | | | |
| Canteen | 11/29/2005 | ($0.20) | $0.00 | $0.00 | $0.03 | 189044 | | | |
| Mail | 11/30/2005 | $40.00 | $0.00 | $0.00 | $40.03 | 189865 | 9344207390 | S BLDG 9/24-10/23 | RB TURNER |

**Ending Mth Balance:** $40.03

Total Amount Currently on Medical Hold: $0.00

Total Amount Currently on Non-Medical Hold: $0.00

Date Printed: 1/12/2006

# Individual Statement

## For Month of December 2005

Page 1 of 1

| SBI | 00363670 | Last Name | Turner | First Name | Richard | MI | M | Suffix | | Beg Mth Balance: | $40.03 |
|-----|----------|-----------|--------|------------|---------|----|----|----|----|------------------|--------|
| Current Location: | S1 | | | | | Comments: | | | | | |

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|-----------|------|------------------------------|--------------|------------------|---------|---------|--------------|-------|------------|
| Wage-1099 | 12/1/2005 | $38.40 | $0.00 | $0.00 | $78.43 | 190796 | | S BLDG 10/24-11/23/0 | |
| Canteen | 12/6/2005 | ($74.98) | $0.00 | $0.00 | $3.45 | 192099 | | | |
| Canteen | 12/13/2005 | ($3.31) | $0.00 | $0.00 | $0.14 | 194485 | | | |
| Mail | 12/19/2005 | $60.00 | $0.00 | $0.00 | $60.14 | 196743 | 07250872926 | | A. JOHNSON |
| Mail | 12/27/2005 | $25.00 | $0.00 | $0.00 | $85.14 | 199450 | 54922113752 | | BURRIS |
| Canteen | 12/27/2005 | ($59.03) | $0.00 | $0.00 | $26.11 | 199869 | | | |

Ending Mth Balance: $26.11

Total Amount Currently on Medical Hold: $0.00

Total Amount Currently on Non-Medical Hold: $0.00



CERTIFIED MAIL

7003 2260 0002 9199 4347

UNITED STATES POSTAGE
0004008975
MAILED FROM ZIP

PLEASE SEND
"CERTIFIED"
WITH REGISTERED
RECEIVERSHIP

THANK YOU.

RICHARD MARK TURNER
#0036367o  S-1 A-3
DE. CORR. CENTER
1181 PADDOCK RD.
SMYRNA, DE. 19977

U.S.M.S.
X-RAY

RECEIVED
JUN 08 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

HONORABLE JUDGE SUE L. ROBINSON
U.S. STATES DISTRICT COURT
DISTRICT OF DELAWARE
844 N. KING ST., LOCKBOX 18
WILMINGTON, DELAWARE
19801

"CERTIFIED LEGAL MAIL WITH
RECEIPT OF RECEIVERSHIP REQUIRED"
THANK YOU.

RICHARD MARK TURNER
#0036367o UNIT S-1 A-3
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977