Tuesday June 6th 2006

The Honorable Judge Sue L. Robinson,
The United States District Court
District of Delaware
844 N. King St. Lockbox 18
Wilmington, De.
    19801

FILED
JUN - 9 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

06-95 (SLR)

Dear Judge Robinson,
        Hello and how are you doing today Your Honor?
Very well I hope and pray as I hope your Family mem-
bers are all in good health well too.
        I'll try to be as brief as possible Your Honor and I
would first like to thank You for Your judicious decisions
that you have been making and I would also like to
apologize for any hurtful things I may have said or
implied about Your Honor in Motions I may have filed
while on the Pegintron treatment. So please forgive me
if you will.
        Not as an excuse but it was very hard going through
the treatment and also trying to represent myself but
what was really disheartening was knowing how terribly
the Court was being lied to by the Defendants but I had
no way to prove to you just how unbelievably inept and
even malicious my treatment was and their lies were
all being understandably believed as I'm an inmate
and I realize that impairs credibility. But it was
just so hurtful to know they were being so deceit-
ful in order to avoid liability at the expense of
my health and I thank Your Honor for upbraiding
the Defendants for not having produced the Discovery
which Your Honor ordered as just yesterday C.M.S.
officials turned my entire Medical file over to me.
        There were however on quick perusal (as I haven't
had time to go through them thoroughly yet having
been working on correcting the deficiencies of the new
Civil Suit I filed and trying to decide what would cause
the least work for the Court, to refile completely or later

add Defendants who were released without prejudice to renew causing multiple work for the Court and more Motions for Your Honor to have to rule on so I've been busy with that) some documents missing but by the Grace of God there is enough documentation here to show the Court (which I wanted so much to do all along) that my allegations as atrocious as they were were all true.

So I would ask Your Honor to please treat this correspondence as a personal letter with no bearing on my case other than to show Your Honor that I've been telling you the truth all along and the documentation enclosed in this envelope I'm in no way introducing as evidence but I in 10 minutes picked these documents out that prove they lied to you about serious issues and filed falsified affidavits I can now prove were untruthful. I would start Your Honor with the day the infection broke loose in my leg and I was rushed to the hospital as (as we now know and Dr. Vemulepelli back then told me had happened) M.R.S.A. blood poisoning went to my heart causing an infarction (during my first treatment) nearly killing me as they refused to treat the infection (which they refused to culture until this past year 7-25-05 and the heart attack occurred from the infection on 7-9-02) properly contrary to Dr. Alies' falsified affidavit but if you'll please look at the E.C.G.'s you'll see I had an inferior infarction. Dr. V' told me I was blessed to be alive as when infection (M.R.S.A.) breaks loose and poisons the heart seldom does one live and I knew how close to death I came that day as I fought with every ounce of energy in my body to stay alive that day.

You'll also see the M.R.S.A. culture results after over 3 years (the first which they used an expired kit on) that were positive and I don't believe it coincidental that one of the C.M.S. Nurses Linda Kellner who prepared my shots was hospitalized right before my staph infection turned up with a staph infection herself. But now I'll have this in my system the rest of my life and because

they kept refusing to do cultures or change the antibiotics as the ones being used were very ineffective allowing the infection to remain in my hip and leg for so long that as Dr. Manuel Veloso explained to me the antibiotics didn't get to the M.R.S.A. infection in my cartilage and now I need a hip replacement and knee surgery having gimped around here for the past 4 years (yet still trying to stay physically active for cardiovascular health and to keep my immune system strong against the Hepatitis-C virus, (Please see x-ray and M.R.I results showing destruction I.C.M refused to even acknowledge).

Please also see 2 orders for double portion diets that were ordered but that D.O.C Kitchen Supervisor Lt. Downing in his affadavit denied ever having denied me any diets and blamed me for being non-compliant. The deceit here is disgusting Your Honor.

However more serious than anything is the condition of my Liver as they've obviously destroyed my Liver by the misadministration of the Interferon treatment twice as the extended treatment 61 chemoshots instead of 48 and 17 of those being overdose for my weight equalling 4 more shots) to try to make up for the shots they forgot to order which caused my viral load to resurface (when after 6 months of treatment the treatment had been successful as my viral load test came back <50 which is considered non-detectable then 2 late shots 3 months later allowed my viral load to resurface to 762 but not even the extended treatment (which was ordered without the outside advice I asked them to procure before doing it) brought it back under 50 and at treatments end (when I was so infected and my eyesight going so bad I couldn't take the other 3 shots he ordered) my viral load was still 55. Then 6 months posttreatment it was 7,570,000 and just yesterday Your Honor I found out it is now 19,153,660 so the extended treatment probably killed off not only my abnormal cells but also my normal and healthy cells as well and now my Liver is unable to fight off the virus and it's replicating at an alarming rate and even though I know my Eternal destiny is secure Your Honor I have to tell you this news yesterday

of a 19,153,660 viral load has me scared as although I only have eight months of L I time left I can't get on a transplant list until released and by the grace of God my sentencing Judge William Witham Jr. is entertaining my Motion for Reduction due to Inadequate Medical Care so God willing I'll get out in time to live long enough to be able to get a new Liver as I really believe this experience has given me a testimony few people have which I want to use to help others as a Certified Addictions Counselor and God willing I can help support others going through this treatment as well as I try to while here. But Your Honor I can only pray that now You see that I've been being honest with you and theres a real problem here not only with Medical but with the Admin. especially as well.

