OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

NOTICE REGARDING PERSONAL INFORMATION

DATE: 6/19/06

TO: Richard Mark Turner, Pro Se

CA# 06-95-SLR

CASE CAPTION: Turner v. Correctional Medical Services, Inc., et al.

DOCUMENT TITLE: Letter dated 6/6/06 enclosing medical records

D.I.# 22

On March 1, 2005, the United States District Court for the District of Delaware adopted an electronic filing system which makes documents submitted for filing available on the internet. The document identified above appears to contain the kind of personal information you may want to protect from public access on the internet. If you would like this personal information to be treated as confidential, you must file a "Motion to Seal" with the Court, giving your reasons for your privacy concerns. If the Motion to Seal is granted, the Court will remove the electronic link to the document in question from the public docket and mark the entry "sealed". The Court may also require you to file another version of the document that does not contain the private information or that contains only limited personal information.

cc: Assigned Judge

_____
Deputy Clerk

OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

NOTICE REGARDING PERSONAL INFORMATION

On March 1, 2005, the United States District Court for the District of Delaware adopted an electronic filing system which makes documents submitted for filing available on the internet. The Court, in its <u>Administrative Procedures Governing Filing and Service by Electronic Means</u>, has recognized that certain kinds of personal information should not be included on public filings except in limited fashion. For example: (1) the names of minor children should not be used, only their initials; (2) only the last four digits of a social security number should be used; (3) a full date of birth should not be used, only the year of birth need be given; (4) only the last four digits of any financial account should be included; and (5) in criminal cases, only the city and state of a personal address need be given. Caution should also be used when filing documents that contain the following: (1) personal identifying numbers, such as driver's license numbers; (2) medical records; (3) employment history; (4) individual financial information; (5) proprietary or trade secret information; (6) information regarding cooperation with the government; (7) victim information; and (8) national security information.

**It is not the responsibility of the Court to review each document and determine whether personal information has properly been protected. Every document submitted for filing will be docketed and made publicly accessible over the Court's electronic filing system.** If, after docketing, you determine that a document contains personal information that you want to treat as confidential, you must file a "Motion to Seal" with the Court, giving your reasons for your privacy concerns. If the Motion to Seal is granted, the Court will remove the electronic link to the document in question from the public docket and mark the entry "sealed". The Court may also require you to file another version of the document that does not contain the private information or that contains only limited personal information.

Peter T. Dalleo, Clerk of Court

## Other Documents

1:06-cv-00095-SLR Turner v. Correctional Medical Services Inc. et al

### U.S. District Court

### District of Delaware

Notice of Electronic Filing

The following transaction was received from fmt, entered on 6/15/2006 at 9:56 AM EDT and filed on 6/9/2006
**Case Name:** Turner v. Correctional Medical Services Inc. et al
**Case Number:** 1:06-cv-95
**Filer:**
**Document Number:** 22

**Docket Text:**
Letter to Judge Robinson from Richard Mark Turner regarding new complaint and requesting the court withdraw the previous complaint; enclosing medical documents. (fmt, )

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1079733196 [Date=6/15/2006] [FileNumber=229808-0]
[140e18f669e6f59a1f140ee49c1089f8c592bfd5938bea25cfac194b8ba19529b669
03046d80ff230b81b9e0df216ece3ff88f3dd0073a537548d86e2f802e17]]

**1:06-cv-95 Notice will be electronically mailed to:**

**1:06-cv-95 Notice will be delivered by other means to:**

Richard Mark Turner
SBI#363670
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

Tuesday June 6th 2006

The Honorable Judge Sue L. Robinson,
The United States District Court
District of Delaware
844 N. King St. Lockbox 18
Wilmington, De.
19801

FILED JUN -9 2006 U.S. DISTRICT COURT DISTRICT OF DELAWARE

06-95 (SLR)

SCANNED

Dear Judge Robinson,

Hello and how are you doing today Your Honor? Very well I hope and pray as I hope Your Family members are all in good health well too.

I'll try to be as brief as possible Your Honor and I would first like to thank You for Your judicious decisions that you have been making and I would also like to apologize for any hurtful things I may have said or implied about Your Honor in Motions I may have filed while on the Pegintron treatment. So please forgive me if you will.

Not as an excuse but it was very hard going through the treatment and also trying to represent myself but what was really disheartening was knowing how terribly the Court was being lied to by the Defendants but I had no way to prove to you just how unbelievably inept and even malicious my treatment was and their lies were all being understandably believed as I'm an inmate and I realize that impairs credibility. But it was just so hurtful to know they were being so deceitful in order to avoid liability at the expense of my health and I thank Your Honor for upbraiding the Defendants for not having produced the Discovery which Your Honor ordered as just yesterday C.M.S. officials turned my entire Medical file over to me.

There were however on quick perusal (as I haven't had time to go through them thoroughly yet having been working on correcting the deficiencies of the new Civil Suit I filed and trying to decide what would cause the least work for the Court, to refile completely or later

