June 27th, 2006

Dear Clerk of Courts,

Hello and how are you doing today? Very well I hope and pray.

My name is Richard Mark Turner and I presently have (2) two active Civil Suits in U.S. District Court.

The C.A.#'s are

03-048-SLR
06-095-SLR

I write to you to alert the Court that I have been released from the De. Corr. Center and my new mailing address will be:

Richard Mark Turner
389 Stafford Ave
Newark, De. 19711
(302) 731-7557



FILED
JUN 28 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BU Scanned

I'd appreciate greatly if you could please note this and begin to send my future correspondences as well as any correspondences involving these cases which may have been returned from the D.C.C. since my release June 19, 2006.

Thank you very much for your help in this matter and it may help to note

-2-

that the Judge whom both these cases are before is The Honorable Judge Sue L. Robinson. God Bless You and have a fine day.

Most Respectfully,
RICHARD MARK TURNER
389 STAFFORD AVE.
NEWARK, DE.
19711

SIGNED: Richard Mark Turner          DATED: 6-28-06



Richard Mark Turner
389 Stafford Ave.
Newark, De. 19711

WILMINGTON DE 197
27 JUN 2006 PM 3 T

Clerk of Courts
United States District Courts
District of Delaware
844 N. King St. Lockbox 18
Wilmington, De. 19801