IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RICHARD MARK TURNER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 06-95-SLR |
| ) | |
| DR. TAMMY KASTRE, et al., ) | |
| ) | |
| Defendants. ) | |

**ORDER**

WHEREAS, plaintiff, Richard Mark Turner, was a prisoner incarcerated at the Delaware Correctional Center, Smyrna, Delaware at the time he filed his complaint under 42 U.S.C. § 1983, along with an application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915;

WHEREAS, on February 23, 2006, this court entered an order granting leave to proceed in forma pauperis, requiring plaintiff to pay the $250.00 filing fee as determined by statute, requiring plaintiff to pay an initial partial filing fee of $21.88, and requiring plaintiff to complete and return an authorization form (D.I. 10);

WHEREAS, plaintiff filed the authorization form as required by the court (D.I. 11);

WHEREAS, to date plaintiff has not paid the initial partial filing fee of $21.88;

WHEREAS, on June 28, 2006, the court received plaintiff's

change of address indicating that he is no longer incarcerated (D.I. 25);

WHEREAS, under the Prison Litigation Reform Act, release does not eliminate the obligation of payment of a filing fee that could and should have been met from the trust account while imprisonment continued. Robbins v. Switzer, 104 F.3d 895, 899 (7th Cir. 1997); see also Drayer v. Attorney General, Nos. 03-2517, 03-2518, 81 Fed.Appx. 429 (3d. Cir. 2003).

THEREFORE, at Wilmington this 19th day of July, 2006, IT IS HEREBY ORDERED that within thirty days from the date of this order, plaintiff shall either pay the filing fee ($250) **or** submit a new standard form application to proceed without prepayment of fees and affidavit so the court may determine whether he is still eligible to proceed in forma pauperis.

**NOTE: Failure to timely comply with this order shall result in dismissal of this case without prejudice.**

_____
UNITED STATES DISTRICT JUDGE