7-20-06

Dear Clerk of Courts,

Hello and how are you doing today? Very well I hope and pray.

My name is Richard Mark Turner and I currently have (2) two open Civil Suits in U.S. District Court which are before the Honorable Judge Sue L. Robinson the case numbers being 03-048-SLR and 06-095-SLR.

I am very sorry that just recently I had asked the Court to change my address and I am very sorry for the further inconvenience however I would respectfully ask that my future correspondences from the Court be sent to the following mailing address where I can be sure to receive my mail and I would thank you if any mail that has been sent to the De. Corr. Center or 389 Stafford Ave., Newark, De. 19711 please be sent to the following address;

Richard Mark Turner
c/o Arthur Johnson
441 N. Walnut St.
Rising Sun, Md. 21911, 1605
(410) 658-3994     Cell phone # (443) 553-3228

Please forgive the inconvenience, thank you very much and have a wonderful day.

Most Respectfully,
Richard Mark Turner

FILED
CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE
2006 JUL 26 PM 3:38
BO scanned

Address updated in system 7/28/06

BALTIMORE MD 212
24 JUL 2006 PM 8 L

Richard Mark Zerner
c/o Arteur Johnson
441 N. Walnut St.
Rising Sun, Md.
21911-1603

Clerk of Courts
United States District Court
The Honorable Judge Sue L. Robinson
Re: C.A. #03-048 SLR and 06-95-SLR
844 N. King St., Lockbox 18
Wilmington, Da. 19801