Office of the Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilmington, Delaware 19801-3570

OFFICIAL BUSINESS

RETURNED TO SENDER
NOT DELIVERABLE
AS ADDRESSED,
UNABLE TO FORWARD

$ 02.790
07/25/2006
Mailed From 19801
US POSTAGE

Please return to sender

RETURNED TO SENDER
NOT DELIVERABLE
AS ADDRESSED,
UNABLE TO FORWARD

UTF
1167
7/28

Not at this address
No forwarding address

Richard Mark Turner
Richard Mark Turner, Pro se
38[illegible] Stafford Ave
Newark, DE 197[illegible]

06cv 95 SLR

FILED
AUG 03 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RICHARD MARK TURNER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 06-95-SLR |
| ) | |
| DR. TAMMY KASTRE, et al., ) | |
| ) | |
| Defendants. ) | |

**ORDER**

WHEREAS, plaintiff, Richard Mark Turner, was a prisoner incarcerated at the Delaware Correctional Center, Smyrna, Delaware at the time he filed his complaint under 42 U.S.C. § 1983, along with an application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915;

WHEREAS, on February 23, 2006, this court entered an order granting leave to proceed in forma pauperis, requiring plaintiff to pay the $250.00 filing fee as determined by statute, requiring plaintiff to pay an initial partial filing fee of $21.88, and requiring plaintiff to complete and return an authorization form (D.I. 10);

WHEREAS, plaintiff filed the authorization form as required by the court (D.I. 11);

WHEREAS, to date plaintiff has not paid the initial partial filing fee of $21.88;

WHEREAS, on June 28, 2006, the court received plaintiff's

change of address indicating that he is no longer incarcerated (D.I. 25);

WHEREAS, under the Prison Litigation Reform Act, release does not eliminate the obligation of payment of a filing fee that could and should have been met from the trust account while imprisonment continued. Robbins v. Switzer, 104 F.3d 895, 899 (7th Cir. 1997); see also Drayer v. Attorney General, Nos. 03-2517, 03-2518, 81 Fed.Appx. 429 (3d. Cir. 2003).

THEREFORE, at Wilmington this 19th day of July, 2006, IT IS HEREBY ORDERED that within thirty days from the date of this order, plaintiff shall either pay the filing fee ($250) **or** submit a new standard form application to proceed without prepayment of fees and affidavit so the court may determine whether he is still eligible to proceed in forma pauperis.

**NOTE: Failure to timely comply with this order shall result in dismissal of this case without prejudice.**

_____
UNITED STATES DISTRICT JUDGE

**Other Orders/Judgments**
1:06-cv-00095-SLR Turner v. Correctional Medical Services Inc. et al

## U.S. District Court

### District of Delaware

Notice of Electronic Filing

The following transaction was received from fmt, entered on 7/20/2006 at 7:25 AM EDT and filed on 7/20/2006
**Case Name:** Turner v. Correctional Medical Services Inc. et al
**Case Number:** 1:06-cv-95
**Filer:**
**Document Number:** 26

**Docket Text:**
ORDER, within 30 days from the date of this order, plaintiff shall either pay the filing fee ($250) or submit a new standard form application to proceed without prepayment of fees and affidavit so the court may determine whether he is still eligible to proceed in forma pauperis. Failure to timely comply with this order shall result in dismissal of this case without prejudice. Signed by Judge Sue L. Robinson on 7/19/06. (fmt, )

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1079733196 [Date=7/20/2006] [FileNumber=246686-0]
[441ca2f2797cc69fc7c8664b8b67b3aca2e6ebe7cd70571f1764cb45298b3080bda0
070e09b23c8f0805e76edfd98028f0a29f2330da12fd2c75f9b0d6cf0e9e]]

**1:06-cv-95 Notice will be electronically mailed to:**

**1:06-cv-95 Notice will be delivered by other means to:**

Richard Mark Turner
Richard Mark Turner, Pro se
389 Stafford Ave.
Newark, DE 19711

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RICHARD MARK TURNER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 06-095 SLR |
| | ) |
| DR. TAMMY KASTRE, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER**

Plaintiff Richard Mark Turner, formerly an inmate at the Delaware Correctional Center ("DCC"), filed this civil rights action pursuant to 42 U.S.C. § 1983. He appears pro se and on February 23, 2006, was granted in forma pauperis status pursuant to 28 U.S.C. § 1915. (D.I. 10) The original complaint was screened and a service order entered. To date, service has not taken place.

Plaintiff filed a motion to correct misinterpretation of listing of defendants and relief sought and a motion to withdraw original complaint and submit a new complaint. (D.I. 20, 21) The motion to withdraw original complaint and submit a new complaint (D.I. 21) is granted. The motion to correct misinterpretation of listing of defendants and relief sought (D.I. 20) is denied as moot. Additionally, plaintiff has satisfied the filing prerequisites of 28 U.S.C. § 1915A, and the court has identified cognizable claims within the meaning of 28 U.S.C. § 1915A(b).

