Tuesday Aug. 15, 2006

06-95

Dear Clerk of Courts'
 Hello and how are you doing today? Very well I hope and pray.
 Enclosed are the U.S. Marshall forms for Civil Action 06-095-SLR in which I was able to find all of the Defendants' addresses except for Dr. Sitta Gombeh-Alie and Dr. Mohammad Niay which I did everything that I could think of to obtain unfortunately I was unsuccessful.
 Hopefully this will not cause the Court an inconvenience and if need be I can be contacted at (410) 658-5221 or (443) 907-7690.
 Also enclosed are (is) the application to proceed without Prepayment of Fees and Affadavit (In Forma Pauperis) and since I did not have a blank one available I had to use the one I filled out while incarcerated (thus the reason for the white out) to reflect my current living situation and the need to apply to proceed In Forma Pauperis.
 This form by Court order was due no later than August 19th 2006 so sending it from Rising Sun, Md. right now (Tuesday Aug 15th 2006) it should reach the Court before the

- 2 -

Court ordered deadline which the Honorable Judge Sue L. Robinson set.

If there are any questions or if I can be of further assistance in any way please contact me at the aforementioned phone numbers.

Thank You very much, God Bless You and have a great day.

Most Respectfully,
Richard Mark Turner
441 N. Walnut St.
Rising Sun, Md.
21911-1605

(410) 658-5221
(410) 907-7690



RICHARD MARK TURNER
441 N. WALNUT ST.
RISING SUN, MD.
21911-1605



THE HONORABLE JUDGE SUE L. ROBINSON
UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE  RE: 06-095-SLR
844 N. KING ST. LOCKBOX 18
WILMINGTON, DE.  19801