IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Richard Mark Turner,<br><br>    Plaintiff,<br><br>v.<br><br>Correctional Medical Services,<br>Dr. Tammy Kastre,<br>First Correctional Medical,<br>Dr. Sitta Gombeh-Alie,<br>Dr. Mohammad Niaz,<br>Dr. Suresh Trivedi,<br>Dr. Stanley Hoffman,<br>Dr. Keith Ivens,<br>Prison Health Services Inc.,<br>State of Delaware<br>Nurse Robert Hampton,<br><br>    Defendants. | )<br>)<br>)<br>)<br>) Civ. No. 06-095-SLR<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**O R D E R**

The Court having been advised that plaintiff Richard Mark Turner is no longer incarcerated, and having filed an amended In Forma Pauperis Application,

At Wilmington this 22d day of August, 2006, the Court having considered the application to proceed without prepayment of fees under 28 U.S.C. § 1915;

IT IS ORDERED that the application is GRANTED.

_____
United States District Judge