IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RICHARD MARK TURNER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civ. No. 06-095 SLR |
| ) | |
| CORRECTIONAL MEDICAL SERVICES,) | |
| DR. TAMMY KASTRE, FIRST ) | |
| CORRECTIONAL MEDICAL, ) | |
| DR. SITTA GOMBEH-ALIE, ) | |
| DR. MOHAMMAD NIAZ, STANLEY ) | |
| TAYLOR, and PAUL HOWARD, ) | |
| ) | |
| Defendants. ) | |

**ORDER**

At Wilmington this 15th day of September, 2006, it is ORDERED as follows:

Plaintiff Richard Mark Turner, an former inmate within the Delaware Department of Correction, filed this civil rights action pursuant to 42 U.S.C. § 1983. He appears pro se and on December 13, 2005, was granted in forma pauperis status pursuant to 28 U.S.C. § 1915.

This medical needs suit is filed against several defendants, including Dr. Sitta Gombeh-Alie ("Dr. Alie") and Dr. Mohammad Niaz ("Dr. Niaz"). Plaintiff has provided the court with the USM-285 forms for service upon the defendants and, in fact, some defendants have been served. The USM-285 forms for Dr. Alie and Dr. Niaz, however, do not contain sufficient address information for service upon them. The forms read "I did everything in my power to find Dr. []'s address to no avail so I'd humbly ask the

court's help in obtaining this. (D.I. 32)

As a general rule the court attempts to assist incarcerated individuals in service of their complaint. Plaintiff is no longer incarcerated. Therefore, he is advised to avail himself of the discovery tools found in the Federal Rules of Civil Procedure.

                                                  */s/*
                                UNITED STATES DISTRICT JUDGE