IN THE UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

RICHARD MARK TURNER
(PLAINTIFF)
v.
C.M.S. et. al.
(DEFENDANTS)

CIVIL ACTION NO. 06-095-SLR

MOTION FOR 90 DAY EXTENSION TO FIND THE ADDRESS FOR WHICH DEFENDANT SITTA GOMBEH-ALIE MAY BE SERVED BY U.S. MARSHALLS AS THE PLAINTIFF HAS FOUND GREAT DIFFICULTY IN TRYING TO LOCATE DR. ALIE.

COMES NOW THE PLAINTIFF RICHARD MARK TURNER TO HUMBLY AND RESPECTFULLY ASK THE COURT TO PLEASE GRANT THE PLAINTIFF WITH A 90 DAY EXTENSION TO FIND AN ADDRESS FOR DR. SITTA GOMBEH-ALIE AS THE PLAINTIFF HAS TRIED TO NO AVAIL TO THIS POINT TO LOCATE DR. ALIE.

THE PLAINTIFF HAS TRIED INFORMATION FOR ALL OF THE DELAWARE DOCTORS' DIRECTORIES WITH NO SUCCESS AND THE ONLY ALIE IN THE INFORMATION BUREAU HAS A NON-PUBLISHED NUMBER SO THE PLAINTIFF WOULD GREATLY APPRECIATE YOUR HONORS' UNDERSTANDING AND ALLOW THE PLAINTIFF 90 DAYS TO FIGURE OUT A WAY TO ASCERTAIN AN ADDRESS WHEREWITH THAT THE U.S. MARSHALLS CAN SERVE DR. ALIE AS SINCE DR. ALIE WAS (AND I HAVE EX-MEDICAL EMPLOYEES WILLING TO TESTIFY TO THE MALICIOUS WAY DR. ALIE TREATED ME) BY FAR THE MOST RESPONSIBLE DEFENDANT INVOLVED IN THIS SUIT AND IT WOULD BE A TRAVESTY FOR HER TO ESCAPE RESPONSIBILITY DUE TO A TECHNICALITY.

THANK YOU VERY MUCH YOUR HONOR, GOD BLESS YOU AND HAVE A GREAT DAY.

SIGNED: Richard Mark Turner
DATED: 9-29-06

MOST RESPECTFULLY,
RICHARD MARK TURNER
441 N. WALNUT ST.
RISING SUN, MD.
21911-1605

CERTIFICATE OF SERVICE

THIS IS TO CERTIFY THAT I RICHARD MARK TURNER HAVE SERVED TRUE AND CORRECT COP(IES) ON THE ENCLOSED DOCUMENTS ON THE FOLLOWING PARTIES VIA U.S. POSTAL SERVICE.

OPHELIA M. WATERS (D.A.G.)
STATE OF DELAWARE
DEPT. OF JUSTICE
STATE OFFICE BUILDING
820 N. FRENCH ST.
WILMINGTON, DE,
    19801

ATTORNEY KEVIN CONNORS
MARSHALL, DENNEHEY, WARNER
COLEMAN AND GOGGIN
1220 N. MARKET ST.
P.O. BOX 8888
WILMINGTON, DE,
    19899-8888

U.S. ASST. ATTORNEY GENERAL MR. WAN J. KIM
U.S. DEPT. OF JUSTICE
CIVIL RIGHTS DIVISION
SPECIAL LITIGATIONS SECTION
950 PENNSYLVANIA AVE. N.W.
WASHINGTON, D.C.
    20530

SIGNED: Richard Mark Turner
DATED: 9-29-06

MOST RESPECTFULLY
RICHARD MARK TURNER
441 N. WALNUT ST.
RISING SUN, MD.
    21911-1605