U.S. Department of Justice
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| RICHARD MARK TURNER | 06-095-SLR |
| DEFENDANT | TYPE OF PROCESS |
| DR. MOHAMMAD NIAZ | CIVIL ACTION |

| SERVE | NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN |
|---|---|
| ➡ | DR. MOHAMMAD NIAZ |
| | ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code) |
| AT | 266 S. COLLEGE AVE. |
| | NEWARK, DE. |

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW: | |
|---|---|
| RICHARD MARK TURNER<br>441 N. WALNUT ST<br>RISING SUN, MD.<br>21911-1605 | Number of process to be served with this Form - 285 |
| | Number of parties to be served in this case |
| | Check for service on U.S.A. |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Fold                                                                                              Fold

THIS IS DR. NIAZ' WORK ADDRESS SO HE WOULD
PROBABLY BE BEST SERVED HERE DURING NORMAL
WORKING HOURS MONDAY THROUGH FRIDAY.
                                                THANK YOU.

| Signature of Attorney or other Originator requesting service on behalf of: | ☑ PLAINTIFF<br>☐ DEFENDANT | TELEPHONE NUMBER<br>(443) 907-7690<br>(410) 658-5221 | DATE<br>9-29-06 |
|---|---|---|---|
| Richard Mark Turner | | | |

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin<br>No. | District to Serve<br>No. | Signature of Authorized USMS Deputy or Clerk | Date<br>10-6-02 |
|---|---|---|---|---|---|

I hereby certify and return that I ☑ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

| Name and title of individual served (if not shown above) | ☐ A person of suitable age and discretion then residing in the defendant's usual place of abode. |
|---|---|
| Alice Pleasanton   Admin Asst. | |
| Address (complete only if different than shown above) | Date of Service: 10/18/04   Time: 700 am |
| | Signature of U.S. Marshal or Deputy |

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| | | | | | | |

REMARKS: