IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Richard Mark Turner, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 06-095-SLR |
| | ) |
| Dr. Tammy Kastre, et al, | ) |
| | ) |
| | ) |
| Defendants. | ) |

**ENTRY OF APPEARANCE**

PLEASE ENTER THE APPEARANCE of Deputy Attorney General Ophelia M. Waters on behalf of Defendants Commissioner Stanley Taylor and Paul Howard.  This Entry of Appearance is not a waiver of any jurisdictional defects or defects in service upon the Defendants. The Defendants specifically reserve the right to raise any jurisdictional, service or statute of limitations defenses which may be available.

        **STATE OF DELAWARE**
        **DEPARTMENT OF JUSTICE**

        /s/ Ophelia M. Waters
        Ophelia M. Waters, ID# 3879
        Deputy Attorney General
        Carvel State Office Building
        820 N. French Street, 6th Floor
        Wilmington, DE 19801
        302-577-8400
        ophelia.waters@state.de.us

        Attorney for State Defendants

Dated: October 23, 2006

## CERTIFICATE OF SERVICE

I hereby certify that on October 23, 2006, I electronically filed *Entry of Appearance* with the Clerk of Court using CM/ECF. I hereby certify that on October 23, 2006, I have mailed by United States Postal Service, the document to the following non-registered participant: Richard Mark Turner, C/O Arthur Johnson, 441 Walnut Street, Rising Sun, Maryland 21911.

.

**STATE OF DELAWARE**
**DEPARTMENT OF JUSTICE**

/s/ Ophelia M. Waters
Ophelia M. Waters, I.D. #3879
Deputy Attorney General
820 North French Street, 6th Floor
Wilmington, Delaware 19801
(302)577-8400
ophelia.waters@state.de.us