## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Richard Mark Turner, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 06-095-SLR |
| | ) |
| Dr. Tammy Kastre, et al, | ) |
| | ) |
| | ) |
| Defendants. | ) |

### Answer by State Defendants Stanley Taylor and Paul Howard

Defendants Stanley Taylor and Paul Howard, by and through undersigned counsel, hereby answer the complaint as follows:

**I. PREVIOUS LAWSUITS**

A. Admitted that Plaintiff has filed a previous lawsuit C.A. No. 03-048-SLR.

**II. EXHAUSTION OF ADMINISTRATIVE REMEDIES**

A.- C.  Admitted that there is a prisoner grievance procedure available at DCC. Denied that Plaintiff fully exhausted available administrative remedies regarding each of his present claims.

**PARTIES:**

1.      State defendants admit that Plaintiff is a former prisoner who was in the custody of the Delaware Department of Correction and housed in the Delaware Correctional Center, Smyrna, Delaware. Plaintiff has been released from prison and his current mailing address is 441 N. Walnut Street, Rising Sun MD, 21911.

### III. DEFENDANTS

2.      State defendants admit that they are employed as state officers within the Delaware Department of Correction. Specifically, Stanley Taylor is the Commissioner, Department of Correction, and Paul Howard is the Bureau Chief of Prisons.

3.      As to the named defendants paragraphs 1-5 of the complaint, said State defendants are without knowledge or information sufficient to admit the truth of Plaintiff's allegations, therefore they deny same.

### IV. STATEMENT OF CLAIM

1-5.    As to paragraphs 1 through 5 of the statement of claims, said State defendants admit that Plaintiff has undergone extensive medical treatment and received frequent medical care for various medical conditions while housed at the Delaware Correctional Center. The remainder of material allegations in said paragraphs is denied.

6.      State Defendants deny that they subjected or caused to be subjected, Plaintiff to a deprivation of any rights protected by federal or state law.

7.      State Defendants deny that they are subject to § 1983 liability for the alleged deprivation of Plaintiff's Due Process rights.

8.      State Defendants deny that they are subject to § 1983 liability for the alleged "deliberate indifference" to Plaintiff's health and safety while in the custody of the Delaware Department of Correction.

### V. RELIEF

9.      Plaintiff is not entitled to any relief, by way of compensatory or punitive damages, against State Defendants under any Federal constitutional provisions or statutes

set forth in the Complaint, including, but not limited to 42 U.S.C. §1983.

10.     It is specifically denied that Plaintiff is entitled to any other relief.


**AFFIRMATIVE DEFENSES**

11.     Plaintiff failed to state a claim upon which relief can be granted.

12.     Plaintiff failed to exhaust his administrative remedies.

13.     Plaintiff failed to show that State Defendants are liable for alleged constitutional

deprivations in the absence of any State Defendants' personal involvement.

14.     Plaintiff is barred from suit imposing § 1983 liability against State Defendants on

the basis of a *respondeat* superior theory.

15.     To the extent of actual involvement, State Defendants acted in good faith, as state

officers, or as individuals in all actions which relate to the Plaintiff, and therefore, are

immune from all claims alleged in Plaintiff's complaint.

Wherefore, the State Defendants demand that judgment be entered in their favor

as to all claims and dismiss plaintiff's complaint, and attorney's fees and costs be

awarded to defendants.


**STATE OF DELAWARE**
**DEPARTMENT OF JUSTICE**

 _/s/ Ophelia M. Waters_____
Ophelia M. Waters, I. D. #3879
Deputy Attorney General
Carvel State Office Building
820 North French Street, 6th Floor
Wilmington, Delaware 19801
(302) 577-8400

Dated: October 23, 2006      Counsel for State Defendants

## CERTIFICATE OF SERVICE

I hereby certify that on or before October 23, 2006, I electronically filed *Answer* with the Clerk of Court using CM/ECF.  I hereby certify that on October 23, 2006, I have mailed by United States Postal Service, the document to the following non-registered party: Richard Mark Turner, C/O Arthur Johnson, 441 Walnut Street, Rising Sun, Maryland  21911.

.

/s/ Ophelia M. Waters
Deputy Attorney General
Department of Justice
820 N. French St., 6th Floor
Wilmington, DE 19801
(302) 577-8400
ophelia.waters@state.de.us