OFFICE OF THE CLERK
## UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

Peter T. Dalleo  
CLERK OF COURT

LOCKBOX 18  
844 KING STREET  
U.S. COURTHOUSE  
WILMINGTON, DELAWARE 19801  
(302) 573-6170

November 17, 2006

TO: Richard Mark Turner  
    Richard Mark Turner, Pro se  
    32009 Dupont Blvd.  
    Dagsboro, DE 19939

**RE: U.S. Marshal 285 Forms**  
*Civil Action #*06-95(SLR)

Dear Mr. Turner :

    Please be advised that this office has received a USM 285 form in the above mentioned case. The form is incomplete. Please submit a USM 285 form with your name and address listed in the section to be filed in by the requester.

    Your complaint along with the U.S. Marshal 285 form will be forwarded to the U.S. Marshal for service in accordance with the Court's orders. Nothing contained in this letter is intended to express an opinion as to the merits of any claims which you may be alleging.

Sincerely,

/ead                                       PETER T. DALLEO  
                                           CLERK

cc: The Honorable Sue L. Robinson