OFFICE OF THE CLERK
# UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| Peter T. Dalleo<br>CLERK OF COURT | LOCKBOX 18<br>844 KING STREET<br>U.S. COURTHOUSE<br>WILMINGTON, DELAWARE 19801<br>(302) 573-6170 |

November 21, 2006

TO: Richard Mark Turner
    Richard Mark Turner, Pro se
    32009 Dupont Blvd.
    Dagsboro, DE 19939

*RE: Correction to Letter Dated 11/17/06; 06-95(SLR)*

Dear Mr. Turner:

A letter was sent to you on 11/17/06 in reference to a deficient USM 285 form. Please be advised that once the **corrected USM form** has been received, your complaint along with the USM form will be forwarded to the U.S. Marshall for service in accordance with the Court's Orders.

I trust that this letter answers your questions concerning this matter. Nothing contained in this letter is intended to express an opinion as to the merits of any claims which you may be alleging.

Sincerely,

/ead

PETER T. DALLEO
CLERK

cc: The Honorable Sue L. Robinson