11-21-06

Dear Court Clerk,

Could you please begin to send my Court related papers to the following address:

Richard Mark Turner
32009 DuPont Blvd.
Dagsboro, De.,
19939,

Thank You Very Much

Most Respectfully,
Richard Mark Turner

Enclosed is the corrected U.S. Marshall form and Thank You so much for your help in recognizing the problem. God Bless You All and Happy Thanksgiving

FILED
NOV 29 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE



Richard Mark Junier
32009 Du Pont Blvd.
Dagsboro, De., 19939

United States District Court
District of Delaware
Re: C.A. # 06-095-SLR
844 N. King St., Lockbox 18
Wilmington, De., 19801