IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RICHARD MARK TURNER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 06-95-SLR |
| | ) |
| C.M.S, et al., | ) |
| | ) |
| Defendants. | ) |

**O R D E R**

At Wilmington this 30+ day of November, 2006, having considered plaintiff's motion for extension of time to obtain the address for defendant Sitta Gombeh-Alie ("Dr. Alie");

IT IS ORDERED that the motion (D.I. 39) is **denied as moot**. It appears from the court file that plaintiff submitted a completed USM-285 form for Dr. Alie on November 27, 2006, and on November 28, 2006, all documents were forwarded to the U.S. Marshal for service.

                                 _____
                                 United States District Judge