# PROCESS RECEIPT AND RETURN
See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.

**U.S. Department of Justice**
**United States Marshals Service**

| | |
|---|---|
| **PLAINTIFF** RICHARD MARK TURNER | **COURT CASE NUMBER** 06-095-SLR |
| **DEFENDANT** DR. SITTA GOMBEH-ALIE | **TYPE OF PROCESS** CIVIL ACTION SUIT |

**SERVE** → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
DR. SITTA GOMBEH-ALIE

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
~~640 S. QUEEN ST. #4~~
~~DOVER, DE.~~

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

```
RICHARD MARK TURNER
32009 DU PONT BLVD.
DAGSBORO, DE.
          19939
```

Number of process to be served with this Form - 285: **1**
Number of parties to be served in this case: **7**
Check for service on U.S.A.:

**SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE** (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

DR. ALIE IS AT THIS ADDRESS BETWEEN THE HOURS OF 4:30 P.M. AND 8:00 P.M. MONDAY THRU FRIDAY.

Signature of Attorney or other Originator requesting service on behalf of: *Richard Mark Turner*
☒ PLAINTIFF   ☐ DEFENDANT
TELEPHONE NUMBER: 443-907-7690
DATE: 11-21-06

---

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. ___ | District to Serve No. ___ | Signature of Authorized USMS Deputy or Clerk | Date

☒ I hereby certify and return that I have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above): SAME
☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above): SAME

Date of Service: 12/15/06   Time: 8:00 pm

Signature of U.S. Marshal or Deputy: [signature] CPJS

FILED

Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

**REMARKS:**

---

**PRIOR EDITIONS MAY BE USED** — **1. CLERK OF THE COURT** — FORM USM-285 (Rev. 12/15/80)