2-1-07

IN THE UNITED STATES COURT
DISTRICT OF DELAWARE

RICHARD MARK TURNER  )
(PLAINTIFF)           )   CRIMINAL ACTION NOS.
v.                    )   03-048-SLR
C.M.S. et. al.        )   06-095-SLR
(DEFENDANTS)          )

MOTION TO INFORM THE COURT OF CHANGE
OF RESIDENCE

THIS IS TO HUMBLY AND RESPECTFULLY INFORM YOUR MOST HONORABLE JUDGE SUE L. ROBINSON THAT I HAVE RECENTLY BEEN INCARCERATED AT THE CENTRE COUNTY CORRECTIONAL FACILITY AND I WOULD KINDLY ASK THAT FURTHER CORRESPONDENCES WITH REGARD TO C.A. NOS. 03-048-SLR AND 06-095-SLR BE SENT TO ME AT:

RICHARD MARK TURNER #07-0108
CENTRE CO. CORR. FACILITY
700 RISHELL HILL RD.
BELLEFONTE, PA. 16823

SIGNED: Richard Mark Turner          MOST RESPECTFULLY,
DATED: 2-1-07                        RICHARD MARK TURNER

Please see accompanying page

Your Honor,

Due to my incarceration and indigence I am unable to alert the other defense attorneys to my new address so I would graciously ask the court to please alert them to my new address since my situation is that I can only send one letter indigently.

Most Respectfully,
Richard Mark Turner

The other Representatives for the Defendants;

Atty Kevin Connors
Marshall, Dennehey Warner
Coleman and Goggin
1220 N. Market St. P.O. Box 8888
Wilmington, De. 19899-8888

Ophelia Waters (DA.G.)
State of Delaware
820 N. French St.
Wilmington, De.
19801

Richard Mark Soper #07-0108
Centre Co. Corr. Facility
700 Rishell Hill Rd.
Bellefonte, Pa.
16823

ALTOONA PA 166
02 FEB 2007 PM 2 T

The Honorable Judge Sue L. Robinson
United States District Court
District of Delaware
℅ U. S. District Court Clerk
844 N. King St., Lockbox 18
Wilmington, De. 19801