IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RICHARD MARK TURNER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civ. Action No. 06-095-SLR |
| ) | |
| CORRECTIONAL MEDICAL ) | |
| SERVICES, INC., et al., ) | |
| ) | |
| Defendants. ) | |

### ORDER

At Wilmington this 19th day of April, 2007, the complaint in the above-captioned case having been filed on February 10, 2006, and the court recognizing Correctional Medical Services and Dr. Tammy Kastre as defendants in its July 20, 2006 order (D.I. 27);

IT IS ORDERED that, on or before **May 16, 2007**, plaintiff shall show cause why this case should not be dismissed for failure to serve process as required, pursuant to Fed. R. Civ. P. 4(m).

UNITED STATES DISTRICT JUDGE