Wednesday May 2, 2007

Dear Judge Robinson,

Hello and how are you today Your Honor? Very well I hope and pray.

I sent this cover letter Judge Robinson because I am not quite sure what to do here pertaining to this Motion and the defendants Dr. Kastre (whom I do not have the Tucson Arizona address) and C.M.S. (as I'm not sure that Mr. Connois is representing C.M.S. in this subsequent case so I only drew up (2) two copies which are enclosed and I would also explain to You Your Honor that when I offered to settle with Mr. Connois (which again he strung me along for quite sometime and at first I really thought that he was a man of integrity and character) and I would be open to settle both cases out of Court & I have not in fact made a technical error which would be grounds for dismissal in this second case which by the Grace of God, hopefully I haven't as I've done all in my power considering my circumstances which Your Honor have been more challenging than I can describe to you in words and it's very disappointing when big business does so much to help destroy your very health then use money and

RECEIVED MAY - 7 2007 U.S. DISTRICT COURT DISTRICT OF DELAWARE

power to avoid responsibility and don't care about the person whom they've harmed. I don't understand how they can sleep at night as their consciences have obviously been seared where they cannot (or do not care to) discern right from wrong. But I see Gods' hand in all of this nonetheless and I have faith in His ability to see His Will be done no matter how daunting the odds.

So again Your Honor I am in a very perplexing situation here even as far as getting the Motions that I have prepared copied as you probably notice they're mostly done by hand because I don't have the 25¢ per page to get copies made here and at this particular facility (where I should not be much longer by the Grace of God) they're very stringent on how much legal work that you may have so I'm just having to throw all of this into Gods' hands and have Faith that somewhere along the line Justice will prevail based on what He saw done to me of which I may have not quite done as good of a job as most in prosecuting this but noone can say that I have not been conscientious or say I've been lazy as I've worked very very hard at trying to show what has really been done to me and to hold those who were respon-

sible responsible and its very disheartening when they lie and create false evidence after the fact with no care or concern about how their actions have affected my life, my future, or what will happen to me down the road.

Thank You very much Your Honor and I wish you a very pleasant Spring.

Most Respectfully,
Richard 'Mark' Turner