May 17 2007

Dear District Court Clerk,

I would like to thank you very much for providing me with the docket sheets for C.A. No. 06-095-SLR and also sending me the copy of C.M.S.'s U.S. Marshall 285 form as I felt sure that everyone had been served.

God Bless you all and have a very fine day.

Most Respectfully,
Richard Mark Turner



FILED

MAY 23 2007

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

So scanned