IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RICHARD MARK TURNER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civ. No. 06-95-SLR |
| ) | |
| CORRECTIONAL MEDICAL SERVICES ) | |
| INC., DR. TAMMY KASTRE, FIRST ) | |
| CORRECTIONAL MEDICAL, ) | |
| DR. SITTA GOMBEH-ALIE, ) | |
| DR. MOHAMMAD NIAZ, STANLEY ) | |
| TAYLOR, and PAUL HOWARD, ) | |
| ) | |
| Defendants. ) | |

**ORDER**

At Wilmington this 20th day of June, 2007, there having been no activity in the above-captioned case with respect to multiple defendants[1] since service was effectuated and the time to file an answer or otherwise respond to the complaint has past pursuant to Fed. R. Civ. P. 12(a);

IT IS ORDERED that, on or before **July 20, 2007,** plaintiff shall file a request with the court for default in appearances for said defendants in accordance with Fed. R. Civ. P. 55(a) or show cause why said defendants should not be dismissed from the above-captioned action for failure to prosecute. **FAILURE TO TIMELY RESPOND**

---

[1] Said defendants are: Correctional Medical Services, Inc., First Correctional Medical, Dr. Sitta Gombeh-Alie, and Dr. Mohammad Niaz.

TO THIS ORDER SHALL RESULT IN DISMISSAL OF SAID DEFENDANTS.

                                                      /s/ Sue L. Robinson
                                                 United States District Judge