IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

RICHARD MARK TURNER
(PLAINTIFF)

V.

C.M.S. et. al.
(DEFENDANTS)

C.A. NO. 06-095-SLR



FILED
JUL - 5 2007
RG scan
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

MOTION FOR SUMMARY JUDGEMENT BY DEFAULT IN APPEARANCES BY DEFENDANT'S C.M.S. INC, F.C.M. DR. SITTA GOMBEH-ALIE, AND DR. MOHAMMAD NIAZ IN ACCORDANCE WITH Fed. R. Civ. P. 12(a) AND Fed. Civ. P. 55(a).

COMES NOW THE PLAINTIFF AND DAMAGED PARTY RICHARD MARK TURNER BEFORE YOUR MOST HONORABLE CHIEF UNITED STATES DISTRICT COURT JUDGE SUE L. ROBINSON TO HUMBLY AND RESPECTFULLY ASK YOUR HONOR TO PLEASE GRANT JUDGEMENT IN FAVOR OF THE PLAINTIFF AGAINST THE ABOVE NAMED DEFENDANTS FOR THEIR FAILURE TO RESPOND IN A TIMELY FASHION SINCE SERVICE WAS EFFECTUATED PURSUANT TO Fed. R. Civ. P. 12(a) AND WOULD RESPECTFULLY REQUEST WITH THE COURT FOR DEFAULT IN APPEARANCES FOR SAID DEFENDANTS IN ACCORDANCE WITH Fed. R. Civ. P. 55(a), CAUSING JUDGEMENT TO BE MADE IN FAVOR OF THE PLAINTIFF.

THANK YOU VERY MUCH YOUR HONOR GOD BLESS YOU AND HAVE A WONDERFUL DAY.

SIGNED: Richard Mark Turner
DATED: June 29th 2007

MOST RESPECTFULLY,
RICHARD "MARK" TURNER

CERTIFICATE OF SERVICE

THIS IS TO CERTIFY THAT I RICHARD MARK TURNER HAVE SERVED TRUE AND CORRECT COPIES OF THE FOLLOWING DOCUMENTS ON THE FOLLOWING PERSONS VIA U.S.P.S;

OPHELIA MICHELLE WATERS
DEPT. OF JUSTICE
820 N. FRENCH ST, 8th FLOOR
CARVEL OFFICE BUILDING
WILMINGTON, DE.
19801

YOUR MOST HONORABLE CHIEF U.S. DISTRICT COURT JUDGE SUE L. ROBINSON,

BEING INCARCERATED IN PENNSYLVANIA RIGHT NOW AND LACKING MY RETURNED U.S. MARSHALL 285 FORMS I DO NOT HAVE THE REST OF THE DEFENDANT'S ADDRESSES WHICH I APOLOGIZE FOR YOUR HONOR AND I AM NOT SURE AFTER HAVING READ Fed. R. Civ. P. 12(a) AND Fed. R. Civ. P. 55(a) IF IT IS NECESSARY TO FILE THESE MOTIONS WITH THEM AS THEY HAVE NOT RESPONDED TO THE U.S. MARSHALL 285 FORMS IN PROPER TIME.

IF SO I'D APPRECIATE IT GREATLY IF YOU COULD PLEASE HELP ME OBTAIN THESE ADDRESSES IF IT'S NOT TOO MUCH OF AN INCONVENIENCE.

THANK YOU VERY MUCH, GOD BLESS YOU AND HAV A FINE DAY.

SIGNED: Richard Mark Turner
DATED: June 29th 2007

MOST RESPECTFULLY,

RICHARD MARK TURNER

Richard "Mark" Turner 07-0108
Centre Co. Corr. Facility A2#7
700 Rishell Hill Rd.
Bellefonte, Pa. 16823

The Honorable Chief U.S. District Court
Judge Sue L. Robinson
c/o Clerk of Courts
844 N. King St. Lockbox 18
Wilmington, De. 19801