06cv95 SLR

## SWORN AFFADAVIT

THIS IS TO HEREBY SWEAR THAT I RICHARD MARK TURNER HAVE (HAD) NOT RECEIVED AN ANSWER SINCE EFFECTUATING SERVICE OF U.S. MARSHALL 285 FORMS FROM THE FOLLOWING DEFENDANTS IN CIVIL ACTION NO. 06-095-SLR IN A TIMELY FASION AND IN ACCORDANCE WITH Fed. R. Civ. P. 12(a); CORRECTIONAL MEDICAL SERVICES INC., FIRST CORRECTIONAL MEDICAL, DR. SITTA GOMBEH-ALIE AND DR. MOHAMMAD NIAZ.

THESE DEFENDANTS FILED NO MOTIONS WITH THE COURT SEEKING WAIVERS OR AN EXTENTION OF TIME UNDER Fed. R. Civ. P. 4(d), SO THEIR TIME TO FILE AN ANSWER OR RESPONSE TO THE COMPLAINT HAS PASSED PURSUANT TO Fed. R. Civ. P. 12(a).

THE PLAINTIFF THROUGH THIS AFFADAVIT IS REQUESTING JUDGEMENT FOR AFFIRMATIVE RELIEF BY DEFAULT BE ENTERED IN FAVOR OF THE PLAINTIFF AND AGAINST SAID DEFENDANTS WHO HAVE FAILED TO PLEAD OR OTHERWISE DEFEND AGAINST THE PLAINTIFF'S ORIGINAL COMPLAINT IN ACCORDANCE WITH Fed. R. Civ. P. 55(a).

THE PLAINTIFF WOULD HUMBLY AND RESPECTFULLY ASK THAT EITHER YOUR MOST HONORABLE CHIEF JUDGE SUE L. ROBINSON OR THE COURT CLERK WOULD PLEASE ENTER A DEFAULT BY THE DEFENDANTS AND IN FAVOR OF THE PLAINTIFF WHICH WERE SOUGHT IN THE ORIGINAL COMPLAINT OF $1,000,000.00 (ONE MILLION) DOLLARS PER DEFENDANT HOWEVER THE PLAINTIFF FEELS QUITE COMFORTABLE WITH THE INTEGRITY OF CHARACTER OF YOUR MOST HONORABLE CHIEF JUDGE SUE L. ROBINSON TO MAKE THE FINAL DECISION WITH REGARD TO DAMAGES.

THANK YOU VERY MUCH, GOD BLESS YOU AND HAVE A FINE DAY.

MOST RESPECTFULLY,

SIGNED: _Richard Mark Turner_ RICHARD MARK TURNER

DATED: June 29th, 2007

Signed before me on 6/29/07
_Krst Hzlett_

COMMONWEALTH OF PENNSYLVANIA
Notarial Seal
Kristen Hazlett, Notary Public
College Twp., Centre County
My Commission Expires Dec. 16, 2009
Member, Pennsylvania Association of Notaries

06cv95 SLR
RG scan
FILED JUL - 5 2007

Richard "Mark" Turner 07-0108
Centre Co. Corr. Facility A2#7
700 Rishcoll Hill Rd.
Bellefonte, Pa. 16823

The Honorable Chief U.S. District Court
Judge Sue L. Robinson
c/o Clerk of Courts
844 N. King St. Lockbox 18
Wilmington, De. 19801