IN THE UNITED STATES DISTRICT
DISTRICT OF DELAWARE



RICHARD "MARK" TURNER
( PLAINTIFF )

V

C.M.S, INC. et. al.
( DEFENDANTS )

C.A. NO. 06-095 SLR

ADDENDUM TO RECENTLY FILED MOTION DATED JUNE 29th, 2007 FOR SUMMARY JUDGEMENT BY "DEFAULT" IN APPEARANCE BY DEFENDANTS CORRECTIONAL MEDICAL SERVICES INC., FIRST CORRECTIONAL MEDICAL, DOCTOR SITTA GOMBEH-ALIE, AND DOCTOR MOHAMMAD NIAZ IN ACCORDANCE WITH Fed.R.Civ.P. 12(a) AND Fed R.Civ.P. 55(a).

COMES NOW THE PLAINTIFF AND DAMAGED PARTY RICHARD MARK TURNER BEFORE YOUR MOST HONORABLE CHIEF UNITED STATES DISTRICT COURT JUDGE SUE L. ROBINSON ASKING YOUR HONOR THAT IF IN FACT RULINGS FOR "DEFAULT" ARE LEVIED AGAINST C.M.S. INC., F.C.M., DR. SITTA GOMBEH-ALIE, AND DR. MOHAMMAD NIAZ, AND IN FAVOR OF THE PLAINTIFF, THE PLAINTIFF WOULD AFTER COMPUTATION OF THE AMOUNT WERE RELATIVELY CLOSE TO THE AMOUNT WHICH THE PLAINTIFF SOUGHT IN HIS ORIGINAL COMPLAINT, THE PLAINTIFF WOULD BE WILLING (IF SAID MONIES FROM THE DAMAGES AWARDED WERE MADE AVAILABLE IMMEDIATELY) TO ENTERTAIN DROPPING SUIT AGAINST THE REMAINDER OF THE DEFENDANTS.

However I would still like to see the injunctory relief filed against ex-commissioner Stanley Taylor enacted which would help to assure that the men imprisoned in Delaware's constitutional rights and allow for a paper trail to prove infringements upon these very important constitutional rights.

Also, if by dropping the remaining defendants it would expedite final settlement, thereby properly compensating the plaintiff for the medical problems caused or exaccerbated by the defendants "deliberately indifferent" care of the plaintiff's "very serious medical problems" and assure that the plaintiff would have monies available to care for these "serious medical problems" properly and allow the plaintiff the financial ability with which to do so as the plaintiff is presently experiencing more symptoms of the liver cirhosis.

This would also clear your Honor's desk with regard to this (these) cases which have been before your Honor for over (5) five years now and the plaintiff apologizes for the extra burden and workload caused by the voluminous motions which the plaintiff (mostly while on the very challenging Interferon) has filed and for my lack of knowledge with regard to the United States Federal Civil Court Procedure.

I thank your Honor for her diligence and hard work with regard to these cases and especially for your integrity of character and strong sense of justice.

Thank you very much your Honor, May God continue to bless you and have a very fine day.

Signed: _Richard "Mark" Turner_     Most Respectfully,

Dated: _July 2, 2007_     Richard "Mark" Turner

CERTIFICATE OF SERVICE

THIS IS TO CERTIFY THAT I RICHARD "MARK" TURNER HAVE SENT COPIES OF THESE ENCLOSED MOTIONS TO THE FOLLOWING PERSONS VIA U.S.P.S.:

OPHELIA MICHELLE WATERS
DEPARTMENT OF JUSTICE
820 N. FRENCH ST., 8th FLOOR
CARVEL OFFICE BUILDING
WILMINGTON, DE.
19801

MOST RESPECTFULLY
RICHARD "MARK" TURNER

SIGNED: Richard Mark Turner

DATED: July 2, 2007

Your Most Honorable Chief Judge Sue L. Robinson,

Your Honor I do not have my documents for this case 06-095-SLR with me so I do not have the addresses for the Defendants with me except for Mrs. Waters the State's Counsel. So hopefully since (4) four of the Defendants did not answer the U.S. Marshall forms I won't need to do that, if I do need to send them their Motion and sworn affadavit of Default I would be greatly appreciative if the Court could help me find these addresses. Thank You very much Your Honor.

Centre Co. Corr. Facility A2 #7
700 Rishell Hill Rd.
Bellefonte, Pa.
16823

ALTOONA PA 16
05 JUL 2007 PM 2
USA 41

The Most Honorable Chief U. S. Court Judge
Judge Sue L. Robinson
c/o Court Clerk
244 N. King St., Lockbox 18
Wilmington, De.
19861