IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RICHARD MARK TURNER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. Action No. 06-095-SLR |
| | ) |
| CORRECTIONAL MEDICAL | ) |
| SERVICES, INC., et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER**

At Wilmington this 18th day of July 2007, plaintiff previously having been ordered to show cause why this case should not be dismissed for failure to serve defendants Correctional Medical Services and Dr. Tammy Kastre (D.I. 51);

IT IS ORDERED that:

1. The record reflects plaintiff responded (D.I. 52) to the order and cause has been shown why this cause should not be dismissed.

2. Plaintiff's motion to stay this case (D.I. 52) is **denied**.

                                                _/s/ Sue L. Robinson_
                                                UNITED STATES DISTRICT JUDGE