IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RICHARD MARK TURNER, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> CORRECTIONAL MEDICAL SERVICES ) <br> INC., DR. TAMMY KASTRE, FIRST ) <br> CORRECTIONAL MEDICAL, ) <br> DR. SITTA GOMBEH-ALIE, ) <br> DR. MOHAMMAD NIAZ, STANLEY ) <br> TAYLOR, and PAUL HOWARD, ) <br> ) <br> Defendants. ) | Civ. No. 06-95-SLR |

## DEFAULT IN APPEARANCE

AN ENTRY OF DEFAULT IN APPEARANCE is entered against defendants Correctional Medical Services Inc., First Correctional Medical, Dr. Sitta Gombeh-Alie, and Dr. Mohammad Niaz pursuant to Federal Rule of Civil Procedure 55(a) as defendants have failed to answer or otherwise respond to the complaint. (See D.I. 36, 40, 49, 53, 58, 59, 60)

Dated: July 27, 2007

_____
(By) Deputy Clerk