IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

RICHARD MARK TURNER  
(PLAINTIFF)  

v.  

C.M.S. et. al. INC.  
(DEFENDANTS)  

CA# 06-095-SLR

FILED  
AUG - 1 2007  
U.S. DISTRICT COURT  
DISTRICT OF DELAWARE

## MOTION FOR SUMMARY JUDGEMENT BY "DEFAULT" IN APPEARANCE BY DEFENDANT'S DOCTOR TAMMY KASTRE IN ACCORDANCE WITH Fed.R.Civ.P. 12(a) AND Fed.R.Civ.P. 55(a)

COMES NOW THE PLAINTIFF AND DAMAGED PARTY RICHARD MARK TURNER BEFORE YOUR MOST HONORABLE CHIEF U.S. DISTRICT COURT JUDGE SUE L. ROBINSON TO HUMBLY AND RESPECTFULLY ASK YOUR HONOR TO PLEASE GRANT SUMMARY JUDGEMENT IN FAVOR OF THE PLAINTIFF AND AGAINST DR. TAMMY KASTRE FOR FAILURE TO RESPOND IN A TIMELY FASHION SINCE SERVICE WAS EFFECTUATED PURSUANT TO Fed.R.Civ.P. 12(a) AND WOULD RESPECTFULLY REQUEST A JUDGEMENT BY DEFAULT AGAINST DR. KASTRE IN ACCORDANCE WITH Fed.R.Civ.P. 55(a) AND CAUSING JUDGEMENT TO BE MADE IN FAVOR OF THE PLAINTIFF.

THANK YOU VERY MUCH YOUR HONOR, GOD BLESS YOU AND HAVE A FINE DAY.

SIGNED: *Richard Mark Turner*   MOST RESPECTFULLY,

DATED: July 24th 2007   RICHARD "MARK" TURNER

## SWORN AFFADAVIT

COMES NOW THE PLAINTIFF AND DAMAGED PARTY RICHARD MARK TURNER BEFORE YOUR MOST HONORABLE CHIEF UNITED STATES DISTRICT COURT JUDGE SUE L. ROBINSON TO SWEAR THAT ALTHOUGH SERVICE WAS COMPLETED OF THE U.S. MARSHALL FORM 285 ON DR. TAMMY KASTRE SHE FAILED TO ANSWER THIS NOTICE OF A CIVIL SUIT BEING FILED UPON HER IN THE APPROPRIATE TIMEFRAME IN ACCORDANCE WITH Fed. R. Civ. P. 12(a) AND Fed. R. Civ. P. 55(a) THEREFORE THE PLAINTIFF WOULD HUMBLY AND RESPECTFULLY ASK YOUR MOST HONORABLE U.S. DISTRICT COURT JUDGE SUE L. ROBINSON OR THE U.S. DISTRICT COURT CLERK (IF APPROPRIATE) TO ENTER SUMMARY JUDGEMENT FOR THE PLAINTIFF AND AGAINST DR. TAMMY KASTRE BY "DEFAULT" FOR NOT HAVING ANSWERED SERVICE OF THE U.S. MARSHALL 285 FORM.

THANK YOU VERY MUCH, MAY GOD CONTINUE TO BLESS YOU AND HAVE A FINE DAY

SIGNED: *Richard Mark Turner*
DATED: July 24th, 2007

*Richard Mark Turner*
July 27th, 2007

MOST RESPECTFULLY,
RICHARD MARK TURNER

Signed before me on 7-27-07
*Kristen Hazlett*

COMMONWEALTH OF PENNSYLVANIA
Notarial Seal
Kristen Hazlett, Notary Public
College Twp., Centre County
My Commission Expires Dec. 16, 2009
Member, Pennsylvania Association of Notaries

## CERTIFICATE OF SERVICE

PLEASE FORGIVE ME AS I DO NOT HAVE ANY OF THE RETURNED U.S. MARSHALL 285 FORMS WITH THE ADDRESS OF DR. KASTRE AND SINCE SHE DID NOT ANSWER THE SERVICE OF THE U.S. MARSHALL FORMS I WOULD NOT KNOW HOW TO SEND HER A COPY OF THIS MOTION FOR SUMMARY JUDGEMENT BY DEFAULT IF IN FACT I AM REQUIRED TO DO SO.

THANK YOU VERY MUCH, MAY GOD BLESS YOU AND HAVE A FINE DAY.

SIGNED: Richard Mark Turner        MOST RESPECTFULLY,
DATED: July 27th 2007              RICHARD "MARK" TURNER



RECEIVED
AUG -1 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Richard Mark Turner 07-0108
Ctr. Co. Corr. Facility A2#7
700 Rishell Hill Rd.
Bellefonte, Pa. 16823

ALTOONA PA 166
30 JUL 2007 PM
USA 41

U.S.M.S.
X-RAY

The most Honorable Chief U.S. District Court Judge
Judge Sue L. Robinson
c/o United States District Court Clerk
United States Courthouse
844 N. King St., Lockbox 18
Wilmington, De. 19801