<u>SWORN AFFADAVIT</u>  06-95 (SLR)

COMES NOW THE PLAINTIFF AND DAMAGED PARTY RICHARD "MARK" TURNER HUMBLY AND RESPECTFULLY BEFORE YOUR MOST HONORABLE CHIEF U.S. DISTRICT COURT JUDGE SUE L. ROBINSON AND THE U.S. DISTRICT COURT CLERK FOR THE DISTRICT OF DELAWARE TO ASK FOR COURT COST'S AS WELL AS THE $1,000,000.00 PER DEFENDANT CORRECTIONAL MEDICAL SERVICES, $1,000,000.00 FIRST CORRECTIONAL MEDICAL, $1,000,000.00 DR. SITTA GOMBEH-ALIE AND $1,000,000.00 AGAINST DR. MOHAMMAD NIAZ OF WHICH THE CLERK OF COURTS WAS ALREADY KIND ENOUGH TO ENTER "JUDGEMENT BY DEFAULT" AGAINST THESE DEFENDANTS ON JULY 27th, 2007.

THE PLAINTIFF WOULD ALSO ASK PURSUANT TO Fed. R. Civ. P. 54(d) THAT AFTER ONE DAYS' NOTICE THAT TAXATION ON THESE AMOUNTS WOULD BEGIN UNTIL PAID IN FULL.

I THANK YOU VERY MUCH FOR YOUR CONSIDERATION AND EFFORTS WITH REGARD TO THIS CASE, MAY GOD CONTINUE TO BLESS YOU AND HAVE A FINE DAY.

SIGNED: Richard Mark Turner   MOST RESPECTFULLY,
DATED: August 3rd, 2007   RICHARD "MARK" TURNER

Signed before me on 8/3/07
Kristen Hazlett

COMMONWEALTH OF PENNSYLVANIA
Notarial Seal
Kristen Hazlett, Notary Public
College Twp., Centre County
My Commission Expires Dec. 16, 2009
Member, Pennsylvania Association of Notaries



FILED
AUG -8 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BD scanned

## SWORN AFFADAVIT

COMES NOW THE PLAINTIFF RICHARD "MARK" TURNER BEFORE YOUR MOST HONORABLE CHIEF U.S. DISTRICT COURT JUDGE SUE L. ROBINSON TO CORRECT THE SWORN AFFADAVIT SUBMITTED BY THE PLAINTIFF SEEKING "JUDGEMENT BY DEFAULT" PURSUANT TO Fed. R. Civ. P. 12(a) AND Fed. R. Civ. P. 55(a) AGAINST DR. TAMMY KASTRE AND IN FAVOR OF THE PLAINTIFF IN WHICH THE PLAINTIFF FAILED TO ASK FOR THE DAMAGES WHICH I WAS SEEKING WHICH WOULD HAVE BEEN FOR THE AMOUNT WHICH I SOUGHT AGAINST DR. TAMMY KASTRE IN MY ORIGINAL COMPLAINT, $1,000,000.00 (ONE MILLION DOLLARS).

I AM SORRY FOR THE INCONVENIENCE WHICH THIS HAS CAUSED YOUR HONOR AND THE CLERK OF COURTS.

I WOULD ALSO HUMBLY AND RESPECTFULLY ASK THAT PURSUANT TO Fed. R. Civ. P. 54(d) THE CLERK OF COURTS WOULD ALSO BEGIN TAXING THIS AMOUNT ON ONE DAY'S NOTICE AS WELL AS ENTER "JUDGEMENT BY DEFAULT" AGAINST DR. KASTRE.

THANK YOU VERY MUCH, GOD BLESS YOU AND HAVE A FINE DAY.

SIGNED: Richard Mark Turner           MOST RESPECTFULLY,
DATED: August 3rd 2007                RICHARD "MARK" TURNER

Signed before me on 8/3/07
Kristen Hazlett

**COMMONWEALTH OF PENNSYLVANIA**
Notarial Seal
Kristen Hazlett, Notary Public
College Twp., Centre County
My Commission Expires Dec. 16, 2009

## CERTIFICATE OF SERVICE

COMES NOW THE PLAINTIFF RICHARD "MARK" TURNER TO HUMBLY AND RESPECTFULLY EXPLAIN THAT I DO NOT HAVE THE ADDRESS FOR DR. TAMMY KASTRE AND IF "JUDGEMENT BY DEFAULT IS IN FACT GRANTED AGAINST DR. KASTRE AND IN FAVOR OF THE PLAINTIFF (AS IT WAS FOR DEFENDANT'S C.M.S., F.C.M., DR. GOMBEH-ALIE AND DR. NIAZ) THAT IT WOULD BE GREATLY APPRECIATED IF YOU WOULD PLEASE SEND DR. KASTRE NOTICE AT THE ADDRESS FOR WHICH SHE WAS SERVED THE U.S. MARSHALL 285 FORMS, AS YOU KINDLY DID FOR THE REST OF THE DEFENDANTS.

THANK YOU VERY MUCH FOR YOUR EFFORTS, MAY GOD CONTINUE TO BLESS YOU AND HAVE A FINE DAY.

MOST RESPECTFULLY,
RICHARD "MARK" TURNER

SIGNED: Richard "Mark" Turner
DATED: August 3rd, 2007



Richard Mark Turner 07-0108
Centre Co. Corr. Facility A2#7
700 Rishell Hill Rd.
Bellefonte, Pa.
16823

ALTOONA PA 166
06 AUG 2007 PM 1 L
USA 41

U.S.M.S.
X-RAY

The Most Honorable U.S. District Chief Judge
Sue L. Robinson
c/o U.S. District Court Clerk for the District of Delaware
U.S. District Courthouse
844 N. King St., Lockbox 18
Wilmington, De. 19801
19801+3513 1080