IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RICHARD MARK TURNER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civ. No. 06-95-SLR |
| ) | |
| CORRECTIONAL MEDICAL SERVICES ) | |
| INC., DR. TAMMY KASTRE, FIRST ) | |
| CORRECTIONAL MEDICAL, ) | |
| DR. SITTA GOMBEH-ALIE, ) | |
| DR. MOHAMMAD NIAZ, STANLEY ) | |
| TAYLOR, and PAUL HOWARD, ) | |
| ) | |
| Defendants. ) | |

**DEFAULT IN APPEARANCE**

AN ENTRY OF DEFAULT IN APPEARANCE is entered against defendants Correctional Medical Services Inc., First Correctional Medical, Dr. Sitta Gombeh-Alie, and Dr. Mohammad Niaz pursuant to Federal Rule of Civil Procedure 55(a) as defendants have failed to answer or otherwise respond to the complaint. (See D.I. 36, 40, 49, 53, 58, 59, 60)

Dated: July 27, 2007

_____
(By) Deputy Clerk

FILED
AUG 9 2007
U.S. DISTRICT COURT

## Other Events

1:06-cv-00095-SLR Turner v. Correctional Medical Services Inc. et al
PaperDocuments

**U.S. District Court**

**District of Delaware**

## Notice of Electronic Filing

The following transaction was entered on 7/27/2007 at 9:44 AM EDT and filed on 7/27/2007
**Case Name:**         Turner v. Correctional Medical Services Inc. et al
**Case Number:**       1:06-cv-95
**Filer:**
**Document Number:** 62

**Docket Text:**
Clerk's ENTRY OF DEFAULT as to Correctional Medical Services Inc., First Correctional Medical, Sitta Gombeh-Alie, Mohammad Niaz. (SEE D.I. 58, 59 and 60.) (rld)


**1:06-cv-95 Notice has been electronically mailed to:**
Ophelia Michelle Waters  ophelia.waters@state.de.us

**1:06-cv-95 Notice has been delivered by other means to:**

Richard Mark Turner
07-0108
Richard Mark Turner, Pro se
Centre Co. Corr. Facility
700 Rishell Hill Road
Bellefonte, PA 16823

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1079733196 [Date=7/27/2007] [FileNumber=421310-0]
[592c924a293d60fb56a9ebd0eba72b2cdc5993c8d69e5a9003b75acfebed51a7d1a7
a3b5ec6314f7c0041d3fc96acbc031a6bed89707138a7662d9888f7125cb]]

**Utility Events**
1:06-cv-00095-SLR Turner v. Correctional Medical Services Inc. et al
PaperDocuments

### U.S. District Court

### District of Delaware

**Notice of Electronic Filing**

The following transaction was entered on 7/27/2007 at 9:46 AM EDT and filed on 7/27/2007
**Case Name:**     Turner v. Correctional Medical Services Inc. et al
**Case Number:**    1:06-cv-95
**Filer:**
**Document Number:** No document attached

**Docket Text:**
Remark: copies of D.I. 62 mailed to defendants in default at the addresses supplied by pltf. in the USM-285 forms for said defendants. SEE D.I. 36, 40, 49, and 53. (rld)

**1:06-cv-95 Notice has been electronically mailed to:**
Ophelia Michelle Waters  ophelia.waters@state.de.us

**1:06-cv-95 Notice has been delivered by other means to:**

Richard Mark Turner
07-0108
Richard Mark Turner, Pro se
Centre Co. Corr. Facility
700 Rishell Hill Road
Bellefonte, PA 16823



Office of the Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilmington, Delaware 19801-3570

OFFICIAL BUSINESS
Civ. No. 06-95-SLR

First Correctional Medical
12795 Wildlife Avenue
P.O. Box 69370
Tucson, AZ 85737-0015

NIXIE    850  DE 1    00 08/04/07
RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD
BC: 19899001010    *1527-08299-27-39*

FILED AUG 9 2007 U.S. DISTRICT COURT DISTRICT OF DELAWARE