IN THE UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

RICHARD "MARK" TURNER
(PLAINTIFF)

V.

C.M.S. INC. et. al.
(DEFENDANT)

C.A. NO. 06-095-SLR


FILED
AUG 22 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

COMES NOW THE PLAINTIFF RICHARD "MARK" TURNER TO HUMBLY AND RESPECTFULLY ASK THE MOST HONORABLE CHIEF UNITED STATES DISTRICT COURT JUDGE SUE L. ROBINSON (OR THE U.S. DISTRICT CLERK OF COURTS FOR THE DISTRICT OF DELAWARE IF APPROPRIATE) TO PLEASE TRY TO DELIVER THE "DEFAULT IN APPEARANCE" NOTICE TO DR. TAMMY KASTRE WHO IS CO-FOUNDER OF FIRST CORRECTIONAL MEDICAL AT THE FOLLOWING ADDRESS AS THE LAST TIME THAT THE COURT CLERK TRIED TO DELIVER THE NOTICE (D.I. 62) IT CAME BACK AS UNDELIVERABLE MAIL HOWEVER I BELIEVE THAT DR. TAMMY KASTRE (F.C.M.) NEW ADDRESS TO BE;

DR. TAMMY KASTRE (F.C.M.)
205 W. GIACONDA WAY, SUITE 115
TUCSON, ARIZ.    85704

Thank you very much and may God continue to Bless you all.

SIGNED: Richard "Mark" Turner
DATED: August 19th, 2007

Most Respectfully,
Richard "Mark" Turner

## CERTIFICATE OF SERVICE

I, RICHARD "MARK" TURNER HAVE SERVED TRUE AND CORRECT COP(IES) OF THIS DOCUMENT TO THE FOLLOWING PARTIES VIA U.S.P.S:

OPHELIA M. WATERS (DAG)
DEPARTMENT OF JUSTICE
820 N. FRENCH ST., 8th FLOOR
CARVEL OFFICE BUILDING
WILMINGTON, DE,
19801

Thank You very much, God Bless You and have a fine day. Thank You for all of Your efforts!

Most Respectfully,
Richard Mark Turner
DATED: August 19th, 2007

Richard Marsh Turner 07-0108
Centre Co. Facility A247
700 Rishell Hill Rd.
Bellefonte, Pa., 16823

United States Chief District Court Judge Sue L. Robinson
C/o U.S. District Court Judges Clerk of Court
844 N. King St., Lockbox 18
Wilmington, De., 19801



19801+3519 C012