IN THE UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

RICHARD 'MARK' TURNER
(PLAINTIFF)

v.

C.M.S. INC. et. al.
(DEFENDANTS)

C.A. NO. 06 095-SLR



FILED

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

PLAINTIFF'S RESPONSE TO COUNSEL FOR DEFENDANT CORRECTIONAL MEDICAL SERVICES' MOTION FOR RELIEF FROM JUDGEMENT PURSUANT TO RULE 60(b)

COMES NOW THE PLAINTIFF RICHARD MARK TURNER TO HUMBLY AND RESPECTFULLY COME BEFORE YOUR MOST HONORABLE CHIEF UNITED STATES DISTRICT COURT JUDGE SUE L. ROBINSON IN RESPONSE TO ATTORNEY DRNEC'S MOTION FOR RELIEF WHICH IS A REPEATED MOTION WHICH MR. CONNOR'S HAD ALREADY FILED WHICH YOUR HONOR HAD ALREADY DENIED AS THE DEFENDANT'S (WHICH YOUR HONOR INVESTIGATED AND FOUND THAT THE DEFENDANT'S) HAD BEEN SERVED ALL THE WAY BACK IN AUGUST OR SEPTEMBER OF 2006 WHICH WOULD LEAD ME TO ASK WHERE THE U.S. MARSHALL FORM WHICH MR. SCOTT ALTMAN SIGNED ON MAY 8th, 2007, CAME FROM BECAUSE IT'S NOT THE ONE I SENT IN LATE 2006.

A QUICK CHECK WITH THE U.S. MARSHALL SERVICE SHOULD SHOW THAT THE DEFENDANT'S WERE CERTAINLY SERVED BOTH U.S. MARSHALL 285 FORMS AS WELL AS A COPY OF THE COMPLAINT IN LATE 2006.

YOUR HONOR HAS ALREADY DENIED MR. CONNOR'S IDENTICAL MOTION ON 7/18/07. THEREFORE THE PLAINTIFF WOULD HUMBLY AND

-2-

RESPECTFULLY ASK YOUR HONOR TO DENY MR. DRNEC'S MOTION MOTION FOR RELIEF DUE TO RULE 60(b) AS REPETATIVE AND UPHOLD YOUR HONOR'S RULING IN THE PLAINTIFF'S FAVOR AND WHICH YOUR HONOR GRANTED THE PLAINTIFF JUDGEMENT BY DEFAULT BY THE DEFENSE FOR NOT HAVING ANSWERED SERVICE WITHIN 60 DAYS PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 12(a) AND 55(a).

ENCLOSED YOUR HONOR IS A COPY OF WHAT WAS SENT TO ME IN MAY BUT YOUR HONOR YOU WILL SEE THAT THIS IS A FRAUDULENT ATTEMPT TRYING TO DECEIVE THE COURT AND THE PLAINTIFF INTO THINKING THAT THEY WERE NOT SERVED IN 2006, AND AFTER THE PLAINTIFF'S AMMENDED COMPLAINT SO THERE IS NO REASON FOR THIS PERJURED ATTEMPT TO ONCE AGAIN DECEIVE THE COURT AND PLAINTIFF AS THEY DID BY ADDING FALSE EVIDENCE (THE NURSING NOTE CLAIMING THE PLAINTIFF VERBALIZED A KNOWLEDGE OF SELF-INJECTING INTERFERON WHICH WAS ALSO A LIE AND AN ATTEMPT TO DECEIVE THE COURT) TO THEIR DISCOVERY AFTER THE FACT.

IN CONCLUSION THE NEW COUNSEL FOR THE DEFENSE MR. DRNEC IS TAKING OVER WHERE PREVIOUS DEFENSE COUNSEL LEFT OFF IN USING UNSCRUPULOUS AND DECEITFUL PRACTICES WHICH ARE HIGHLY ILLEGAL FOR WHICH THEY SHOULD BE HELD RESPONSIBLE FOR THESE ACTIONS.

THUS THE PLAINTIFF WOULD HUMBLY AND RESPECTFULLY ASK YOUR MOST HONORABLE CHIEF U.S. DISTRICT COURT JUDGE SUE L. ROBINSON TO UPHOLD HER ORIGINAL DECISION WHEN SHE GRANTED THE PLAINTIFF JUDGEMENT BY DEFAULT AND NOT REWARD THE DEFENDANTS FOR THEIR UNETHICAL BEHAVIOR BY REVERSING YOUR DECISION.

THANK YOU VERY MUCH AND MAY GOD CONTINUE TO BLESS YOU YOUR HONOR.

SIGNED: *Richard 'Mark' Turner*
DATED: *August 21st, 2007*

MOST RESPECTFULLY,
RICHARD "MARK" TURNER

CERTIFICATE OF SERVICE

I RICHARD MARK TURNER HAVE SERVED TRUE AND CORRECT COPIES OF THE ENCLOSED DOCUMENTS ON THE FOLLOWING PERSONS VIA THE UNITED STATES POSTAL SERVICE.

ATTORNEY JAMES DRNEC
711 KING ST.
WILMINGTON, DE.
19801

OPHELIA M. WATERS (DAG)
DEPT. OF JUSTICE
820 N. FRENCH ST. 8th FLOOR
CARVEL OFFICE BUILDING
WILMINGTON, DE.
19801

SIGNED: Richard "Mark" Turner
DATED: August 21st, 2007

MOST RESPECTFULLY,
RICHARD "MARK" TURNER

U.S. Department of Justice
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

PLAINTIFF: Richard Mark Turner
DEFENDANT: FCM et al

COURT CASE NUMBER: 06-095-SLR
TYPE OF PROCESS: OC

SERVE → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN: CMS

AT ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code): 1201 College Pk Drive, Dover DE 19901

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Number of process to be served with this Form - 285:
Number of parties to be served in this case:
Check for service on U.S.A.:

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Signature of Attorney or other Originator requesting service on behalf of:
☐ PLAINTIFF
☐ DEFENDANT
TELEPHONE NUMBER:
DATE:

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated.
(Sign only first USM 285 if more than one USM 285 is submitted)
Total Process:
District of Origin: No. 15
District to Serve: No. 15
Signature of Authorized USMS Deputy or Clerk: DF
Date: 5-6-07

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below).

Name and title of individual served (if not shown above): Scott Altman Quality Assur. Mgr.

Date of Service: 5/8/07
Time: 800 am
Signature of U.S. Marshal or Deputy: [signature] GPUSM

Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or Amount of Refund

REMARKS:

RECEIVED MAY -9 2007 U.S. DISTRICT COURT DISTRICT OF DELAWARE

PRIOR EDITIONS MAY BE USED
1. CLERK OF THE COURT
FORM USM-285 (Rev. 12/15/80)

Richard "Mark" Turner 07-0108
Centre Co. Corr. Facility A2#7
700 Rishell Hill Rd.
Bellefonte, Pa. 16823

ALTOONA PA 166
22 AUG 2007 PM
USA 41

The Most Honorable Chief U.S. District Court Judge
The Honorable Sue L. Robinson
United States District Courthouse
844 N. King St. Lockbox 18
Wilmington, De. 19801

19801+3519 C012