IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| RICHARD MARK TURNER, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | C.A. No. 06-095 SLR |
| | : | |
| CORRECTIONAL MEDICAL SERVICES, INC., | : | |
| DR. TAMMY KASTRE, FIRST CORRECTIONAL | : | TRIAL BY JURY OF |
| MEDICAL, DR. SITTA GOMBEH-ALIE, | : | TWELVE DEMANDED |
| DR. MOHAMMAD NIAZ, STANLEY TAYLOR, | : | |
| and PAUL HOWARD, | : | |
| | : | |
| Defendants. | : | |

## ENTRY OF APPEARANCE

PLEASE ENTER THE APPEARANCE of Patrick G. Rock, Esquire and Megan Mantzavinos, Esquire as attorneys for Defendant Mohammad Niaz, MD. This Entry of Appearance shall not be considered to be a waiver of any jurisdictional defects in service upon Defendant. Defendant specifically reserves the right to raise jurisdictional, or service, venue, or statute of limitations defects which may be available and to answer, object, or otherwise plead.

       /s/ Patrick G. Rock

Patrick G. Rock, Esquire (I. D. No. 4632)
Megan Mantzavinos, Esquire (I.D. No.3802)
Marks, O'Neill, O'Brien & Courtney, P.C.
913 Market Street, #800
Wilmington, DE 19801
(302) 658-6538
*Attorney for Defendant Niaz*

DATED: August 28, 2007

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RICHARD MARK TURNER, : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | C.A. No. 06-095 SLR |
| : | |
| CORRECTIONAL MEDICAL SERVICES, INC., : | |
| DR. TAMMY KASTRE, FIRST CORRECTIONAL : | TRIAL BY JURY OF |
| MEDICAL, DR. SITTA GOMBEH-ALIE, : | TWELVE DEMANDED |
| DR. MOHAMMAD NIAZ, STANLEY TAYLOR, : | |
| and PAUL HOWARD, : | |
| : | |
| Defendants. : | |

**CERTIFICATE OF SERVICE**

I, **Patrick G. Rock** hereby certify that on **August 28, 2007,** I electronically filed an **Entry of Appearance** with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

James Edward Drnec, Esquire
Balick & Balick, LLC
711 North King Street
Wilmington, DE 19801
(302) 658-4265
*Attorney for Defendant CMS*

DE085638.1