IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| RICHARD MARK TURNER, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | C.A. No. 06-095 SLR |
| | : | |
| CORRECTIONAL MEDICAL SERVICES, INC., | : | |
| DR. TAMMY KASTRE, FIRST CORRECTIONAL | : | TRIAL BY JURY OF |
| MEDICAL, DR. SITTA GOMBEH-ALIE, | : | TWELVE DEMANDED |
| DR. MOHAMMAD NIAZ, STANLEY TAYLOR, | : | |
| and PAUL HOWARD, | : | |
| | : | |
| Defendants. | : | |

## CERTIFICATE OF SERVICE

I, **Patrick G. Rock** hereby certify that on **August 28, 2007,** I electronically filed an **Entry of Appearance** with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

James Edward Drnec, Esquire
Balick & Balick, LLC
711 North King Street
Wilmington, DE 19801
(302) 658-4265
*Attorney for Defendant CMS*

DE089777.1

      I have served via first class mail two copies of the **Entry of Appearance** to the Pro Se Plaintiff; on August 29, 2007.

Mr. Richard Mark Turner
07-0108
Centre Co. Corr. Facility
700 Rishell Hill Road
Bellefonte, PA 16823

                                                   /s/ Patrick G. Rock
                                                   Patrick G. Rock, Esquire (I.D. No. 4632)
                                                   Marks, O'Neill, O'Brien & Courtney, P.C.
                                                   913 North Market Street, #800
                                                 Wilmington, DE 19801
                                                 (302) 658-6538
                                                 *Attorney for Defendant Niaz*