IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

RICHARD MARK TURNER )
  (PLAINTIFF) )
      V. ) C.A. NO. 06-095-SLR
C.M.S. et. al. )
  (DEFENDANTS) )

2007 SEP -6 PM 12:15
BP scanned
FILED
CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE

### PLAINTIFFS' RESPONSE TO THE AFFADAVIT OF SUSAN USERY IN SUPPORT OF C.M.S.' MOTION TO VACATE DEFAULT JUDGEMENT

COMES NOW THE PLAINTIFF RICHARD "MARK" TURNER BEFORE YOUR MOST HONORABLE CHIEF UNITED STATES DISTRICT COURT JUDGE SUE L. ROBINSON TO HUMBLY AND RESPECTFULLY ANSWER SUSAN USERY OF WESTERN LITIGATION INC.'s AFFADAVIT, WHO CLAIMS THAT C.M.S. WAS NOT MADE AWARE OF CIVIL ACTION NO. 06-095-SLR UNTIL AUGUST 8th, 2007 WHICH IS AN UNTRUTH AS C.M.S. WAS SERVED U.S. MARSHALL 285 FORM AND A COPY OF THE COMPLAINT IN LATE 2006.

THEY ALSO ALLUDE TO THE FRAUDULENT U.S. 285 FORM WHICH I PROVIDED THE COURT AS IT WAS SENT TO ME THAT WAS ANOTHER UNSCRUPULOUS ATTEMPT BY THE DEFENDANT'S COUNSEL AND INSURER TO DECEIVE THE COURT AND THE PLAINTIFF AS YOU WILL SEE MY NAME OR SIGNATURE NOWHERE ON IT AS MY SIGNATURE WAS ON THE ORIGINAL MOTION SERVED BY THE U.S. MARSHALL'S ON DEFENDANTS C.M.S. IN LATE 2006.

FOR THIS REASON I WOULD HUMBLY AND RESPECTFULLY

ASK YOUR MOST HONORABLE CHIEF UNITED STATES DISTRICT COURT JUDGE TO UPHOLD THE JUDGEMENT BY DEFAULT IN FAVOR OF THE PLAINTIFF AND AGAINST DEFENDANT'S C.M.S. FOR THE (1) ONE MILLION DOLLARS WHICH I SUED THEM FOR IN C.A. NO. 06-095-SLR PURSUANT TO Fed. R. Civ. P. 12(a) AND 55(a).

THANK YOU, GOD BLESS YOU AND HAVE A WONDERFUL DAY YOUR HONOR,

MOST RESPECTFULLY,
RICHARD "MARK" TURNER
SIGNED: Richard Mark Turner
DATED: August 27, 2007

## CERTIFICATE OF SERVICE

THIS IS TO CERTIFY THAT I RICHARD "MARK" TURNER HAVE SENT COPIES OF THE ENCLOSED DOCUMENTS TO THE FOLLOWING PERSONS VIA THE U.S.P.S.;

JAMES E. DRNEC, ESQUIRE
BALICK AND BALICK, LLC
711 KING ST.
WILMINGTON, DE.
19801

OPHELIA M. WATERS
DEPARTMENT OF JUSTICE
STATE OF DELAWARE
820 N. FRENCH STREET, 8th FLOOR
CARVEL OFFICE BUILDING
WILMINGTON, DE.
19801

MOST RESPECTFULLY,
RICHARD "MARK" TURNER
SIGNED: Richard "Mark" Turner
DATED: August 27th, 2007



Richard Mark Turner 07-0108
Centre Com. Facility
700 Rishell Hill Rd.
Bellefonte, Pa. 16823

The Most Honorable Chief United States District Court Judge
Judge Sue L. Robinson
U.S. District Courthouse for the District of Delaware
844 N. King St. Lockbox 18
Wilmington, Del. 19801