IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

RICHARD MARK TURNER ,          :
                               :
          Plaintiff,           :     C.A. No. 06-095 SLR
                               :
v.                             :
                               :     JURY TRIAL DEMANDED
CORRECTIONAL MEDICAL SERVICES, :
 et al., DR. TAMMY KASTRE, FIRST :
CORRECTIONAL MEDICAL, DR. SITTA :
GOMBEH-ALIE, DR. MOHAMMED       :
NIAZ, STANLEY TAYLOR, and       :
PAUL HOWARD                     :
                               :
          Defendants.          :

**DEFENDANT SITTA GOMBEH-ALIE, M.D.'S REPLY IN SUPPORT OF
MOTION FOR RELIEF FROM JUDGMENT PURSUANT TO RULE 60(b)**

        Defendant Sitta Gombeh-Alie, M.D. ("Dr. Alie"), in reply to Plaintiff's Response

to Motion for Relief from Judgment Pursuant to Rule 60(b) (D.I. 76), states as follows:

1.      In Dr. Alie's Motion for Relief from Judgment, the undersigned counsel

incorrectly asserted that Plaintiff had failed timely to move for an extension of time to

effect service. (D.I. 73 at ¶6).  Plaintiff's Response (D.I. 76) correctly directs the Court to

his Motion for Extension of Time to effect service on Dr. Alie, which was docketed at

D.I. 39 and which was ruled moot by the Court's Order of December 5, 2006 (D.I. 48).

Counsel apologizes to the Court and to Plaintiff for this oversight, which was

unintentional and the product of an incomplete reading of the docket.  Nonetheless, Dr.

Alie's Motion should be granted.

2.       Although Plaintiff challenges the veracity of the Return of Service relied upon

by Dr. Alie, it was obtained from the Court's docket, and shows one address lined out

and what may be a second address more effectively covered up, and does not reflect

clearly where Dr. Alie purportedly was served.  In addition, although Plaintiff moved for extension of time on October 4, 2006, the USM 285 form that purportedly was issued to effect service on Dr. Alie was not executed by Plaintiff until November 21, 2006 (D.I. 49), or received by the Court until November 28 (Docket, Exhibit "A"), when they were sent to the U.S. Marshal for service (*id.*). The Court did not rule on Plaintiff's Motion until December 5, 2006 (D.I. 48), and Dr. Alie was not served until December 15, 2006 (D.I. 49), or 150 days after the Plaintiff's "new complaint" was deemed filed on July 20, 2006.

3.    It is not clear from the record that service was properly effected on Dr. Alie. Although the Return seemingly indicates that she herself was served at "640 Queen St. #4, Dover, DE", that address is lined out.  Additional writing in the "address" portion of the form is written over to as to obscure it.  (D.I. 49).  The Court is compelled to infer that service was made at the address that is lined out, and accordingly, that it was made upon her personally. If not, then F.R.C.P. 4(e)(2) would render service ineffective as an individual must be served personally if not served at his or her dwelling house or usual place of abode.  If the address at which Dr. Alie was purportedly served is in question, so must be the remainder of the form.  The Court should not foreclose determination on the merits where questions as to service and notice remain.  Moreover, only 32 days elapsed between the entry of default and the filing of the instant Motion. Plaintiff will not be prejudiced by determination on the merits.

4.    Dr. Alie should be afforded the opportunity to defend this case on the merits, particularly where Plaintiff is claiming entitlement to money damages on the same basis as those claimed in *Turner v. Correctional Medical Services, Inc.*, C.A. No. 03-048 SLR.

5.      Dr. Alie respectfully requests the Court exercise its discretion, remove the default, and allow the case to proceed on the merits.

WHEREFORE, for the foregoing reasons, and those set forth in Dr. Alie's Motion (D.I. 73), Dr. Alie respectfully requests entry of an Order in her favor in the form attached to the Motion at D.I. 73.

