## IN UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

| | | |
|---|---|---|
| RICHARD MARK TURNER | ) | |
| | ) | |
| | ) | |
| | ) | |
| Plaintiff, | ) | C.A. No. 1:06-cv-00095-SLR |
| | ) | |
| v. | ) | |
| | ) | |
| | ) | JURY OF 12 DEMANDED |
| CORRECTIONAL MEDICAL SERVICES | ) | |
| INC. | ) | |
| Defendant. | ) | |

## DEFENDANT DR. TAMMY KASTRE'S MOTION TO DISMISS FOR AN
## INEFFECTIVE SERVICE OF PROCESS

Defendant Dr. Tammy Kastre ("Dr. Kastre") hereby moves this Court to Dismiss the above caption suit against her pursuant to Fed. R. Civ. P. 4(m) for the following reasons:

1.   On February 10, 2006 plaintiff, while incarcerated, filed the above captioned action. (D.I. 2 )

2.   An Amended Complaint was filed on February 17, 2006 ( D. I. 9).  On May 3, 2006 this Court entered a Memorandum Order terminating certain named individuals, defendants, in this action, including Dr. Kastre.  In an Order dated July 20, 2006, the Court granted the plaintiff's Motion to withdraw his original Complaint and submit a new Complaint.  The named defendants in the new Complaint included Dr. Kastre.

3.   On August 17, 2006, the U.S. Marshall Service received the USN 285 Forms to serve on among others, Dr. Kastre.   Dr. Kastre was never served.  On April 23, 2007 the Court Signed and Ordered a show cause for the plaintiff why the case should not be dismissed for failure to serve process on Dr. Kastre.  (D.I. 51)

4.    Plaintiff responded  (D.I.52) with a bald assertion that he believed Dr. Kastre had

been served.  A review of the docket shows that the USM 285 form was not received

by Dr. Kastre or returned by her.  The plaintiff has never shown cause for not serving

Dr. Kastre, as the Court requested.

5.    Plaintiff filed a Motion with the Court to enter a Default Judgment (D.I. 63) against

Dr. Kastre.

6.    Plaintiff has had more than sufficient time to serve Dr. Tammy Kastre, but to date has

failed to do so.

7.    In *Petrucelli v. Bohringer and Ratzinger*, 46 F.3d 1298 (3d Cir. 1995), the Court held

that a court is required to extend time to serve if good cause is shown, and the Court

has "discretion to dismiss or extend time absent a showing of good cause." (*Id.* at

1305)  In addition, the *Petrucelli*  Court held that it would be an abuse of discretion to

enter a default judgment against a party that had not been served.  (*Id.* at 1304)

Plaintiff has not shown good cause as to why defendant Dr. Kastre was not served

and he has not requested additional time to serve Dr. Kastre.  Plaintiff has wrongfully

alleged that Dr. Kastre has been served and that she failed to reply.  In effect, he is

asking the Court to enter a default judgment against Dr. Kastre (D.I. 63) without

service upon her, the very thing *Petrucelli* Court ruled cannot be done.

**WHEREFORE,** Dr. Kastre asks this Court to use its discretion to dismiss the plaintiff's

claims against Dr. Kastre pursuant to Federal Rule Civil Rule 4(m).

**Heckler & Frabizzio, P.A.**

/s/Gerald J. Hager
Gerald J. Hager, *DE Bar No. 4097*
Daniel L. McKenty
800 Delaware Avenue, Suite 200
PO BOX 128
Wilmington, DE 19899
Attorney for Defendant

Date:   September 19, 2007


File No.  17889/363080

**IN UNITED STATES DISTRICT COURT**
**DISTRICT OF DELAWARE**

RICHARD MARK TURNER                    )
                                       )
                                       )
                                       )
                    Plaintiff,         )        C.A. No.
                                       )
        v.                             )
                                       )
                                       )        JURY OF 12 DEMANDED
CORRECTIONAL MEDICAL SERVICES  )
INC.                                   )
                    Defendant.         )

## ORDER

**THE COURT,** having considered Dr. Kastre's Motion to Dismiss and any response

thereto,

**IT IS HEREBY ORDERED** that the case against Dr. Kastre is Dismissed with

Prejudice.


                                        _____
                                        **J.**


**Date:**
File No.  17889/363088

## CERTIFICATE OF SERVICE

I, **GERALD J. HAGER**, hereby certify that on  19th  day of  September, 2007, copies of

the Defendant Dr. Tammy Kastre's Motion to Dismiss for an Effect Service of Process was filed

electronically to:

James Edward Drnec
Balick & Balick, LLC
711 King Street
Wilmington, DE 19801

Ophelia Michelle Waters
Department of Justice
820 N. French Street, 8th Floor
Carvel Office Building
Wilmington, DE 19801

And two (2) copies were mailed:

**VIA U.S. MAIL TO:**
Richard Mark Turner,  *Pro Se*
2709 Hunting Ridge Crt
Baldwin, MD 21013

/s/Gerald J. Hager

363094/File No. 17889