IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| RICHARD MARK TURNER, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | C.A. No. 06-095 SLR |
| | : | |
| CORRECTIONAL MEDICAL SERVICES, INC., | : | |
| DR. TAMMY KASTRE, FIRST CORRECTIONAL | : | TRIAL BY JURY OF |
| MEDICAL, DR. SITTA GOMBEH-ALIE, | : | TWELVE DEMANDED |
| DR. MOHAMMAD NIAZ, STANLEY TAYLOR, | : | |
| and PAUL HOWARD, | : | |
| | : | |
| Defendants. | : | |

**DEFENDANT DR. MOHAMMAD NIAZ, M.D.'S
REPLY TO PLAINTIFF'S RESPONSE TO DR. NIAZ' MOTION TO LIFT DEFAULT**

Defendant Dr. Niaz continues to request special appearance to file and serve this Reply to Plaintiff's Response to Defendant's Motion to Lift Default and Defendant specifically preserves all defenses, including, but not limited to Lack of Personal Jurisdiction, Insufficient Process and Insufficient Service of Process. Defendant offers the following:

1. On page 4 of Plaintiff's Response, Plaintiff admits that Dr. Niaz was not served at his residence and avers that "it is common knowledge that many of these type documents are served on professional people at their workplace…" Plaintiff attempts to equate service at an individual's dwelling house or usual place of abode as required by Fed. R. Civ. P. 4(e) with "workplace."

2. Plaintiff does not offer any authority or case law for such a sweeping modification of the Federal Rules of Civil Procedure or the Delaware Rules of Civil Procedure.

3. Defendant intends to file a Rule 12 Motion to Dismiss, but expects to raise issues additional to the Rule 12(b)(2) Lack of Personal Jurisdiction defense.

4. The Plaintiff also argues that the Defendant has ignored the Rules of Civil Procedure by not answering the Complaint and seeks to hold the Defendant to the requirements of Rule 12(a), while abdicating his own responsibility of perfecting personal service upon Dr. Niaz as required by Fed. R. Civ. P. 4(e).

5. As the Plaintiff appears to agree that attempted service of process was upon an employee of Dr. Niaz, rather than upon Dr. Niaz personally or upon an agent authorized to accept service of process on behalf of Dr. Niaz, the Defendant argues that the Default should not have been entered in the first place and should be lifted to allow the Defendant to answer or otherwise plead.

WHEREFORE, Defendant asks that this Court to remove entry of default or lift Default Judgment and allow Dr. Niaz leave to Answer Complaint or otherwise plead within 20 days.

Marks, O'Neill, O'Brien & Courtney, P.C.

BY: ___/s/ *Patrick G. Rock Esquire*
Megan T. Mantzavinos, Esquire (ID 3802)
Patrick G. Rock, Esquire (ID 4632)
913 Market Street, #800
Wilmington, DE 19801
(302) 658-6538
Attorney for Dr. Niaz

{DE092428.1}

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| RICHARD MARK TURNER, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | C.A. No. 06-095 SLR |
| | : | |
| CORRECTIONAL MEDICAL SERVICES, INC., | : | |
| DR. TAMMY KASTRE, FIRST CORRECTIONAL | : | TRIAL BY JURY OF |
| MEDICAL, DR. SITTA GOMBEH-ALIE, | : | TWELVE DEMANDED |
| DR. MOHAMMAD NIAZ, STANLEY TAYLOR, | : | |
| and PAUL HOWARD, | : | |
| | : | |
| Defendants. | : | |

**NOTICE OF MOTION**

TO: Richard Mark Turner          James E. Drnec, Esquire
    07-0108                                  Balick & Balick, LLC
    Richard Mark Turner, Pro se    711 King Street
    Centre Co. Corr. Facility          Wilmington, DE 19801
    700 Rishell Hill Road              (302) 658-4265
    Bellefonte, PA 16823              Attorneys for Defendant CMS and Dr. Alie

PLEASE TAKE NOTICE that the Attached Motion to Lift Default shall be heard at the convenience of the Court before The Honorable Sue L. Robinson, the Judge assigned to this case.

                                                                                           Marks, O'Neill, O'Brien & Courtney, P.C.

                                                       BY: ___*s/ Patrick G. Rock Esquire*
                                                            Megan T. Mantzavinos, Esquire (ID 3802)
                                                            Patrick G. Rock, Esquire (ID 4632)
                                                            913 Market Street, #800
                                                            Wilmington, DE  19801
                                                            (302) 658-6538
                                                            Attorney for Dr. Niaz

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| RICHARD MARK TURNER, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | C.A. No. 06-095 SLR |
| | : | |
| CORRECTIONAL MEDICAL SERVICES, INC., | : | |
| DR. TAMMY KASTRE, FIRST CORRECTIONAL | : | TRIAL BY JURY OF |
| MEDICAL, DR. SITTA GOMBEH-ALIE, | : | TWELVE DEMANDED |
| DR. MOHAMMAD NIAZ, STANLEY TAYLOR, | : | |
| and PAUL HOWARD, | : | |
| | : | |
| Defendants. | : | |

## NOTICE OF SERVICE

THIS IS TO CERTIFY that I have caused copies of the foregoing Notice of Motion, Motion to Lift Default Judgment to be delivered on September _____, 2007 upon the pro se party by postage prepaid First Class US mail and via CM/ECF electronic delivery to the non pro se party as indicated below:

TO:  Richard Mark Turner                James E. Drnec, Esquire
     07-0108                            Balick & Balick, LLC
     Richard Mark Turner, Pro se        711 King Street
     Centre Co. Corr. Facility          Wilmington, DE 19801
     700 Rishell Hill Road              (302) 658-4265
     Bellefonte, PA 16823               Attorneys for Defendant CMS and Dr. Alie

                                        Marks, O'Neill, O'Brien & Courtney, P.C.

                                 BY:    ___s/ Patrick G. Rock Esquire___
                                        Megan T. Mantzavinos, Esquire (ID 3802)
                                        Patrick G. Rock, Esquire (ID 4632)
                                        913 Market Street, #800
                                        Wilmington, DE  19801
                                        (302) 658-6538
                                        Attorney for Dr. Niaz

{DE090230.1}