IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

RICHARD MARK TURNER )
(PLAINTIFF) )
V. ) C.A. NO. 06-095-SLR
C.M.S. INC. )
(DEFENDANT )

FILED
OCT 22 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

RECEIVED
OCT 22 2007
SUE L. ROBINSON
U.S. DISTRICT JUDGE

PLAINTIFF'S RESPONSE TO DR. TAMMY KASTRE'S MOTION TO DISMISS FOR AN INEFFECTIVE SERVICE OF PROCESS.

COMES NOW THE PLAINTIFF AND DAMAGED PARTY RICHARD MARK TURNER HUMBLY AND RESPECTFULLY BEFORE YOUR MOST HONORABLE CHIEF UNITED STATES DISTRICT COURT JUDGE THE HONORABLE JUDGE SUE L. ROBINSON IN RESPONSE TO DEFENSE COUNSEL FOR DEFENDANT DR. TAMMY KASTRE'S MOTION TO DISMISS FOR INEFFECTIVE SERVICE.

ON 7/20/2006 (D.I. 27) YOUR HONOR GRANTED THE PLAINTIFF'S MOTION TO WITHDRAW HIS ORIGINAL COMPLAINT IN WHICH DR. KASTRE WAS DROPPED AS A DEFENDANT AND ALLOWED THE PLAINTIFF TO SUBMIT A NEW COMPLAINT IN WHICH YOUR HONOR GAVE THE PLAINTIFF PERMISSION TO PROCEED AGAINST DR. TAMMY KASTRE, AND FIRST CORRECTIONAL MEDICAL OF WHOM I'VE BEEN TOLD THAT DR. KASTRE IS THE CO-FOUNDER OF.

ON 8/17/2006 (D.I. 32 b) THE COMPLETED U.S. MARSHALL FORMS FOR DR. KASTRE AND F.C.M. WERE SENT BY THE COURT TO THE U.S. MARSHALL SERVICE FOR SERVICE. ON 8/23/2006 (D.I. 36) F.C.M. WAIVED SERVICE AND WAS WAS ASSIGNED AN ANSWER DUE DATE OF 10/23/2006 WHICH THEY FAILED TO RESPOND TO. ON 9/26/2006 (D.I. 38) WHEN READING THIS ONE WOULD

CERTAINLY BELIEVE THAT THE ONLY DEFENDANTS NOT SERVED WERE DOCTOR ALIE AND DOCTOR NIAZ.

YOUR HONOR THE PLAINTIFF BELIEVES THAT DR. KASTRE AS WELL AS F.C.M. WERE SERVED THROUGH COUNSEL (AT THE TIME FOR F.C.M.) ATTORNEY STEVEN F. MONES OF BIGGS AND BATTAGLIA AND ALSO BELIEVES TO THE BEST OF MY RECOLLECTION THAT WHEN THE PLAINTIFF RECEIVED THE GROUPED COPIES WHICH CAME BACK TO THE PLAINTIFF AT ONCE THAT DR. KASTRE'S WAS AMONG THE BUNCH AND THAT AS THE DOCKET SHEET SHOWS DR. ALIE AND DR. NIAZ' U.S. MARSHALL FORMS WERE THE ONLY ONES THAT CAME BACK AS UNSERVED. HOWEVER, THE PLAINTIFF WOULD NOT SAY THIS WITH ONE-HUNDRED PERCENT ASSURANCE AND DOES NOT WANT TO MISLEAD THE COURT IN ANYWAY. THE PLAINTIFF MAY HAVE EVEN SERVED F.C.M. AT THEIR WILDLIFE AVE. TUCSON, ARIZ. ADDRESS AND DR. KASTRE THROUGH COUNSEL, AND I DON'T HAVE THE COPIES OF THE U.S. MARSHALL'S 285 FORMS HERE WITH ME TO BE SURE. BUT ACCORDING TO THE DOCKET SHEET F.C.M. WAS SERVED AND WAIVED SERVICE BUT AGAIN I AM NOT COMPLETELY SURE ABOUT DR. KASTRE, BUT UPON LOOKING THROUGH THE DOCKET SHEET I SEE NO SOLID EVIDENCE THAT SERVICE TRULY HAD BEEN EFFECTUATED UPON HER.

