IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RICHARD MARK TURNER,<br>    Plaintiff,<br><br>v.<br><br>CORRECTIONAL MEDICAL<br>SERVICES, INC., DR. TAMMY<br>KASTRE, FIRST CORRECTIONAL<br>MEDICAL, DR. SITTA GOMBEH-ALIE,<br>DR. MOHAMMAD NIAZ, DR. SURESH<br>TRIVEDI, DR. STANLEY HOFFMAN,<br>DR. KEITH IVENS, PRISON HEALTH<br>SERVICES, INC., STATE OF<br>DELAWARE, NURSE ROBERT<br>HAMPTON, STANLEY TAYLOR,<br>PAUL HOWARD<br>    Defendants. | )<br>)<br>)<br>)<br>)   C.A. No. 06-095 – SLR<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### ENTRY OF APPEARANCE

PLEASE ENTER the appearance of JEFFREY K. MARTIN, ESQUIRE as attorney for the Plaintiff, RICHARD MARK TURNER with respect to the above captioned matter.

            MARTIN & WILSON, P.A.

            _____
            JEFFREY K. MARTIN, ESQUIRE
            DE State Bar I.D. No.: 2407
            1508 Pennsylvania Ave
            Wilmington, DE 19806
            (302) 777-4681
            jmartin@martinandwilson.com
            *Attorney for Plaintiff*

DATED: November 9, 2007

## CERTIFICATE OF SERVICE

I, JEFFREY K. MARTIN, hereby certify that on this 9th day of November 2007, a true and correct copy of the attached Entry of Appearance was filed via CM/ECF:

James E. Drnec
Balick & Balick LLC
711 King St
Wilmington, DE 19801
*Attorney for Correctional
Medical Services Inc. & Dr. Sitta
Gombeh-Alie,*

Daniel L. McKenty
Heckler & Frabizzio
800 Delaware Ave, Suite 200
P.O. Box 128
Wilmington, DE 19899
*Attorney for First Correctional
Medical & Dr. Tammy Kastre*

Megan Trocki Mantzavinos
Marks, O'Neill, O'Brien & Courney, P.C
913 N Market St
Suite 800
Wilmington, DE 19801
*Attorney for Dr. Mohammad Niaz*

Patrick G. Rock
Marks, O'Neill, O'Brien & Courney, P.C
913 N Market St
Suite 800
Wilmington, DE 19801
*Attorney for Dr. Mohammad Niaz*

Ophelia M. Waters
Department of Justice
820 N French St, 8th Floor
Carvel Office Building
Wilmington, DE 19801
*Attorney for Stanley Taylor &
Paul Howard*

MARTIN & WILSON, P.A.

JEFFREY K. MARTIN, ESQUIRE
DE State Bar I.D. No.: 2407
1508 Pennsylvania Ave
Wilmington, DE 19806
(302) 777-4681
jmartin@martinandwilson.com
*Attorney for Plaintiff*

DATED: November 9, 2007