IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| RICHARD MARK TURNER, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | C. A. No. 06-095-SLR |
| | : | |
| CORRECTIONAL MEDICAL SERVICES, INC., DR. TAMMY KASTRE, FIRST CORRECTIONAL MEDICAL, DR. SITTA GOMBEH-ALIE, DR. MOHAMMAD NIAZ, STANLEY TAYLOR and PAUL HOWARD, | : : : : : | |
| | : | |
| Defendants. | : | |

## **WITHDRAWAL OF APPEARANCE**

PLEASE WITHDRAW the appearance of Patrick G Rock, Esquire as attorney for Defendant Mohammad Niaz, MD. Megan T. Mantzavinos, Esquire will remain as counsel for said Defendant.

                                                  */s/ Patrick G. Rock*
                                                  Patrick G. Rock, Esquire (4632)
                                                  Marks, O'Neill, O'Brien & Courtney, P.C.
                                                  913 North Market Street, #800
                                                  Wilmington, DE 19801
                                                  (302) 658-6538

DATED: November 27, 2007

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| RICHARD MARK TURNER, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | C.A. No. 06-095 SLR |
| | : | |
| CORRECTIONAL MEDICAL SERVICES, INC., | : | |
| DR. TAMMY KASTRE, FIRST CORRECTIONAL | : | TRIAL BY JURY OF |
| MEDICAL, DR. SITTA GOMBEH-ALIE, | : | TWELVE DEMANDED |
| DR. MOHAMMAD NIAZ, STANLEY TAYLOR, | : | |
| and PAUL HOWARD, | : | |
| | : | |
| Defendants. | : | |

## CERTIFICATE OF SERVICE

THIS IS TO CERTIFY that I have caused copies of the foregoing Withdrawal of Appearance to be delivered on November 27, 2007 upon the *pro se* party by postage prepaid First Class US mail and via CM/ECF electronic delivery to the non *pro se* party as indicated below:

TO:  Richard Mark Turner  
     07-0108  
     Richard Mark Turner, Pro se  
     Centre Co. Corr. Facility  
     700 Rishell Hill Road  
     Bellefonte, PA 16823

James E. Drnec, Esquire  
Balick & Balick, LLC  
711 King Street  
Wilmington, DE 19801  
(302) 658-4265  
Attorneys for Defendant CMS and Dr. Alie

Marks, O'Neill, O'Brien & Courtney, P.C.

BY:  /s/ Megan T. Mantzavinos  
Megan T. Mantzavinos, Esquire (ID 3802)  
913 Market Street, #800  
Wilmington, DE  19801  
(302) 658-6538

{DE096874.1}