IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| RICHARD MARK TURNER, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | C.A. No. 06-095 SLR |
| | : | |
| CORRECTIONAL MEDICAL SERVICES, INC., | : | |
| DR. TAMMY KASTRE, FIRST CORRECTIONAL | : | TRIAL BY JURY OF |
| MEDICAL, DR. SITTA GOMBEH-ALIE, | : | TWELVE DEMANDED |
| DR. MOHAMMAD NIAZ, STANLEY TAYLOR, | : | |
| and PAUL HOWARD, | : | |
| | : | |
| Defendants. | : | |

**ENTRY OF APPEARANCE**

PLEASE ENTER THE APPEARANCE of Ryan M. Ernst, Esquire as attorney for Defendant Mohammad Niaz, MD.  This Entry of Appearance shall not be considered to be a waiver of any jurisdictional defects in service upon Defendant.  Defendant specifically reserves the right to raise jurisdictional, or service, venue, or statute of limitations defects which may be available and to answer, object, or otherwise plead.

    /s/ Ryan M. Ernst
Ryan M. Ernst,  Esquire (I. D. No. 4788)
Marks, O'Neill, O'Brien & Courtney, P.C.
913 Market Street, #800
Wilmington, DE  19801
(302) 658-6538
*Attorney for Defendant Niaz*

DATED: November 28, 2007

{DE097337.1}

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| RICHARD MARK TURNER, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | C.A. No. 06-095 SLR |
| | : | |
| CORRECTIONAL MEDICAL SERVICES, INC., | : | |
| DR. TAMMY KASTRE, FIRST CORRECTIONAL | : | TRIAL BY JURY OF |
| MEDICAL, DR. SITTA GOMBEH-ALIE, | : | TWELVE DEMANDED |
| DR. MOHAMMAD NIAZ, STANLEY TAYLOR, | : | |
| and PAUL HOWARD, | : | |
| | : | |
| Defendants. | : | |

## CERTIFICATE OF SERVICE

THIS IS TO CERTIFY that I have caused copies of the foregoing Entry of Appearance to be delivered on November 28, 2007 upon the *pro se* party by postage prepaid First Class US mail and via CM/ECF electronic delivery to the non *pro se* party as indicated below:

TO:    Richard Mark Turner               James E. Drnec, Esquire
         07-0108                                 Balick & Balick, LLC
         Richard Mark Turner, Pro se     711 King Street
         Centre Co. Corr. Facility           Wilmington, DE 19801
         700 Rishell Hill Road               (302) 658-4265
         Bellefonte, PA 16823               Attorneys for Defendant CMS and Dr. Alie

Marks, O'Neill, O'Brien & Courtney, P.C.

 */s/ Ryan M. Ernst*
Ryan M. Ernst, Esquire (I.D. No. 4788)

{DE097340.1}