IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| RICHARD MARK TURNER, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | C.A. No. 06-095 SLR |
| | : | |
| CORRECTIONAL MEDICAL SERVICES, INC., | : | |
| DR. TAMMY KASTRE, FIRST CORRECTIONAL | : | TRIAL BY JURY OF |
| MEDICAL, DR. SITTA GOMBEH-ALIE, | : | TWELVE DEMANDED |
| DR. MOHAMMAD NIAZ, STANLEY TAYLOR, | : | |
| and PAUL HOWARD, | : | |
| | : | |
| Defendants. | : | |

## SUBSTITUTION OF COUNSEL

PLEASE WITHDRAW THE APPEARANCE of Megan T. Mantzavinos, Esquire as attorney for defendant, Dr. Mohammad Niaz.

PLEASE ENTER THE APPEARANCE of James E. Drnec, Esquire as attorney for defendant, Dr. Mohammad Niaz. This entry of appearance shall not be considered to be a waiver of any jurisdictional defects in service upon the defendant. The defendant specifically reserves the right to raise jurisdictional, or service, or statute of limitations defects which my be available and to answer, object, or otherwise plead.

/s/ Megan T. Mantzavinos
Megan T. Mantzavinos (I.D. No. 3802)
Ryan M. Ernst, Esquire (I. D. No. 4788)
Marks, O'Neill, O'Brien & Courtney, P.C.
913 Market Street, #800
Wilmington, DE  19801
(302) 658-6538
*Attorney for Defendant Niaz*

{DE097589.1}

   */s/ James E. Drnec*
James E. Drnec, Esquire (I.D. No. 3789)
Balick & Balick, LLC
711 King Street
Wilmington, DE 19801
(302) 658-4265
*Attorney for Defendant Niaz*

DATED: November 30, 2007

{DE097589.1}

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| RICHARD MARK TURNER, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | C.A. No. 06-095 SLR |
| | : | |
| CORRECTIONAL MEDICAL SERVICES, INC., | : | |
| DR. TAMMY KASTRE, FIRST CORRECTIONAL | : | TRIAL BY JURY OF |
| MEDICAL, DR. SITTA GOMBEH-ALIE, | : | TWELVE DEMANDED |
| DR. MOHAMMAD NIAZ, STANLEY TAYLOR, | : | |
| and PAUL HOWARD, | : | |
| | : | |
| Defendants. | : | |

## CERTIFICATE OF SERVICE

THIS IS TO CERTIFY that I have caused copies of the foregoing Substitution of Counsel to be delivered on December 4, 2007 upon the *pro se* party by postage prepaid First Class US mail and via CM/ECF electronic delivery to the non *pro se* party as indicated below:

TO:   Richard Mark Turner         James E. Drnec, Esquire
       07-0108                                 Balick & Balick, LLC
       Richard Mark Turner, Pro se     711 King Street
       Centre Co. Corr. Facility          Wilmington, DE 19801
       700 Rishell Hill Road              (302) 658-4265
       Bellefonte, PA 16823              Attorneys for Defendant CMS and Dr. Alie

                                                   /s/ Megan T. Mantzavinos
                                                   Megan T. Mantzavinos (I.D. No. 3802)
                                                   Ryan M. Ernst, Esquire (I. D. No. 4788)
                                                   Marks, O'Neill, O'Brien & Courtney, P.C.
                                                   913 Market Street, #800
                                                   Wilmington, DE  19801
                                                   (302) 658-6538
                                                   Attorney for Defendant Niaz

{DE097591.1}