IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

RICHARD MARK TURNER,                            :
                                                :
          Plaintiff,                            :
                                                :
     v.                                         :          C.A. No. 06-095 SLR
                                                :
CORRECTIONAL MEDICAL SERVICES, INC.,            :
DR. TAMMY KASTRE, FIRST CORRECTIONAL            :          TRIAL BY JURY OF
MEDICAL, DR. SITTA GOMBEH-ALIE,                 :          TWELVE DEMANDED
DR. MOHAMMAD NIAZ, STANLEY TAYLOR,              :
and PAUL HOWARD,                                :
                                                :
          Defendants.                           :

## SUBSTITUTION OF COUNSEL

PLEASE WITHDRAW THE APPEARANCE of Megan T. Mantzavinos, Esquire and

Ryan M. Ernst as attorneys for defendant, Dr. Mohammad Niaz.

PLEASE ENTER THE APPEARANCE of James E. Drnec, Esquire as attorney for

defendant, Dr. Mohammad Niaz.  This entry of appearance shall not be considered to be a waiver

of any jurisdictional defects in service upon the defendant.  The defendant specifically reserves

the right to raise jurisdictional, or service, or statute of limitations defects which my be available

and to answer, object, or otherwise plead.

                                        */s/ Ryan M. Ernst*
                                        Megan T. Mantzavinos (I.D. No. 3802)
                                        Ryan M. Ernst,  Esquire (I. D. No. 4788)
                                        Marks, O'Neill, O'Brien & Courtney, P.C.
                                        913 Market Street, #800
                                        Wilmington, DE  19801
                                        (302) 658-6538
                                        *Attorney for Defendant Niaz*

{DE098041.1}

_/s/ James E. Drnec_
James E. Drnec, Esquire (I.D. No. 3789)
Balick & Balick, LLC
711 King Street
Wilmington, DE 19801
(302) 658-4265
_Attorney for Defendant Niaz_

DATED: December 6, 2007

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| RICHARD MARK TURNER, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | C.A. No. 06-095 SLR |
| | : | |
| CORRECTIONAL MEDICAL SERVICES, INC., | : | |
| DR. TAMMY KASTRE, FIRST CORRECTIONAL | : | TRIAL BY JURY OF |
| MEDICAL, DR. SITTA GOMBEH-ALIE, | : | TWELVE DEMANDED |
| DR. MOHAMMAD NIAZ, STANLEY TAYLOR, | : | |
| and PAUL HOWARD, | : | |
| | : | |
| Defendants. | : | |

## CERTIFICATE OF SERVICE

THIS IS TO CERTIFY that I have caused copies of the foregoing Substitution of Counsel

to be delivered on December 6, 2007 upon the *pro se* party by postage prepaid First Class US

mail and via CM/ECF electronic delivery to the non *pro se* party as indicated below:

TO:  Richard Mark Turner          James E. Drnec, Esquire
     07-0108                       Balick & Balick, LLC
     Richard Mark Turner, Pro se   711 King Street
     Centre Co. Corr. Facility     Wilmington, DE 19801
     700 Rishell Hill Road         (302) 658-4265
     Bellefonte, PA 16823          Attorneys for Defendant CMS and Dr. Alie


                        /s/ Ryan M. Ernst_____
                        Megan T. Mantzavinos (I.D. No. 3802)
                        Ryan M. Ernst, Esquire (I. D. No. 4788)
                        Marks, O'Neill, O'Brien & Courtney, P.C.
                        913 Market Street, #800
                        Wilmington, DE  19801
                        (302) 658-6538
                        Attorney for Defendant Niaz

{DE098046.1}