IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| RICHARD MARK TURNER, | : | |
| | : | |
| Plaintiff, | : | C.A. No. 06-095 SLR |
| | : | |
| v. | : | |
| | : | JURY TRIAL DEMANDED |
| CORRECTIONAL MEDICAL SERVICES, | : | |
| DR. TAMMY KASTRE, | : | |
| FIRST CORRECTIONAL MEDICAL, | : | |
| DR. SITTA GOMBEH-ALIE, | : | |
| DR. MOHAMMED NIAZ, | : | |
| STANLEY TAYLOR and | : | |
| PAUL HOWARD, | : | |
| | : | |
| Defendants. | : | |

**PARTIAL STIPULATION OF DISMISSAL**

The parties to the above-captioned action hereby stipulate to the dismissal with prejudice of all claims against defendant Correctional Medical Services, Inc.

MARTIN & WILSON, P.A.

_/s/ Jeffrey K. Martin_

Jeffrey K. Martin, Esquire (ID No. 2407)
1508 Pennsylvania Avenue
Wilmington, DE 19806
(302) 777-4681
Attorneys for Plaintiff

Dated: 2/27/08

BALICK & BALICK LLC

_/s/ James E. Drnec_

James E. Drnec, Esquire (ID No. 3789)
711 King Street
Wilmington, DE 19801
(302) 658-4265
Attorney for Defendants Correctional
Medical Services, Dr. Sitta Gombeh-Alie
and Dr. Mohammed Niaz

Dated: 3/5/08

| HECKLER & FRABIZZIO | DEPARTMENT OF JUSTICE |
|---|---|
| */s/ Daniel L. McKenty* | */s/ Ophelia M. Waters* |
| Daniel L. McKenty, Esquire (ID No. 2689) | Ophelia M. Waters, Esquire (ID No. 3879) |
| The Corporate Plaza | 820 North French Street |
| 800 Delaware Avenue, Suite 200 | Wilmington, DE 19801 |
| Wilmington, DE 19801 | (302) 577-8362 |
| 302-573-4800 | Attorneys for Defendants State of Delaware |
| Attorneys for Defendants Dr. Tammy Kastre and First Correctional Medical | |
| Dated: _____ | Dated: 2/21/08 |