IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| RICHARD MARK TURNER, | : | |
| | : | |
| Plaintiff, | : | C.A. No. 06-095 SLR |
| | : | |
| v. | : | |
| | : | JURY TRIAL DEMANDED |
| CORRECTIONAL MEDICAL SERVICES, | : | |
| DR. TAMMY KASTRE, | : | |
| FIRST CORRECTIONAL MEDICAL, | : | |
| DR. SITTA GOMBEH-ALIE, | : | |
| DR. MOHAMMED NIAZ, | : | |
| STANLEY TAYLOR and | : | |
| PAUL HOWARD, | : | |
| | : | |
| Defendants. | : | |

**PARTIAL STIPULATION OF DISMISSAL**

The parties to the above-captioned action hereby stipulate to the dismissal with prejudice of all claims against defendants Dr. Sitta Gombeh-Alie and Dr. Mohammed Niaz.

MARTIN & WILSON, P.A.

_____
Jeffrey K. Martin, Esquire (ID No. 2407)
1508 Pennsylvania Avenue
Wilmington, DE 19806
(302) 777-4681
Attorneys for Plaintiff

Dated: 3/12/08

BALICK & BALICK LLC

_____
James E. Drnec, Esquire (ID No. 3789)
711 King Street
Wilmington, DE 19801
(302) 658-4265
Attorney for Defendants Correctional
Medical Services, Dr. Sitta Gombeh-Alie
and Dr. Mohammed Niaz

Dated: _____

HECKLER & FRABIZZIO

_____/s/_____

Daniel L. McKenty, Esquire (ID No. 2689)
The Corporate Plaza
800 Delaware Avenue, Suite 200
Wilmington, DE 19801
302-573-4800
Attorneys for Defendants Dr. Tammy Kastre
and First Correctional Medical

Dated: _____

DEPARTMENT OF JUSTICE

_____/s/ Ophelia M. Waters_____

Ophelia M. Waters, Esquire (ID No. 3879)
820 North French Street
Wilmington, DE 19801
(302) 577-8362
Attorneys for Defendants State of Delaware

Dated: 3/7/08