IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RICHARD MARK TURNER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civ. No. 06-95-SLR |
| ) | |
| CORRECTIONAL MEDICAL SERVICES ) | |
| et al., ) | |
| ) | |
| Defendants. ) | |

**ORDER**

At Wilmington this 4th day of April, 2008, having reviewed the pending motion to withdraw as counsel for defendant, First Correctional Medical, LLC ("FCM"), and there being no opposition filed thereto;

IT IS ORDERED that said motion (D.I. 93) is **granted.**

IT IS FURTHER ORDERED that, on or before **Monday, June 9, 2008,** defendant FCM shall retain new counsel, as a corporation cannot represent itself. See Rowland v. California Men's Colony, 506 U.S. 194, 201-02 (1993); James v. Daley and Lewis, 406 F. Supp. 645, 648 (D. Del. 1976). Failure of FCM to timely comply with this order shall be considered a failure to defend and the court shall conduct a hearing at sometime in the future to determine whether judgment (and in what amount) shall be entered against FCM.

United States District Judge