IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RICHARD MARK TURNER, )<br>)<br>Plaintiff, )<br>)<br>v. ) Civ. No. 06-95-SLR<br>)<br>CORRECTIONAL MEDICAL SERVICES )<br>et al., )<br>)<br>Defendants. ) | |

### ORDER

At Wilmington this 8th day of April, 2008, having reviewed the pending motion to withdraw as counsel for defendant, Tammy Y. Kastre, M.D., and there being no opposition filed thereto;

IT IS ORDERED that said motion (D.I. 93) is **granted.**

IT IS FURTHER ORDERED that, on or before **Monday, June 9, 2008**, defendant Kastre shall retain new counsel, or shall inform the court that she is proceeding pro se, that is, without the help of counsel. Failure of defendant to timely comply with this order shall be considered a failure to defend and the court shall conduct a hearing at sometime in the future to determine whether judgment (and in what amount) shall be entered against her.

_____
United States District Judge