IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RICHARD MARK TURNER,         )<br>                              )<br>         Plaintiff,           )<br>                              )<br>    v.                        )  Civ. No. 06-95-SLR<br>                              )<br>CORRECTIONAL MEDICAL          )<br>SERVICES, et al.,             )<br>                              )<br>         Defendants.          )  | |

**MEMORANDUM ORDER**

At Wilmington this 30th day of September, 2010, having considered the Report and Recommendation dated April 14, 2010, the objection thereto, and having reviewed the record de novo pursuant to 28 U.S.C. § 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b)(3);

IT IS ORDERED that the objection lodged by plaintiff is overruled, and the Report and Recommendation is accepted and adopted for the reasons that follow:

1. When reviewing the decision of a magistrate judge on a dispositive matter, the court conducts a de novo review. 28 U.S.C. 636(b)(1)(B); Fed. R. Civ. P. 72(b)(3). Motions for summary judgment and motions to dismiss are considered dispositive matters and, therefore, the findings and conclusions of the magistrate judge in connection with such a motion are reviewed de novo. *Id.* The court may accept, reject, or modify the recommendations of the magistrate judge. The court may also receive

further evidence or return the matter to the magistrate judge with instructions for proceedings. *Id.*

2. Plaintiff contends that Judge Stark's damage award recommendation is too low and has provided additional argument and an affidavit[1] in support of an increased award. Specifically, plaintiff submits that a liver transplant can cost between $285,000 to $315,000, a sum higher than the award recommended.

3. Reviewing the Report and Recommendation, de novo, with respect to the objection lodged, the court concludes that Judge Stark did not err in his findings with respect to the amount awarded plaintiff. It is evident that Judge Stark thoughtfully and carefully reviewed the record against the appropriate authority and positions of the parties. The court agrees and fully adopts the rationale set forth in the Report and Recommendation.

                                                                                                               United States District Judge

---

[1] Plaintiff has submitted an affidavit of a paralegal employed by his counsel. The paralegal averred information provided by the Transplant Center at the Hospital of the University of Pennsylvania, Philadelphia, Pennsylvania. (D.I. 162)