Your Honor not understanding from your Memorandum the mistakes made which allowed Defendants' to be dismissed without prejudice to renew Your Order dated 5-23-06 made it very clear how I could rewrite the Complaint to have all Defendants' served at once. So I was in a quandry of what to do, prayed on it and 3 days ago began preparing a completely new Complaint which I stayed up but for 4 hours sleep a night the last 3 nights thinking it better to before Service on any Defendants' rewrite it to conform to the Feb. 2004 date mean less work for all involved later. (If I have a later). I had this rewritten complaint already packaged when I received your kind Order granting my Motions concerning the State Mr. Taylor and Mr. Howard and I felt very bad and unsettled that I caused you that work and now I had rewritten the entire complaint and really contemplated on what to do but the way I've rewritten this against the State (especially) if something does happen to me in the meantime may cause positive changes for other men here as I know that my Father will follow through on this and my Injunctory Relief may help cause positive change so I ask Your Honors' forgiveness as I do not take her Rulings in my favor in any way for granted but

in the interest of possibly helping others as well to see change in the corrupt system here which hopefully this Suit will have some kind of an impact on. I humbly and respectfully ask Your Honor to withdraw my previous complaint C.A. # 06-095-SLR and let the enclosed complaint replace it as again I have not sent out service in U.S. Marshall 285 forms yet if that is acceptable to Your Honor and I sincerely apologize for all the work that I've caused for the Court already and Your Honor in particular the realization that You are extremely busy and Your time quite valuable.

Thank You so much Your Honor for Your time and consideration in this matter and again I beg the Courts' Pardon for my erroneous attempts in filing this Complaint to cause the Court the least trouble possible.

I'll await Your Honors' decision and if this newly written Complaint cannot be substituted for the prior I will then upon finding this out from Your Honor begin Service upon the Defendants' Your Honor has already given me permission to proceed upon.

May God Bless You, Your Family and all those whom You Love and care for and may You have a wonderful Summer.

Most Respectfully,
Richard Mark Turner
# 00363670  S1·A-3
D.C.C.
1181 Paddock Rd.
Smyrna, De. 19977

*7-1-04*

*VIRAL LOAD TEST (HCV-RNA) 6 MONTHS INTO 2nd*
*TREATMENT CAME*
*BACK NON-DETECTABLE (<50)*

PATIENT INFORMATION
TURNER, RICHARD

REPORT STATUS  Final

QUEST DIAGNOSTICS INCORPORATED
CLIENT SERVICE 215.957.9300  *BUT*

ORDERING PHYSICIAN

*SUBSEQUENT*

DOB: 12/19/1955  Age: 48
GENDER: M

SPECIMEN INFORMATION  *MISSED SHOTS*
SPECIMEN:    NES64202K  *3 MONTHS*  ID: 363670DCC
REQUISITION: 0010053  *LATER CAUSED VIRAL LOAD*
LAB REF NO:  *TO RESURFACE AND ALTHOUGH I DID*
*3 EXTRA MONTHS (13) EXTRA CHEMO SHOTS IT*
COLLECTED:  09/01/2004   07:09  *NEVER BROUGHT MY VIRAL LOAD BACK*
RECEIVED:   09/09/2004   02:58  *DOWN TO A NON-DETECTABLE NUMBER AND THE*
REPORTED:   09/14/2004   18:15  *TREATMENT WAS NON-SUCCESSFUL AND NOW*
*6 MONTHS AFTER THE END OF TREATMENT MY VIRAL LOAD IS 7,570,000*

CLIENT INFORMATION
19977250
DEL CORRECTIONAL CTR
1181 PADDOCK RD
SMYRNA, DE 19977-9679

| Test Name | In Range | Out of Range | Reference Range | La |
|---|---|---|---|---|
| HEPATITIS C, RNA, | | | | AM |
| QUANTITATIVE, PCR | | | | |
| HCV RNA (IU/ML) | <50 | | <50 IU/mL | |
| HCV RNA (LOG IU/ML) | <1.70 | | <1.70 LOG IU/mL | |

In response to client requests, we are now
reporting results >=1,000,000 in a modified
exponential notation. For example, a result
of 1,000,000 would be reported as 1.00E6 and
a result of 42,000,000 would be reported as
42.0E6.

This test was developed and its performance
characteristics have been determined by Quest
Diagnostics Nichols Institute, Chantilly, VA.
It has not been cleared or approved by the U.S.
Food and Drug Administration. The FDA has determined
that such clearance or approval is not necessary.
Performance characteristics refer to the analytical
performance of the test.