NOW THEREFORE, at Wilmington this 19th day of July, 2006, IT IS ORDERED that:

1. The clerk of the court shall cause a copy of this order to be mailed to the plaintiff.

2. The motion to correct misinterpretation of listing of defendants and relief sought (D.I. 20) is DENIED as moot.

3. The motion to withdraw original complaint and submit a new complaint (D.I. 21) is GRANTED. The case will proceed on the newly submitted complaint. The named defendants are Correctional Medical Services, First Correctional Medical, Dr. Sitta Gombeh-Alie, Dr. Tammy Kastre, Dr. Mohammed Niaz, Mr. Paul Howard, and Mr. Stanley Taylor.

4. Pursuant to Fed. R. Civ. P. 4(c)(2) and (d)(2), the plaintiff shall complete and return to the clerk of the court an **original** "U.S. Marshal-285" form for **each** defendant, as well as for the Attorney General of the State of Delaware, 820 N. FRENCH STREET, WILMINGTON, DELAWARE, 19801, pursuant to DEL. CODE ANN. tit. 10 § 3103(c). Plaintiff provided the court with one copy of the complaint (D.I. 21) for service upon each defendant. **Plaintiff is notified that the United States Marshal will not serve the complaint until all "U.S. Marshal 285" forms have been received by the clerk of the court. Failure to provide the "U.S. Marshal 285" forms for each defendant and the attorney general**

2

**within 120 days of this order may result in the complaint being dismissed or defendants being dismissed pursuant to Federal Rule of Civil Procedure 4(m).**

5.   Upon receipt of the form(s) required by paragraph 4 above, the United States Marshal shall forthwith serve a copy of the newly submitted complaint (D.I. 21), this order, a "Notice of Lawsuit" form, the filing fee order(s), and a "Return of Waiver" form upon each of the defendants so identified in each 285 form.

6.   Within **thirty (30) days** from the date that the "Notice of Lawsuit" and "Return of Waiver" forms are sent, if an executed "Waiver of Service of Summons" form has not been received from a defendant, the United States Marshal shall personally serve said defendant(s) pursuant to Fed. R. Civ. P. 4(c)(2) and said defendant(s) shall be required to bear the cost related to such service, unless good cause is shown for failure to sign and return the waiver.

7.   Pursuant to Fed. R. Civ. P. 4(d)(3), a defendant who, before being served with process timely returns a waiver as requested, is required to answer or otherwise respond to the complaint within **sixty (60) days** from the date upon which the complaint, this order, the "Notice of Lawsuit" form, and the "Return of Waiver" form are sent.  If a defendant responds by way of a motion, said motion shall be accompanied by a brief or a

3

memorandum of points and authorities and any supporting affidavits.

8. No communication, including pleadings, briefs, statement of position, etc., will be considered by the court in this civil action unless the documents reflect proof of service upon the parties or their counsel.

9. **NOTE:** \*\*\* When an amended complaint is filed prior to service, the court will **VACATE** all previous service orders entered, and service **will not take place**. An amended complaint filed prior to service shall be subject to re-screening pursuant to 28 U.S.C. §1915(e)(2) and § 1915A(a). \*\*\*

10. **Note:** \*\*\* Discovery motions and motions for appointment of counsel filed prior to service will be dismissed without prejudice, with leave to refile following service. \*\*\*

                                                 _/s/ Sue L. Robinson_
                                                 UNITED STATES DISTRICT JUDGE

**Other Orders/Judgments**
1:06-cv-00095-SLR Turner v. Correctional Medical Services Inc. et al

**U.S. District Court**

**District of Delaware**

Notice of Electronic Filing

The following transaction was received from fmt, entered on 7/20/2006 at 7:34 AM EDT and filed on 7/20/2006
**Case Name:** Turner v. Correctional Medical Services Inc. et al
**Case Number:** 1:06-cv-95
**Filer:**
**Document Number:** 27

**Docket Text:**
ORDER, The motion to correct misinterpretation of listing of defendants and relief sought (D.I. 20) is DENIED as moot. The motion to withdraw original complaint and submit a new complaint (D.I. 21) is GRANTED. The case will proceed on the newly submitted complaint. The named defedants are Correctional Medical Services, First Correctional Medical, Dr. Sitta Gombeh-Alie, Dr. Tammy Kastre, Dr. Mohammed Niaz, Mr. Paul Howard, and Mr. Stanley Taylor. Plaintiff shall return to Clerk original USM 285 form(s) for each deft, as well as for the Attorney General of the State of DE. Upon receipt, the U.S. Marshal shall serve process as directed by plaintiff. See order for further details. (Copy to pltf. with 285 forms). Signed by Judge Sue L. Robinson on 7/19/06. (fmt, )

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1079733196 [Date=7/20/2006] [FileNumber=246689-0]
[7fcfe55fd21385ff46a9d95c24fbf5227268785ebf73004cb6e0f94abff48c7d23f6
ab69f78e9256160111195651522a4ab458b8209d7e16f8d48dba64d9e1cd0]]

**1:06-cv-95 Notice will be electronically mailed to:**

**1:06-cv-95 Notice will be delivered by other means to:**

Richard Mark Turner
Richard Mark Turner, Pro se
389 Stafford Ave.
Newark, DE 19711