BALICK & BALICK, LLC


_____/s/ James E. Drnec_____
James E. Drnec, Esquire (#3789)
711 King Street
Wilmington, Delaware 19801
302.658.4265
Attorneys for Defendant Dr. Alie

Date:  September 19, 2007

# Exhibit A

PaperDocuments

## U.S. District Court
### District of Delaware (Wilmington)
### CIVIL DOCKET FOR CASE #: 1:06-cv-00095-SLR

Turner v. Correctional Medical Services Inc. et al
Assigned to: Honorable Sue L. Robinson
Demand: $2,000,000
Related Case: 1:03-cv-00048-SLR
Cause: 42:1983 Prisoner Civil Rights

Date Filed: 08/22/2006
Jury Demand: Plaintiff
Nature of Suit: 555 Prisoner: Prison Conditions
Jurisdiction: Federal Question

**Plaintiff**

**Richard Mark Turner**

represented by **Richard Mark Turner**
07-0108
Richard Mark Turner, Pro se
2709 Hunting Ridge Ct.
Baldwin, MD 21013
(443)907-7690
PRO SE

V.

**Defendant**

**Correctional Medical Services Inc.**
*(C.M.S.)*

represented by **James Edward Drnec**
Balick & Balick, LLC
711 King Street
Wilmington, DE 19801
(302) 658-4265
Fax: (302) 658-1682
Email: jdrnec@balick.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Dr. Tammy Kastre**
*(owner of F.C.M.)*

**Defendant**

**First Correctional Medical**
*(F.C.M.)*

**Defendant**

**Dr. Sitta Gombeh-Alie**

represented by **James Edward Drnec**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Dr. Mohammad Niaz**                    represented by  **Megan Trocki Mantzavinos**
                                                         Marks, O'Neill, O'Brien & Courtney,
                                                         P.C.
                                                         913 North Market Street
                                                         Suite 800
                                                         Wilmington, DE 19801
                                                         (302) 658-6538
                                                         Email: mmantzavinos@mooclaw.com
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

                                                         **Patrick G. Rock**
                                                         Marks, O'Neill, O'Brien & Courtney,
                                                         P.C.
                                                         913 North Market Street
                                                         Suite 800
                                                         Wilmington, DE 19801
                                                         (302) 658-6538
                                                         Email: prock@mooclaw.com
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

<u>Defendant</u>

**Dr. Suresh Trivedi**
*TERMINATED: 05/03/2006*

<u>Defendant</u>

**Dr. Stanley Hoffman**
*TERMINATED: 05/03/2006*

<u>Defendant</u>

**Dr. Keith Ivens**
*TERMINATED: 05/03/2006*

<u>Defendant</u>

**Prison Health Service Inc.**
(P.H.S.)
*TERMINATED: 05/03/2006*

<u>Defendant</u>

**State of Delaware**
*TERMINATED: 06/05/2006*

<u>Defendant</u>

**Nurse Robert Hampton**
*TERMINATED: 05/03/2006*

<u>Defendant</u>

**Stanley Taylor**                        represented by  **Ophelia Michelle Waters**

*Delaware Commissioner of Corrections*

Department of Justice
820 N. French Street, 8th Floor
Carvel Office Building
Wilmington, DE 19801
(302) 577-8400
Email: ophelia.waters@state.de.us
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Paul Howard**
*Bureau Chief of the Delaware*
*Department of Corrections*

represented by **Ophelia Michelle Waters**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 09/11/2007 | | Remark: Plaintiff's address updated per envelope filed 9/10/07 (els) (Entered: 09/11/2007) |
| 09/10/2007 | 76 | ANSWERING BRIEF in Opposition re 73 MOTION for Relief from Judgment Pursuant to Rule 60(b) re 62 Clerk's Entry of Default filed by Richard Mark Turner.Reply Brief due date per Local Rules is 9/20/2007. (fmt) (Entered: 09/11/2007) |
| 09/06/2007 | 75 | RESPONSE to the Affidavit of Susan Usery in Support of 66 MOTION to Vacate Default Judgment filed by Richard Mark Turner. (fmt) (Entered: 09/07/2007) |
| 09/06/2007 | 74 | MOTION for Extension of Time to File Answer re 62 Clerk's Entry of Default *Defendant Dr. Mohammad Niaz, M.D.'s Motion for Relief from Entry of Default Pursuant to Rule 55(c) And/Or Motion for Relief from Default Judgment Pursuant to Rule 60(b)* - filed by Mohammad Niaz. (Attachments: # 1 Notice of Motion of Defendant Dr. Mohammad Niaz, M.D.'s Motion for Relief from Entry of Default Pursuant to Rule 55(c) And/Or Motion for Relief from Default Judgment Pursuant to Rule 60(b) # 2 Exhibit A# 3 Exhibit B# 4 Exhibit C# 5 Exhibit D# 6 Text of Proposed Order to Defendant Dr. Mohammad Niaz, M.D.'s Motion for Relief from Entry of Default Pursuant to Rule 55(c) And/Or Motion for Relief from Default Judgment Pursuant to Rule 60(b)# 7 Certificate of Service)(Rock, Patrick) (Entered: 09/06/2007) |
| 08/29/2007 | | CORRECTING ENTRY: The docket text of D.I. 73 has been corrected to reflect that it was filed on behalf of Dr. Sitta Gombeh-Alie not Correctional Medical Services Inc. (fmt) (Entered: 08/29/2007) |
| 08/29/2007 | 73 | MOTION for Relief from Judgment Pursuant to Rule 60(b) re 62 Clerk's Entry of Default - filed by Sitta Gombeh-Alie (Attachments: # 1 Text of Proposed Order # 2 Certificate of Service)(Drnec, James) Modified on 8/29/2007 (fmt, ). (Entered: 08/29/2007) |