THUS I WOULD HUMBLY AND RESPECTFULLY ASK THAT YOUR HONOR WOULD PLEASE (IF YOU DON'T MIND) CHECK THE COURT'S COPIES OR THE U.S. MARSHALL SERVICES COPIES TO FIND OUT IF DR. KASTRE WAS IN FACT SERVED AND IF SO (AND CONTRARY TO DEFENSE COUNSEL'S CLAIM THAT SHE WAS NOT SERVED) ASK THE COURT TO RENDER DEFAULT JUDGMENT AND UPHOLD IT AGAINST DR. TAMMY KASTRE DUE TO <u>Fed. R. Civ. P. 12(a) AND 55(a)</u>.

IF HOWEVER THE COURT IS KIND ENOUGH TO INSPECT THE RETURNED U.S.M.S. 285 FORMS AND DR. KASTRE'S IS NOT AMONG THEM, THEN THE PLAINTIFF WOULD ACCEPT HIS RESPONSIBILITY AND NEGLECT IN OVER-

LOOKING THIS AND WOULD AGREE WITH THE COUNSEL FOR THE DEFENSES MOTION FOR DISMISSAL DUE TO THE PLAINTIFF'S OBLIGATION TO FOLLOW AND ABIDE BY FEDERAL RULES OF CIVIL PROCEDURE IN A TIMELY FASHION AND UNDERSTAND THE DISMISSAL OF THE ACTION AGAINST DR. KASTRE.

AGAIN YOUR HONOR, I FELT PRETTY SURE THAT SHE WAS SERVED BUT I DO NOT KNOW THAT FOR CERTAIN TO BE FACTUAL SO I WILL NOT MAKE THAT ALLEGATION.

THANK YOU VERY MUCH YOUR HONOR, MAY GOD CONTINUE TO BLESS YOU, YOUR LOVED ONES AND THOSE YOU CARE ABOUT AND HAVE A VERY FINE DAY.

SIGNED: Richard Mark Turner

DATED: October 5th, 2007

MOST RESPECTFULLY,

RICHARD MARK TURNER

CERTIFICATE OF SERVICE

THIS IS TO CERTIFY THAT I HAVE SENT COPIES OF THE ENCLOSED DOCUMENTS TO THE FOLLOWING PERSONS VIA THE U.S.P.S.;

| | |
|---|---|
| OPHELIA M. WATERS<br>DEPT. OF JUSTICE<br>820 N. FRENCH ST. 8th FLOOR<br>CARVEL OFFICE BUILDING<br>WILMINGTON, DE. 19801 | DEFENSE FOR MR. STANLEY TAYLOR AND MR. PAUL HOWARD |
| JAMES E. DRNEC (ESQUIRE)<br>BALICK AND BALICK LLC<br>711 KING ST.<br>WILMINGTON, DE. 19801 | DEFENSE FOR C.M.S. AND DR. SITTA GOMBEH-ALIE |
| MEGAN T. MANTZAVINOS (ESQUIRE)<br>PATRICK G. ROCK (ESQUIRE)<br>MARKS, O'NEILL, O'BRIEN, AND COURTNEY P.A.<br>913 MARKET ST. #800<br>WILMINGTON, DE. 19801 | DEFENSE FOR DR. NIAZ |
| GERALD J. HAGER<br>HECKLER AND FRABIZZIO, P.A.<br>800 DELAWARE AVENUE, SUITE 200<br>P.O. BOX 128<br>WILMINGTON, DE. 19899 | DEFENSE FOR DR. TAMMY KASTRE |

SIGNED: *Richard "Mark" Turner*

DATED: October 5th, 2007

MOST RESPECTFULLY,

RICHARD MARK TURNER

RICHARD MARK TURNER
INMATE # 07-108
CENTRE COUNTY CORRECTIONAL FACILITY
BELLEFONTE, PA 16823

JUDGE SUE L. ROBINSON
J. CALEB BOGGS FEDERAL BUILDING
844 N. KING ST
ROOM 6124
LOCK BOX 31
WILMINGTON, DE 19801

First Class Mail