------------------------------------------------------------

Performing Laboratory Information:

AMD   QUEST DIAGNOSTICS NICHOLS INSTITUTE, CHANTILLY VA 14225 NEWBROOK DRIVE CHANTILLY VA  20153
      Laboratory Director: NATHAN SHERMAN, MD

*8/15/04*

LABORATORY REPORT

(17)

19977250 AREA/ROUTE/STOP: DE03
DEL CORRECTIONAL CTR
1181 PADDOCK RD
SMYRNA, DE 19977-9679

RECEIVED
3-10-06

 
Quest
Diagnostics ®

RESURFACED HCV-RNA (VIRAL LOAD) AFTER MISSED SHOTS

| PATIENT NAME | | PATIENT ID | | ROOM NO. | AGE | SEX | PHYSICIAN |
|---|---|---|---|---|---|---|---|
| TURNER, RICHARD | | 1 | | | | | |

| PAGE | REQUISITION NO. | ACCESSION NO. | LAB REF. # | COLLECTION DATE & TIME | | LOG-IN-DATE | REPORT DATE | & TIME |
|---|---|---|---|---|---|---|---|---|
| 1 | 0013009 | NE013826N | | 01072005 | 0704 | 01082005 | 01102005 | |

REMARKS: SIX MONTHS INTO TREATMENT VIRAL LOAD CAME
BACK NON-DETECTABLE <50. TWO MISSED SHOTS IN DECEMBER AND     EASTERN
VIRAL LOAD RESURFACED NEVER AGAIN TO DROP TO NON-DETECTABLE AS    TIME
THE MISSED SHOTS COMPROMISED THE TREATMENT

| REPORT STATUS | | TEST | RESULT | | UNITS | REFERENCE | SITE |
|---|---|---|---|---|---|---|---|
| | FINAL | | IN RANGE | OUT OF RANGE | | RANGE | CODE |

Date of Birth: 12/19/1955     RESURFACED VIRAL LOAD AFTER
HEPATITIS C, RNA,           2 MISSED SHOTS IN DECEMBER.                    AMD
  QUANTITATIVE, PCR
  HCV RNA (IU/ML)                        762 H        IU/mL        <50
  HCV RNA (LOG IU/ML)                    2.88 H     LOG IU/mL     <1.70

  This test was developed and its performance
  characteristics have been determined by Quest
  Diagnostics Nichols Institute, Chantilly, VA.
  It has not been cleared or approved by the U.S.
  Food and Drug Administration. The FDA has determined
  that such clearance or approval is not necessary.
  Performance characteristics refer to the analytical
  performance of the test.

------------------------------------------------------------
Performing Site Code Key (continued from the back):
AMD     QUEST DIAGNOSTICS NICHOLS INSTITUTE CHANTILLY VA
        14225 NEWBROOK DRIVE
        CHANTILLY, VA  20153
        (703)802-6900
        Laboratory Director:  NATHAN SHERMAN, MD
        CLIA: 49D0221801


        >> END OF REPORT - TURNER,RICHARD NE013826N <<

        AFTER 6 MONTHS OF TREATMENT MY VIRAL LOAD CAME BACK <50
WHICH IS CONSIDERED NON-DETECTABLE AND THE TREATMENT TO THAT
POINT WAS SUCCESSFUL (ALTHOUGH AFTER 2 WEEKS I HAD TO BEGIN THE
TREATMENT OVER AS THE 3rd SHOT DID NOT COME PERHAPS BECAUSE THE NURSE
RESPONSIBLE FOR ORDERING MY SHOTS OF WHICH A TOTAL OF 6 WERE LATE OR NOT
GIVEN AND THE ACCOMPANYING RIBAVIRIN RAN OUT 4 TIMES WAS FIRED FOR ALLEG-
EDLY PASSING MARIJUANA TO AN INMATE). THAT WAS IN SEPT.'04'. IN DEC. 2 SHOTS
WERE NOT GIVEN ON TIME AND SINCE THIS TREATMENT DEPENDS ON THE CHEMO
STAYING CONSTANT IN ONE'S SYSTEM I ASKED FOR THIS VIRAL LOAD TEST AND IN JAN.'05'
MY VIRAL LOAD HAD RESURFACED TO 762. SO I WAS GIVEN 3 MONTHS ADDITIONAL TREAT-
MENT BUT THE END OF TREATMENT WAS 55 (OVER 50 AND NON-SUCCESSFUL) AND A 6
MONTH POSTTREATMENT TEST IN JAN.'06' SHOWED MY VIRAL LOAD TO BE 7,570,000 SO IF
MY VIRAL LOAD REPLICATED THAT PAST THE EXTRA TREATMENT COULD HAVE CAUSED A PARADOXICAL
Quest, Quest Diagnostics, the associated logo and all associated Quest Diagnostics marks are the trademarks of Quest Diagnostics Incorporated. WORSENING. THIS TREATMENT IS NO LONGER AN OPTION.
© Quest Diagnostics Incorporated. All rights reserved. GD2000. Revised 3/94.