| 08/29/2007 | 72 | NOTICE OF SERVICE of Entry of Appearance re 70 Notice of Appearance, by Mohammad Niaz. Related document: 70 Notice of Appearance, filed by Mohammad Niaz.(Mantzavinos, Megan) (Entered: 08/29/2007) |
| 08/29/2007 | 71 | NOTICE OF SERVICE of Entry of Appearance re 69 Notice of Appearance, by Mohammad Niaz. Related document: 69 Notice of Appearance, filed by Mohammad Niaz.(Rock, Patrick) (Entered: 08/29/2007) |
| 08/28/2007 | 70 | NOTICE of Appearance by Megan Trocki Mantzavinos on behalf of Mohammad Niaz (Attachments: # 1 Certificate of Service to the Entry of Appearances of Patrick G. Rock, Esquire and Megan T. Mantzavinos, Esquire on behalf of Defendant Mohammad Niaz, MD)(Mantzavinos, Megan) (Entered: 08/28/2007) |
| 08/28/2007 | 69 | NOTICE of Appearance by Patrick G. Rock on behalf of Mohammad Niaz (Attachments: # 1 Certificate of Service to the Entry of Appearances of Patrick G. Rock, Esquire and Megan T. Mantzavinos, Esquire on behalf of Defendant Mohammad Niaz, MD)(Rock, Patrick) (Entered: 08/28/2007) |
| 08/27/2007 | 68 | ANSWERING BRIEF in Opposition re 66 MOTION to Vacate filed by Richard Mark Turner.Reply Brief due date per Local Rules is 9/7/2007. (fmt) (Entered: 08/27/2007) |
| 08/22/2007 | 67 | Letter from Richard Mark Turner requesting that the court try to deliver the "Default in Appearance" Notice to Dr. Tammy Kastre at new address - re 62 Clerk's Entry of Default. (fmt) (Entered: 08/27/2007) |
| 08/17/2007 | 66 | MOTION for Relief from Judgment - filed by Correctional Medical Services Inc.. (Attachments: # 1 Exhibit Affidavit of Susan Usery, Exhibit A to Affidavit & COS)(Drnec, James) Modified on 8/21/2007 (fmt, ). (Entered: 08/17/2007) |
| 08/09/2007 | 65 | Return of Undeliverable Mail (copy of D.I. 62 - Default in Appearance) sent to First Correctional Medical. Return to Sender; not deliverable as addressed; unable to forward. (fmt) (Entered: 08/10/2007) |
| 08/08/2007 | | CORRECTING ENTRY: The initial pdf attached to the entry for D.I. 64 has been deleted and replaced with the proper attachment. (fmt) (Entered: 08/08/2007) |
| 08/08/2007 | 64 | AFFIDAVIT re 60 REQUEST for Default as to Correctional Medical Services Inc., First Correctional Medical, Sitta Gombeh-Alie, Mohammad Niaz, 59 Affidavit, 58 REQUEST for Default as to Correctional Medical Services Inc., First Correctional Medical, Sitta Gombeh-Alie, Mohammad Niaz, 62 Clerk's Entry of Default filed by Richard Mark Turner, 63 Motion for Default Judgment as to Tammy Kastre (fmt) Modified on 8/8/2007 (fmt, ). Additional attachment(s) added on 8/8/2007 (fmt, ). (Entered: 08/08/2007) |
| 08/01/2007 | 63 | MOTION for Default Judgment as to Tammy Kastre - filed by Richard |