                                                    INDICATES TESTING SITE SEE REVERSE SIDE   •

6 MONTH POSTREATMENT VIRAL LOAD

*12-27-05*

*REC. 6-5-06*

| | | |
|---|---|---|
| | PATIENT INFORMATION **TURNER, RICHARD** | REPORT STATUS Final |
| QUEST DIAGNOSTICS INCORPORATED | DOB: 12/19/1955  Age:<br>GENDER: M | ORDERING PHYSICIAN<br>NOT/GIVEN  *Do 309* |
| SPECIMEN INFORMATION<br>SPECIMEN:      85986832<br>REQUISITION: 100711318<br>LAB REF NO: | ID: NG  *0711318* | CLIENT INFORMATION<br>4742<br>BIOREFERENCE CLIN LAB<br>481 EDWARD H ROSS DRIVE<br>ELMWOOD PARK, NJ 07407 |
| COLLECTED:  12/21/2005    00:00<br>RECEIVED:   12/24/2005    02:28<br>REPORTED:   12/29/2005    23:21 | | |

| Test Name | In Range | Out of Range | Reference Range | Lab |
|---|---|---|---|---|
| HEPTIMAX(TM) HCV RNA | | | | SJC |
| HEPTIMAX (TM) HCV RNA | | 7570000 H | LESS THAN 5 IU/mL | |
| HEPTIMAX (TM) HCV RNA | | 6.88 H | LESS THAN 0.7 LogIU/mL | |

The range of the HEPTIMAX (TM) assay is 5 IU/mL to 50,000,000 IU/mL.

This test was performed using the HCV RNA Real-Time PCR method.

This test was developed and its performance characteristics determined by
Quest Diagnostics' Nichols Institute. It has not been cleared or approved by
the U.S. Food and Drug Administration. The FDA has determined that such
clearance or approval is not necessary. Performance characteristics refer to
the analytical performance of the test.

-----------------------------------------------------------------------------------------------------

**Performing Laboratory Information:**

SJC   Quest Diagnostics Nichols Institute 33608 Ortega Highway San Juan Capistrano CA Laboratory Director: R.E. Reitz MD

*5-12-06*

*1 YEAR POSTREATMENT VIRAL LOAD TEST*

*SHOWIN MY VIRAL LOAD TO BE AN ALARMING   REC. BACK 6-5-06*

*NINETEEN-MILLION ONE HUNDRED FIFTY THREE THOUSAND 6 HUNDRED SIXTY*

**BioReference** *19,153,660*
LABORATORIES

101686572  TURNER, RICHARD

| | | |
|---|---|---|
| D<br>O<br>C<br>T<br>O<br>R | CMS DELWARE | TURNER, RICHARD | TURNER, RICHARD |
| | 1181 PADDOCK RD.<br>SMYRNA, DE 19977 | TURNER, RICHARD | TURNER, RICHARD |
| | (302)653-9261   (D0309) | -FINAL- | DOB<br>12/19/1955 |

| NAME | | PATIENT I.D./ROOM NO. | DOCTOR / GROUP NAME |
|---|---|---|---|
| TURNER, RICHARD | | 00363670 | DR. NIAZ, MOHAMMAD |

| LAB I.D. NO. | DATE COLLECTED | DATE RECEIVED | DATE OF REPORT | AGE | SEX |
|---|---|---|---|---|---|
| 101686572 | 05/12/2006 | 05/12/2006 23:37 | 05/16/2006 13:17 | 50 Y | M |

| Test Description | Result | Abnormal | Reference | Units |
|---|---|---|---|---|
| | | **MISCELLANEOUS** | | |
| HEP.C,RNA,bDNA,QNT | 19153660 | | <3200 copies/mL | |
| HEP.C,RNA,bDNA,QNT | 3683400 | | <615 IU/mL | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Test# 3335 (Hep. C RNA/Viral load,bDNA) performed using Bayer bDNA
Assay.

Printed:  06/05/2006 08:42                    -- End of Report --                                        Pg: 1

*James Weisberger, MD*
**James Weisberger, MD**
**LABORATORY DIRECTOR**

**481 Edward H. Ross Drive**
**Elmwood Park, NJ 07407**
**(800) 229-LABS**

CULTURE FINALLY DONE AFTER 3 YEARS     7-21-05
SHOWING                                REC. 6-5-06

**BioReference** M.R.S.A.
L A B O R A T O R I E S

| | | |
|---|---|---|
| D | CMS DELWARE | 109679171-9  TURNER, RICHARD |
| O | 1181 PADDOCK RD.        00 | TURNER, RICHARD        TURNER, RICHARD |
| C | SMYRNA, DE   19977 | |
| T | (302) 653-9261   (D0309-2) | TURNER, RICHARD        TURNER, RICHARD |
| O | | |
| R | | |

| NAME | | PATIENT I.D. / ROOM NO. | FINAL Original | DOCTOR/GROUP NAME 07/24/2005 |
|---|---|---|---|---|
| TURNER, RICHARD | | 363670 | | UNKNOWN |

| LAB I.D. NO. | DATE COLLECTED | DATE RECEIVED | DATE OF REPORT | AGE | SEX |
|---|---|---|---|---|---|
| 109679171 | 07/21/2005 11:00 | 07/21/2005 01:07 | 7/25/2005 07:02 | 49 | M |