| | | Mark Turner. (fmt) (Entered: 08/02/2007) |
|---|---|---|
| 07/27/2007 | | Remark: copies of D.I. 62 mailed to defendants in default at the addresses supplied by pltf. in the USM-285 forms for said defendants. SEE D.I. 36, 40, 49, and 53. (rld) (Entered: 07/27/2007) |
| 07/27/2007 | 62 | Clerk's ENTRY OF DEFAULT as to Correctional Medical Services Inc., First Correctional Medical, Sitta Gombeh-Alie, Mohammad Niaz. (SEE D.I. 58, 59 and 60.) (rld) (Entered: 07/27/2007) |
| 07/19/2007 | 61 | ORDER; the record reflects plaintiff responded to the order and cause has been shown why this cause should not be dismissed; denying 52 Motion to Stay. Signed by Judge Sue L. Robinson on 7/18/07. (fmt) (Entered: 07/19/2007) |
| 07/09/2007 | 60 | ADDENDUM to REQUEST for Default as to Correctional Medical Services Inc., First Correctional Medical, Sitta Gombeh-Alie, Mohammad Niaz - filed by Richard Mark Turner. (fmt) (Entered: 07/10/2007) |
| 07/05/2007 | 59 | AFFIDAVIT re 58 REQUEST for Default as to Correctional Medical Services Inc., First Correctional Medical, Sitta Gombeh-Alie, Mohammad Niaz filed by Richard Mark Turner. (fmt) (Entered: 07/05/2007) |
| 07/05/2007 | 58 | REQUEST for Default as to Correctional Medical Services Inc., First Correctional Medical, Sitta Gombeh-Alie, Mohammad Niaz - filed by Richard Mark Turner. (fmt) (Entered: 07/05/2007) |
| 06/20/2007 | 57 | ORDER TO SHOW CAUSE; pltf. shall file a request for default to listed defendants in accordance with Fed. R. Civ. P. 55(a).Show Cause Response due by 7/20/2007. FAILURE TO RESPOND SHALL RESULT IN DISMISSAL OF SAID DEFENDANTS. Signed by Judge Sue L. Robinson on 6/20/07. (rld) (Entered: 06/20/2007) |
| 05/23/2007 | 56 | Letter to Clerk from Richard Mark Turner regarding receipt of docket sheet and copy of USM 285 form for CMS. (fmt) (Entered: 05/23/2007) |
| 05/11/2007 | 55 | Letter to Richard Mark Turner from Clerk regarding request for copy of docket. (fmt) (Entered: 05/14/2007) |
| 05/09/2007 | 53 | USM 285 Returned Executed Correctional Medical Services Inc. served on 5/8/2007, answer due 5/29/2007. (fmt) (Entered: 05/10/2007) |
| 05/07/2007 | 54 | Letter to Judge Robinson from Richard Mark Turner regarding motion, Dr. Kastre, and C.M.S. (fmt) (Entered: 05/11/2007) |
| 05/07/2007 | 52 | RESPONSE TO ORDER TO SHOW CAUSE AND MOTION to Stay - filed by Richard Mark Turner. (fmt) (Entered: 05/08/2007) |
| 04/23/2007 | 51 | ORDER TO SHOW CAUSE; plaintiff shall show cause why this case should not be dismissed for failure to serve process as required.Show Cause Response due by 5/16/2007.. Signed by Judge Sue L. Robinson on 4/19/07. (fmt) (Entered: 04/23/2007) |