| Test Description | Result | Abnormal | Reference Range |
|---|---|---|---|

----------------------------* MISCELLANEOUS *----------------------------

CULTURE, WOUND-FINGE          SEE BELOW                NO GROWTH

----------------------------* MICROBIOLOGY *----------------------------
                              * CULTURES *

   SOURCE:      FINGER

   REPORT #1: MODERATE GROWTH OF STAPHYLOCOCCUS AUREUS

   SENSITIVITY:   S = SENSITIVE   R = RESISTANT   I = INTERMEDIATE

                                    #1
      AMOXICILLIN/CLAVULANIC ACID    R
      CEFAZOLIN                      R
      CIPROFLOXACIN                  I
      CLINDAMYCIN                    S
      ERYTHROMYCIN                   R
      GENTAMICIN                     S
      LINEZOLID                      S
      OXACILLIN                      R
      PENICILLIN                     R
      TETRACYCLINE                   S
      TRIMETHPRIM/SULFA              S
      VANCOMYCIN                     S

   COMMENT:   POSITIVE FOR METHICILLIN-RESISTANT STAPH AUREUS

                          Final Report                Page: 1

                                                      8/8/05

Murly
**James Weisberger, M.D.**
LABORATORY DIRECTOR

481 EDWARD H. ROSS DR.
ELMWOOD PARK, NJ 07407
1-800-229-LABS
7707 1/05

*VIRAL LOAD 9 MONTHS BEFORE PRETREATMENT*

QUEST DIAGNOSTICS INCORPORATED

CLIENT SERVICE 215.957.9300

PATIENT INFORMATION
TURNER, RICHARD

DOB: 12/19/1955   Age: 47
GENDER: M

REPORT STATUS   Final

ORDERING PHYSICIAN

SPECIMEN INFORMATION
SPECIMEN:    NE915641B
REQUISITION: 0001039
LAB REF NO:

ID: 363670DCC

*VIRAL LOAD I REQUESTED
AT BEGINNING OF TREATMENT
WAS DENIED BY DR. ALIE.*

CLIENT INFORMATION
19977250
DEL CORRECTIONAL CTR
1181 PADDOCK RD
SMYRNA, DE 19977-9679

COLLECTED:  07/17/2003   15:49
RECEIVED:   07/25/2003   00:41
REPORTED:   07/30/2003   21:25

COMMENTS:   FASTING   *EXPERTS SAY THAT VIRAL LOADS LEFT TO GO OVER 2 MILLION GREATLY REDUCE CHANCE FOR SUCCESS.*

| Test Name | In Range | Out of Range | Reference Range | Lab |
|---|---|---|---|---|
| HCV RNA, QN, PCR |  | *TWO MILLION ONE HUNDRED AND TEN THOUSAND* | | QBA |
| HCV RNA, PCR, QT | | 2,110,000 | | |
| (IU/ML) | | *** REFERENCE VALUES *** | | |
| | | Reference range: Less than 50 IU/mL | | |
| HCV RNA, PCR, QT | | 6.32 | | |
| (LOG IU/ML) | | *** REFERENCE VALUES *** | | |
| | | Reference Range: Less than 1.7 LogIU/mL | | |

This test was developed and its performance characteristics
determined by Quest Diagnostics. It has not been cleared or
approved by the U.S. Food and Drug Administration. The FDA has
determined that such clearance or approval is not necessary.
Performance characteristics refer to the analytical performance
of the test.

---

Performing Laboratory Information:

QBA   QUEST DIAGNOSTICS-BALTIMORE 1901 SULPHUR SPRINGS ROAD BALTIMORE MD  21227 Laboratory Director: ROBERT R.L. SMITH, MD

IN JULY OF 2002 MY VIRAL LOAD ON FIRST
TREATMENT WHICH WAS SUSPENDED AFTER INF.
WAS 523,000. I WAS PROMISED RETREATMENT
WHEN MY LEG HEALED BUT DR. ALIE AND DR. KASTRE
OF F.C.M. PUT ME OFF FOR RETREATMENT AND
LIVER BIOPSIES OVER AND OVER UNTIL LETTERS
TO THE U.S.A.G.'s OFFICE FINALLY FORCED TREAT-
MENT IN MARCH OF 2004 AFTER ADMINISTRATOR
DEBORAH HOLLOWAY REVIEWED MY FILE, WAS APPALLED
AT THE NEGLECT AND SENT ME FOR A LIVER BIOPSY
OVER 1½ YEARS AFTER THE FIRST REFERRAL WHICH
SHOWED STAGE II LIVER FIBROSIS AND THE NEED FOR IMMED-
IATE TREATMENT. EXPERTS CLAIM TREATMENT SUCCESS
IS GREATLY REDUCED ON VIRAL LOADS OVER 2 MILLION.
MY VIRAL LOAD HAD QUADRUPLED FROM JULY OF '02 TO JULY OF '03
FROM 523,000 TO 2,110,000 IN JULY OF 03. HOW MUCH MORE DID IT
REPLICATE FROM THE 2,110,000 JULY OF 03 TO WHEN I FINALLY RECEIVED
TREATMENT 9 MONTHS LATER MARCH OF '04? I REQUESTED A PRETREAT-
MENT VIRAL LOAD WHICH DR. ALIE DENIED OBVIOUSLY TO AVOID LIABILITY
FOR HAVING PUT ME OFF SO LONG SO THERE'D BE NO PROOF BUT MY VIRAL
LOAD WAS PROBABLY 5-10 MILLION BEFORE THEY FINALLY RETREATED ME.