| 02/06/2007 | | Remark: Mailing address updated to Bellefonte, PA address per envelope received 2/6/07 (rbe) (Entered: 02/06/2007) |
| 02/05/2007 | 50 | NOTICE of Change of Address by Richard Mark Turner. (fmt) (Entered: 02/06/2007) |
| 12/18/2006 | 49 | USM 285 Returned Executed Sitta Gombeh-Alie served on 12/15/2006, answer due 1/4/2007. (fmt) (Entered: 12/18/2006) |
| 12/18/2006 | | Remark: USM 285 form returned executed for Dr. Sitta Gombeh-Alie has been deleted from the docket at this time. (fmt) (Entered: 12/18/2006) |
| 12/05/2006 | 48 | ORDER denying as moot 39 Motion for Extension of Time to obtain the address for defendant Sitta Gombeh-Alie.. Signed by Judge Sue L. Robinson on 11/30/06. (fmt) (Entered: 12/05/2006) |
| 11/28/2006 | | Exit USM 285 form for Dr. Sitta Gombeh-Alie to U.S. Marshal with copy of D.I. Nos. 10, 16, 18, 21, 26, 27, 33, 38, 39, 47 and Mag. Consent Form for service. (fmt) Modified on 11/28/2006 (fmt, ). (Entered: 11/28/2006) |
| 11/27/2006 | | USM 285 forms received for the following defendant: Dr. Sitta Gombeh-Alie. (rpg) (Entered: 11/27/2006) |
| 11/24/2006 | 47 | NOTICE of Change of Address by Richard Mark Turner enclosing corrected U.S. Marshal form (fmt) (Entered: 11/27/2006) |
| 11/21/2006 | 46 | Letter to Richard Mark Turner from Clerk regarding Correction to Letter Dated 11/17/06 - re 44 Letter. (fmt) (Entered: 11/22/2006) |
| 11/21/2006 | 45 | DEFICIENCY NOTICE by the Court issued to Richard Mark Turner re 43 Letter and [257] Letter. Document must be served on local counsel. (fmt) (Entered: 11/22/2006) |
| 11/17/2006 | 44 | Letter to Richard Mark Turner from Clerk regarding incomplete U.S. Marshal 285 form. (fmt) (Entered: 11/21/2006) |
| 11/15/2006 | | Remark: Plaintiff's address updated per letter filed 11/14/06 (els) (Entered: 11/15/2006) |
| 11/14/2006 | 43 | SEALED Letter to Judge Robinson from Richard Mark Turner. (fmt) (Entered: 11/16/2006) |
| 11/13/2006 | | USM 285 form received for the following defendant: Dr. Sitta Gombeh-Alie (ead) (FORM IS INCOMPLETE- NAME AND ADDRESS OF REQUESTER IS NOT FILLED IN) Modified on 11/16/2006 (fmt, ). (Entered: 11/14/2006) |
| 10/23/2006 | 42 | ANSWER to Amended Complaint by Stanley Taylor, Paul Howard. (Waters, Ophelia) (Entered: 10/23/2006) |
| 10/23/2006 | 41 | NOTICE of Appearance by Ophelia Michelle Waters on behalf of Stanley Taylor, Paul Howard (Waters, Ophelia) (Entered: 10/23/2006) |
| 10/20/2006 | 40 | Return of Service Executed Mohammad Niaz served on 10/18/2006, |

| | | answer due 11/7/2006. (fmt, ) (Entered: 10/20/2006) |
|---|---|---|
| 10/05/2006 | | Exit USM 285 form to U.S. Marshal for Dr. Mohammad Niaz with copy of D.I. Nos. 10, 16, 18, 21, 26, 27, 29, 33, 38, 39 and Mag. Consent Form (fmt, ) (Entered: 10/05/2006) |
| 10/04/2006 | 39 | MOTION for 90 Day Extension To Find the Address for Which Defendant Sitta Gombeh-Alie May Be Served. - filed by Richard Mark Turner. (fmt, ) (Entered: 10/04/2006) |
| 10/04/2006 | | USM 285 forms received for the following defendants: Dr. Mohammad Niaz (fmt, ) (Entered: 10/04/2006) |
| 09/26/2006 | 38 | ORDER; Plaintiff has provided the court with the USM-285 forms for service upon the defendants and, in fact, some defendants have been served. The USM-285 forms for Dr. Alie and Dr. Niaz, however, do not contain sufficient address information for service upon them. As a general rule the court attempts to assist incarcerated individuals in service of their complaint. Plaintiff is no longer incarcerated. Therefore, he is advised to avail himself of the discovery tools found in the Federal Rules of Civil Procedure . Signed by Judge Sue L. Robinson on 9/25/06. (fmt, ) (Entered: 09/26/2006) |
| 09/05/2006 | 37 | WAIVER OF SERVICE with 285 form returned executed For Stanley Taylor waiver sent on 8/23/2006, answer due 10/23/2006. (fmt, ) (Entered: 09/05/2006) |
| 09/05/2006 | 36 | WAIVER OF SERVICE with 285 form returned executed For First Correctional Medical waiver sent on 8/23/2006, answer due 10/23/2006. (fmt, ) (Entered: 09/05/2006) |
| 08/31/2006 | 35 | WAIVER OF SERVICE with 285 form returned executed For Paul Howard waiver sent on 8/23/2006, answer due 10/23/2006. (fmt, ) (Entered: 08/31/2006) |
| 08/29/2006 | 34 | USM 285 Returned Executed as to Attorney General of the State of Delaware; Date of service: 8/25/06 (fmt, ) (Entered: 08/29/2006) |
| 08/22/2006 | 33 | ORDER granting 31 Motion for Leave to Proceed in forma pauperis . Signed by Judge Sue L. Robinson on 8/22/06. (rld, ) (Entered: 08/22/2006) |
| 08/22/2006 | | Exit to USMS for service: USM 285 forms for First Correctional Medical, Tammy Kastre, Correctional Medical Services, Paul Howard, Stanley Taylor and Attorney General of the State of DE with copies of D.I. Nos. 10, 16, 18, 21, 26, 27, 29 and Mag. Consent Forms. (fmt, ) (Entered: 08/22/2006) |
| 08/17/2006 | 32 | Letter to Clerk from Richard Mark Turner enclosing the Application to Proceed Without Prepayment of Fees and Affidavit and U.S. Marshal forms; unable to find addresses for Dr. Sitta Gombeh-Alie and Mohammad Niaz. (fmt, ) (Entered: 08/18/2006) |
| 08/17/2006 | 31 | Amended MOTION for Leave to Proceed in forma pauperis - filed by |