ID: #STAT#0207091 054

D.O.B.:
Meds:
Class:
Loc:      1

| Vent. Rate: | 82 | bpm |
| P Duration: | 118 | ms |
| QRS Duration: | 100 | ms |
| PR Interval: | 50 | ms |
| QT Interval: | 10 | ms |
| QTc Interval: | 448 | ms |
| QT Dispersion: | 38 | ms |
| P-R-T AXIS:  64° | 67° | 9° |

*** report made without knowing patient's sex or age ***
Possible inferior infarct - age undetermined

Abnormal ECG                    * Unconfirmed Analysis *

THE DAY MY LEG INFECTION BROKE
LOOSE ALLOWING M.R.S.A. BLOOD
POISONING TO GO TO MY HEART
JUST BEFORE THIS B.M.T.'s RUSHED
ME TO KENT GENERAL HOSPITAL

20





# Mid-Delaware Imaging

DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DE 19977

NAME:       RICHARD TURNER
DOB:        12/19/55
SBI#:       363670

DATE OF EXAMINATION:       01/09/06

CLINICAL INFORMATION:      PAIN.

LEFT HIP:

Examination of left hip shows severe osteoarthritis with considerable reactive spur formation
and joint space narrowing. There is also seen old organized periosteal new bone formation
at the neck of the femur. There is however no fracture or bone destruction.

IMPRESSION:       There is seen severe osteoarthritis.

LEFT KNEE:

Examination of left knee shows four separate small bony fragments projecting over the
anterior medial joint space that is suspicious but not diagnostic for intra-articular loose bodies.
The joint spaces and articulating surfaces are well preserved. There is no joint effusion.
There is no fracture or bone destruction.

IMPRESSION:       There is seen four separate small bony fragments projecting over
                  the anterior medial joint space that is suspicious but not diagnostic
                  for intra-articular loose bodies.

                  MRI should be considered.

                  There is no osteoarthritis or joint effusion.

MP/ph                                         Mahendra Parikh, M.D.

710 South Queen Street
Dover, Delaware 19904
302-734-9888

*3-31-06*



# CONSULTATION REPORT

Mid-**Delaware Imaging**
incorporated
710 South Queen Street
Dover, Delaware 19904
302-734-9888

DATE __03/31/2006__

PATIENT __TURNER, RICHARD__

AGE __12/19/1955__

ADDRESS __1181 PADDOCK RD., SMYRNA, DE 19977__

REFERRED BY DR. __Sherel Ott, NP__    NO. __60266    271409__    SEX __M__

CLINICAL INFORMATION:    SEVERE LEFT HIP PAIN AND OSTEOARTHRITIS.

J/L/EXT W/O - MRI
HIPS & PELVIS

Images were obtained in the sagittal, axial and coronal projections with a variety of T1 and T2 weighted sequences.

Degenerative narrowing is present involving the superior aspect of the left femoral acetabular joint. Marrow edema is seen in the subarticular femoral head and to a lesser degree in the subarticular acetabulum. Minimal degenerative subcortical cyst formation is also seen, predominantly in the acetabular region. These findings could support the clinical diagnosis of osteoarthritis. Given the appearance, clinical correlation is also advised for any possibility of unilateral ischemic necrosis of the femoral head. A small left hip joint effusion is also identified.

There are no additional areas of marrow edema or pathologic marrow replacement seen throughout the pelvis or proximal right femur. The right femoral acetabular joint space is well maintained and no joint effusion is seen on that side.

The internal pelvic structures appear unremarkable. The prostate gland and seminal vesicles are nonenlarged. The bladder is well distended and appears within normal limits. There are no masses or fluid collections.

IMPRESSION:    Unilateral osteoarthritis of the left hip with joint effusion as discussed above. Clinical correlation and follow up recommended for any possibility of concomitant ischemic necrosis of the left femoral head.

LEFT HIP & AP PELVIS

There is no acute fracture or subluxation. Degenerative narrowing is seen at the superior margin of the left femoral acetabular joint with minor sclerosis about the joint margins. Spurring is also seen at the inferior aspect of the left femoral acetabular joint. The right femoral acetabular joint space is well maintained.

IMPRESSION:    Osteoarthritis of the left hip.

Thank you for referring this patient.

This report was transcribed and faxed to DCC on 3/31/06.

JAMES MILLER M.D.

JM/ph

# CONSULTATION REPORT

Mid-**Delaware Imaging**
incorporated
710 South Queen Street
Dover, Delaware 19904
302-734-9888

PATIENT TURNER, RICHARD

ADDRESS 1181 PADDOCK RD., SMYRNA, DE 19977

DATE 03/31/2006

AGE 12/19/1955

REFERRED BY DR. Sherel Ott, NP

NO. 60266    271410    SEX M

CLINICAL INFORMATION:    PAIN.

J/L/EXT W/O  - MRI
LEFT KNEE

Sagittal, axial and coronal images were obtained with a variety of T1 and T2 weighted sequences.