| | | Richard Mark Turner. (fmt, ) (Entered: 08/18/2006) |
|---|---|---|
| 08/17/2006 | | Remark: USM 285 forms received on 8/17/06 for remaining defendants listed in case. (ead, ) (Entered: 08/17/2006) |
| 08/03/2006 | 30 | Return of Undeliverable Mail (copies of D.I. Nos. 26 and 27 with USM 285 forms) sent to Richard Mark Turner. Please return to sender. Not at this address. (fmt, ) (Entered: 08/04/2006) |
| 07/31/2006 | | Remark: Exit copy of D.I. Nos. 26 and 27 with USM 285 forms to Richard Mark Turner, c/o Arthur Johnson, 441 N. Walnut Street, Rising Sun, MD 21911 (fmt, ) (Entered: 07/31/2006) |
| 07/28/2006 | | Remark: Address updated by Clerk's Office per letter received 7/26/06, to: Richard Mark Turner, Pro se, c/o Arthur Johnson, 441 N. Walnut Street, Rising Sun, MD 21911 (rbe, ) Modified on 7/31/2006 (rbe, ). (Entered: 07/28/2006) |
| 07/26/2006 | 29 | NOTICE of Change of Address by Richard Mark Turner (fmt, ) (Entered: 07/31/2006) |
| 07/25/2006 | | Copy of D.I. Nos. 26 and 27 and USM 285 forms re-mailed to Richard Mark Turner, 389 Stafford Avenue, Newark, DE 19711 (fmt, ) (Entered: 07/25/2006) |
| 07/24/2006 | 28 | Return of Undeliverable Mail (copy of D.I. Nos. 26 and 27 with USM 285 forms) sent to Richard Mark Turner. Not Deliverable as Addressed, Unable to Forward, Return to Sender. (fmt, ) (Entered: 07/25/2006) |
| 07/20/2006 | | AMENDED COMPLAINT against all defendants- filed by Richard Mark Turner. (SEE D.I. 21 FOR THIS DOCUMENT)(fmt, ) (Entered: 08/22/2006) |
| 07/20/2006 | 27 | ORDER, The motion to correct misinterpretation of listing of defendants and relief sought (D.I. 20) is DENIED as moot. The motion to withdraw original complaint and submit a new complaint (D.I. 21) is GRANTED. The case will proceed on the newly submitted complaint. The named defedants are Correctional Medical Services, First Correctional Medical, Dr. Sitta Gombeh-Alie, Dr. Tammy Kastre, Dr. Mohammed Niaz, Mr. Paul Howard, and Mr. Stanley Taylor. Plaintiff shall return to Clerk original USM 285 form(s) for each deft, as well as for the Attorney General of the State of DE. Upon receipt, the U.S. Marshal shall serve process as directed by plaintiff. See order for further details. (Copy to pltf. with 285 forms). Signed by Judge Sue L. Robinson on 7/19/06. (fmt, ) (Entered: 07/20/2006) |
| 07/20/2006 | 26 | ORDER, within 30 days from the date of this order, plaintiff shall either pay the filing fee ($250) or submit a new standard form application to proceed without prepayment of fees and affidavit so the court may determine whether he is still eligible to proceed in forma pauperis. Failure to timely comply with this order shall result in dismissal of this case without prejudice. Signed by Judge Sue L. Robinson on 7/19/06. (fmt, ) (Entered: 07/20/2006) |
| | | |