Marrow signal of all osseous structures appears homogenous.  There is no fracture, marrow edema or pathologic marrow replacement.   A trace joint effusion is evident without associated popliteal cyst.

The meniscus structures are well demonstrated.  The lateral meniscus appears normal.  There is a subtle linear signal intensity in the posterior horn of the medial meniscus extending to the superior and peripheral articular surface suspicious for small nondisplaced tear.  There is no evidence for disruption of the cruciate or collateral ligaments.  The patella tendon appears intact.

IMPRESSION:   Trace joint effusion with subtle findings suspicious for small tear involving the posterior horn of the medial meniscus.

Thank you for referring this patient.

This report was transcribed and faxed to DCC on 3/31/06.

JAMES MILLER M.D.

JM/ph

John Durst M.D.
28891 Poplar Grove Dr
Milton, DE 19968

Judge of the Court
Re: Richard Turner
May 8, 2006

Your Honor,

My name is John Durst and I am an attending Physician at Delaware Correctional Center in Smyrna, Delaware. I have been asked once again to address on this patient's behalf, matters regarding, in this case, his health and general outlook. In my previous note I have addressed both his Hepatitis and recurrent MRSA infections. I commented on his MRSA infections but will not further comment on this problem since it can be recurrent and a potential hazard but it is not a constant one.

Hepatitis C is a viral disease which, as you may well know destroys liver cells and therefore compromises numerous and often vital functions. It is in some cases a treatable disease responsive to complicated and somewhat inheratantly dangerous therapy with medicines that in themselves cause damage to both abnormal and normal cells.

Mr. Turner has had two courses of therapy for his Hepatitus from a physician at Delaware Correctional Center. Both have failed to alter significantly the course of Mr. Turner's disease and may have contributed to the problem with MRSA, an unavoidable complication. Thus Mr. Turner's future course in all likelihood is irreversible and inevitable. The duration and quality of that course is impossible to predict but statistically the indications are that it may be relatively short and fraught with an undetermined amount of complications. That is this patient's unfortunate outlook. If there are any questions I will be glad to reply to the extent that I am capable. Thank you for your continued interest in this matter

John Durst M.D.

Judge of the Court
Re: Richard Turner

Your Honor

I am writing in the matter of Mr. Turner to ask your consideration of the information I wish to present on his behalf. I am a Physician and have seen Mr. Turner on several occasions in the medical clinic at the Delaware Correctional Center in Smyrna, Delaware. In brief and dealing only with what I believe may be pertinent to the assistance Mr. Turner asked of me, I present the following for your review.

I am told that Mr. Turner has asked for enrollment in three programs; the Key Program, the Crest Program, and the six months work release program which at some point may result in his ability to have home visitations. I am also informed that it will be necessary for him to be in a "general population" housing situation and it is this housing situation that I have been asked to address.

Mr. Turner has several medical problems which would make the housing noted a potential problem for Mr. Turner and I feel in one case (more importantly) for others. This patient has degenerative arthritis which is multifocal but is especially severe in his left hip which is significantly functionally limited although it does not greatly limit his activities. He is also limited somewhat in the use of his arm which along with his leg was one of several focal points for a MRSA infection (Methicillin resistant Staphylococcus Aureus). It is in this area of medical problems that Mr. Turner may serve as a potential problem for others. While the Staph is not highly contagious it poses significant potential harm if contracted. General work conditions would be unlikely to present potential for spread but close living might. I ask your consideration if possible to place Mr. Turner in some form of single use housing which does not need to be isolation level.

John Durst M.D.
4-11-06

TO SHOW THAT D.O.C. KITCHEN SUPERVISOR   9-6-02
LT. DOWNING LIED IN HIS AFFADAVIT SAYING   REC, 6-5-06
I'D NEVER BEEN DENIED A DIET AS HE REFUSED
TO HONOR THIS FACE TO FACE TOLD ME HE NEVER HAD AND NEVER
WOULD GIVE



FIRST DOUBLE PORTIONS
**F** FIRST DOUBLE PORTIONS
**C** CORRECTIONAL
**M** MEDICAL
ANOTHER LIE

# Therapeutic Diet Request Form

THIS WAS THE 2nd DENIAL OF THIS DIET ORDER

To: ___FOOD SERVICE___     From: ___Infirmary___

Date: ___9/6/02___     Exp. Date: ___90 DAYS___
(maximum 90 days)

Inmate Name: _TURNER RICHARD_   SBI: _363670_

Institution: ___DCC___     Unit: ___·15___

---

### THERAPEUTIC DIET PRESCRIBED

- [ ] 1800 Cal ADA/Low Sodium
- [ ] 1800 Cal DIABETIC Plus PM Snack (2100 Cal)
- [ ] 1800 Cal DIABETIC Plus AM & PM Snacks (2400 Cal)
- [ ] RENAL
- [ ] MECHANICAL SOFT
- [ ] FULL LIQUID (One week maximum per request)
- [ ] CLEAR LIQUID (Three days maximum per request)
- [ ] *SPECIAL NEEDS DIET (on a case-by-case basis)