| 06/29/2006 | | Remark: Exit Undeliverable mail (D.I. 224, 03-48-SLR and D.I. 24, 06-95-SLR) to Richard Mark Turner's new address in Newark, DE. (fmt, ) (Entered: 06/29/2006) |
|---|---|---|
| 06/28/2006 | 25 | NOTICE of Change of Address by Richard Mark Turner. (fmt, ) (Entered: 06/29/2006) |
| 06/28/2006 | | Remark: Plaintiff's address updated per letter filed 6/28/06. (els, ) (Entered: 06/29/2006) |
| 06/27/2006 | 24 | Return of Undeliverable Mail sent to Richard Mark Turner : Notices of Personal Information sent in C.A. Nos. 03-48-SLR and 06-95-SLR. Return to Sender, Attempted Not Known. (fmt, ) (Entered: 06/29/2006) |
| 06/19/2006 | 23 | NOTICE from the Clerk to Richard Mark Turner re personal information in D.I. 22 (fmt, ) (Entered: 06/19/2006) |
| 06/09/2006 | 22 | Letter to Judge Robinson from Richard Mark Turner regarding new complaint and requesting the court withdraw the previous complaint; enclosing medical documents. (fmt, ) (Entered: 06/15/2006) |
| 06/09/2006 | 21 | MOTION to Withdraw Original Complaint Before Service and Resubmit Enclosed Complaint - filed by Richard Mark Turner. (Attachments: # 1 Amended Complaint)(fmt, ) (Entered: 06/14/2006) |
| 06/05/2006 | 20 | MOTION to Correct Misinterpretation of Listing of Defendants and Relief Sought From Said Defendants - filed by Richard Mark Turner. (fmt, ) (Entered: 06/06/2006) |
| 06/05/2006 | 19 | Letter to Clerk from Richard Mark Turner regarding pre-trial conference and Motion to Correct Misinterpretation. (fmt, ) (Entered: 06/06/2006) |
| 06/05/2006 | | AMENDED COMPLAINT - filed by Richard Mark Turner. (See D.I. 17 for this document) (fmt, ) (Entered: 06/05/2006) |
| 06/05/2006 | 18 | ORDER granting 17 Motion to Amend the ad damnum clause of the complaint. The ad damnum clause of the complaint is amended to reflect that the damages plaintiff seeks are to be divided between Mr. Taylor and Mr. Howard according to their involvement; granting 17 Motion to Voluntarily Dismiss the State of Delaware, and the State of Delaware is DISMISSED as a party defendant. Signed by Judge Sue L. Robinson on 6/2/06. (fmt, ) (Entered: 06/05/2006) |
| 05/18/2006 | 17 | MOTION to Amend Complaint, MOTION to Voluntarily Dismiss the State of Delaware - filed by Richard Mark Turner. (fmt, ) (Entered: 05/22/2006) |
| 05/03/2006 | 16 | MEMORANDUM AND ORDER Motions terminated: denied without prejudice as premature 5 MOTION for Interrogatories to be answered by a personal injury litigation party filed by Richard Mark Turner and D.I. 6 (motion for complete discovery), denied without prejudice to renew 14 MOTION to Appoint Counsel filed by Richard Mark Turner, denied without prejudice to renew 4 MOTION to Appoint Counsel filed by Richard Mark Turner. Following defts. terminated from this action: |