Explain: _1800 CAL Diabetic Diet c̄_

✱ _c̄ double portions of chicken, fish and other meats per nutritionist when served_

Signed: _____   Date: _9/6/02_

*When Special Needs Diet is checked a copy must be circulated to Dietitian for review and consultation.
Form #MR-1040
7/23/02

# INTERDISCIPLINARY PROGRESS NOTES

7-25-02

| NAME—Last | | First | Middle | Attending Physician | Record No. | Room/Bed |
|---|---|---|---|---|---|---|
| Turner | | Richard | | | | |

| DATE | TIME | DISCIPLINE | NOTES SHOULD BE SIGNED WITH NAME AND TITLE |
|---|---|---|---|
| 7/18/02 | 1700 | | I/m resded quietly, throughout. most of the shift, am b. during bkft, ct'l wet to dry dress & to Ⓓ thigh, redness around ulceration slight sloughing of yellow to grey tissue in center of ulceration. Ø drainage noted, firmness palpated under ulceration. I/m voiced Ø C/o pain - continue to monitor — T. _____ _____ |
| 7/19/02 | 0810 | | I/m released to general population S _____ |
| 7/25/02 | 1030 | Dietary | Ⓢ 42 y.o. WM presents c̄ HepC and unstable Bsund, states that he can tolerate non processed meats only, pea and lentil allergy, prot. interferon therapy, has left him c̄ food aversions, getting Ensure in AM, no breakfast, states getting 2400 Kcal ADA diet and "barters" food in chow hall, claims sedentary due to recent leg problems/procedure. Ⓞ Hgb 11.2 Hct 35.5, 184.5# 5'11" Ⓐ at risk for anemia, risk for hyperalbuminemia due to condition and wound healing Ⓟ Encourage 100% intake when possible, rec. 2× portions of red meats, rec 802 of protein/Kcal supplement/day Ⓔ Protein in foods, meat serving sizes. _____ Stephen Resocki MS RD. |

(left margin, vertical text): FIRST PORTIONS TO GIVE MUST BE AFFADAVIT. LT. THEN LIED ABOUT IT REFUSED. NURSING DOUBLE ORDER FOR DOWN

**INTERDISCIPLINARY PROGRESS NOTES**

NO. 1310  P. 1/12
4-12-06
REC. 6-5-06

DR. DURST CONCERNED FOR MY WELL BEING

## CMS OP Review Communication Form

Number of pages: **3**
Institution: **DCC**                    Date Received: **4/5/06**   Date Reply **4/12/06**
Inmate: **Turner, Richard.**                      ID#: **363670**

Requested Service: **Orth.**

*All of the information provided was reviewed and criteria applied using the nationally accepted Milliman and Robertson Healthcare Management Guidelines, CMS Pathways, Physician advisor review, InterQual, & Saunders Manual of Medical Practice. Application of these guidelines is used to balance aggregate patient care quality, medical indicators, safety, and to record outcomes. This is not an approval process*

## Utilization Management Review/Recommendation:

_____          Deferred

_____          Criteria Auto Not Met  -  *Response not received from site within 14 days.*

✓                  Request additional information *(If not received within 14 days, an automatic "not met" is assigned, and a new request must be submitted)*

CHRIS MALANEY

| | | | |
|---|---|---|---|
| Differential Diagnosis | _____ | Symptoms/Signs | _____ |
| Complete Physical Exam | _____ | Clinical Findings | _____ |
| History | _____ | Precipitating Injury | _____ |
| Date of Onset | _____ | Other Dx | _____ |
| Previous Consult Data | _____ | Current/Past Meds: | |
| Current Diagnostic Results | _____ | start date, dosage, | |
| Neuro Exam/Deficits | _____ | frequency, duration | _____ |
| Functional Impairment | _____ | Pt. compliance with | |
| Estimated Release Date | _____ | prescribed regimen | _____ |
| Failed Conservative Therapy | _____ (Clarify) | | |
| Effect on ADL's | _____ (Current) | | |

Comments: Please forward X Ray results for review. M&R Hip + Knee Criteria auto not met in February. Please see attached IQ sheet needed information to meet criteria sets.

Criteria Used for Review:        M&R _____          Other _____
                               InterQual: _____

Site Response: *(Please refer to UM nurse Reviewer if provider has response/questions.)*

Please see attached - the problems represent a compromise of the patients well being.

*All data reviewed will be used to provide statistical information relating to volume and resource utilization - this is a confidential communication document not for disclosure or placement in the medical record. Do not delay treatment that is medically necessary, urgent or emergent.*

*The provider requesting the referral is responsible for the final determination and outcome
Date Faxed 4-12-06      Initials RM*

I'M Richard Mark Turner

SBI# 00363670 UNIT 51 A-3

DELAWARE CORRECTIONAL CENTER

1181 PADDOCK ROAD

SMYRNA, DELAWARE 19977

The Honorable Judge Sue L. Robinson

Forgive my oversight but could your please tell me if
Your Honor received the injunction against Retaliatory
Behavior that the Plaintiff filed on Easter Sunday April 16th
2006 which the Plaintiff has received no response from
the Court on yet? Thank you.