|  |  | Robert Hampton; Stanley Hoffman; Keith Ivens; Prison Health Service Inc.; Suresh Trivedi; Correctional Medical Services Inc. and First Correctional Medical terminated. Claim seeking monetary damages from the State of DE is dismissed as it is immune from such relief; pltf. shall complete and return to the Clerk of Court an original USM-285 for remaining defts. and AG for service by the USMS. Signed by Judge Sue L. Robinson on 5/1/06. (rld, ) (Entered: 05/03/2006) |
|---|---|---|
| 04/10/2006 | 15 | Letter to Clerk from Richard Mark Turner regarding filing fee; requesting extension of time to produce the $21.88 filing fee. (fmt, ) (Entered: 04/12/2006) |
| 04/07/2006 | 14 | MOTION for Leave of Court for Appointment of Ad Hoc Counsel - filed by Richard Mark Turner. (fmt, ) (Entered: 04/11/2006) |
| 03/28/2006 | 13 | Letter to Clerk from Richard Mark Turner regarding filing fee; requesting extension of time to produce the $21.88 filing fee. (Attachments: # 1 Attachment)(fmt, ) (Entered: 03/29/2006) |
| 03/22/2006 | 12 | Letter to Clerk from Richard Mark Turner regarding initial filing fee and addendum to complaint. (fmt, ) (Entered: 03/28/2006) |
| 03/22/2006 | 11 | Authorization by Richard Mark Turner requesting Prison Business Office to disburse payments to the Clerk of the Court. (copy of assessment order and authorization to Prison Business Office) (fmt, ) (Entered: 03/28/2006) |
| 02/23/2006 | 10 | ORDER granting Motion to Proceed IFP. Filing Fee of $250.00 Assessed. An initial partial filing fee of $21.88 shall be required. Plaintiff shall return the attached payment authorization within 30 days. Failure to return payment authorization shall result in dismissal of action without prejudice. (Copy to pltf. with Mag. Consent Form) Notice of Compliance deadline set for 3/27/2006.. Signed by Judge Sue L. Robinson on 2/23/06. (fmt, ) (Entered: 02/23/2006) |
| 02/22/2006 |  | Case assigned to Judge Sue L. Robinson. Please include the initials of the Judge (SLR) after the case number on all documents filed. (rjb, ) (Entered: 02/22/2006) |
| 02/17/2006 | 9 | AMENDED COMPLAINT against all defendants- filed by Richard Mark Turner.(dab, ) (Entered: 02/21/2006) |
| 02/17/2006 | 8 | Letter to Clerk of the Court from Plaintiff regarding Filing of Amended Complaint. (dab, ) (Entered: 02/21/2006) |
| 02/10/2006 | 7 | Notice of Availability of a U.S. Magistrate Judge to Exercise Jurisdiction (mwm, ) (Entered: 02/14/2006) |
| 02/10/2006 | 6 | REQUEST for Complete Discovery and Production of Documents directed to all defendants by Richard Mark Turner.(mwm, ) (Entered: 02/14/2006) |
| 02/10/2006 | 5 | MOTION for Interrogatories to be answered by a personal injury litigation party - filed by Richard Mark Turner. (mwm, ) (Entered: |

| | | 02/14/2006) |
|---|---|---|
| 02/10/2006 | 4 | MOTION to Appoint Counsel - filed by Richard Mark Turner. (mwm, ) (Entered: 02/14/2006) |
| 02/10/2006 | 3 | Letter to Clerk of Court from Richard Mark Turner regarding enclosure of Complaint. (mwm, ) (Entered: 02/14/2006) |
| 02/10/2006 | 2 | COMPLAINT filed pursuant to 42:1983 with Jury Demand against all defendants - filed by Richard Mark Turner.(mwm, ) (Entered: 02/14/2006) |
| 02/10/2006 | 1 | MOTION for Leave to Proceed in forma pauperis - filed by Richard Mark Turner. (Attachments: # 1 6 Months Account Statement)(mwm, ) (Entered: 02/14/2006) |

| PACER Service Center | | |
|---|---|---|
| **Transaction Receipt** | | |
| 09/19/2007 14:06:18 | | |
| **PACER Login:** bb3613 | **Client Code:** | |
| **Description:** Docket Report | **Search Criteria:** | 1:06-cv-00095-SLR Start date: 1/1/1970 End date: 9/19/2007 |
| **Billable Pages:** 6 | **Cost:** | 0.48 |

## <u>CERTIFICATE OF SERVICE</u>

   I, James E. Drnec, hereby certify that on September 19, 2007, I electronically filed and served on the parties below copies of Defendant Sitta Gombeh-Alie, M.D.'s Reply in Support of Motion for Relief from Judgment Pursuant to Rule 60(B) via First Class Mail.


Richard Mark Turner
07-0108
2709 Hunting Ridge Court
Baldwin, MD 21013


Patrick G. Rock, Esquire
Megan Trocki Mantzavios, Esquire
Marks, O'Neill, O'Brien & Courtney, P.C.
913 North Market Street
Suite 800
Wilmington, DE 19801


          /s/ James E. Drnec
           James E. Drnec